NVB 1009 (Rev. 2/16)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK−17−12883−mkn |
| SCHULTE PROPERTIES, LLC | CHAPTER 11 |
| Debtor(s) | NOTICE OF DEBTOR(S) NAME CHANGE |

**NOTICE IS GIVEN** that pursuant to LR 1009, the clerk has changed the name from

    SCHULTE PROPERTIES

to

    SCHULTE PROPERTIES, LLC

on the docket for the following reason:

   *   To match the petition filed on 5/31/17.

If this does not correctly reflect the debtor(s) information, the debtor(s) is directed to file an amendment to the petition by 6/12/17 and notice the U.S. Trustee, trustee and all creditors.

Dated: 6/2/17

                                                        */s/ Mary A. Schott*

                                                        Mary A. Schott
                                                        Clerk of Court