```
                          United States Bankruptcy Court
                                District of Nevada

In re:                                                              Case No. 17-12883-mkn
SCHULTE PROPERTIES                                                  Chapter 11
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0978-2          User: admin                 Page 1 of 2              Date Rcvd: Jun 01, 2017
                              Form ID: 309F               Total Noticed: 66


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 03, 2017.
db             +SCHULTE PROPERTIES,    9811 W. CHARLESTON BLVD., STE 2-351,    LAS VEGAS, NV 89117-7528
10121280        Aja Campbell,    3729 Discovery Creek Ave,    North Las Vegas, NV 89031-3603
10121341       +Amberlea Davis, Esq,    415 S. Sixth St. 300,    Las Vegas, NV 89101-6937
10121281        BAC Home Loan Servicing, LP,    PO Box 942019,    Simi Valley, CA 93094-2019
10121283        Billy Obedoza,    5218 Misty Morning Dr.,    Las Vegas, NV 89118-0600
10121284       +Chase Home Finance, LLC,    3415 Vision Dr.,    Columbus, OH 43219-6009
10121285       +Chris Wirta,    2460 Avenida Cortes,    Henderson, NV 89074-6349
10121287       +Christopher Martano,    1392 Echo Falls Ave,    Las Vegas, NV 89183-6377
10121288       +CitiMortgage, Inc,    P.O. Box 10002,    Hagerstown, MD 21747-0002
10121289        City National Bank,    PO Box 60938,    Los Angeles, Ca 90060-0938
10121290       +Clark County Assessor,    500 S. Grand Central Pkwy #2,    Las Vegas, NV 89155-4502
10121291       +Clint Fisher,    956 Ostrich Fern Court,    Las Vegas, NV 89183-4050
10121292        Copper Ridge C/O Colonial Mgmt,     PO Box 63275,    Phoenix, AZ 85082-3275
10121293        Creekside HOA c/o first residential,    PO Box 54089,    Los Angeles, CA 90054-0089
10121342       +David Pierce,    9811 W. Charleston Blvd. Ste 2-279,    Las Vegas, NV 89117-7528
10121294        Dulce B. Soliz,    6091 Pumpkin Patch Ave,    Las Vegas, NV 89142-0791
10121343       +Efren Sotelo,    1401 Smokey Glen Cr.,    Las Vegas, NV 89110-1313
10121295        Eldorado First C/o Terra West Property,     PO Box 80900,    Las Vegas, NV 89180-0900
10121340       +Elisa Chadbourne,    5840 TUSCAN HILL Ct,    LAS VEGAS, NV 89141-3895
10121296       +Federal Home Loan Mortgage Corp,    8200 Jones Branch Dr.,    McLean, VA 22102-3107
10121297       +Federal National Morgate Association,     3900 Wisconsin Ave. N.W.,    Washington DC 20016-2806
10121298       +Federal National Mortgage Association,     PO Box 10002,    Hagerstown, MD 21747-0002
10121299       +Fifth Third Bank Mtg Loan Scv,    5050 Kingsley Dr.,    MD 1MOC FP,    Cincinnati OH 45227-1115
10121300       +First American Trustee Servicing Solutio,     1500 Solana Blvd Bldg 6 Ste 6100,
                 Westlake, TX 76262-1690
10121301       +Government National Mortgage Association,      451 7th St. SW, Room B-133,
                 Washington, DC 20410-0001
10121302        Green Tree Servicing LLC - Ditech Fin,     PO Box 6176,    Rapid City, SD 57709-6176
10121303        Green Valley Ranch, HOA CO Terra West,     PO Box 94617,    Las Vegas, NV 89193-4617
10121304        GreenTree Servicing LLC,    PO Box 6176,    Rapid City SD 57709-6176
10121305        Image Finance, LLC,    4571 Wilshire Blvd, Suite 203,    Los Angeles, CA 90010
10121309        JP Morgan Chase Bank,     P.O. Box 183166,    Columbus, OH 43218-3166
10121307        James Craig,    9020 Feather River Ct,    Las Vegas, NV 89117-2367
10121308       +Jessie C. Gaytan,    6091 Pumpkin Patch Ave,    Las Vegas, NV 89142-0791
10121310        Kami Conselva,    5218 Misty Morning Dr.,    LAs Vegas, NV 89118-0600
10121311        Karen Taylor,    3729 Discovery Creek Ave,    North Las Vegas, NV 89031-3603
10121312        Linda Reina,    7873 Bridgefield Lane,    Las Vegas, NV 89147-5099
10121344       +Lucy Innuso,    7413 Lattimore Dr,    Las Vegas, NV 89128-3214
10121313       +Luis Lopez,    2614 Sweet Leilani Ave,    North Las Vegas, NV 89031-0693
10121317       +MTC Financial Inc DBA Trustee Corp,    3571 Red Rock St. Ste B,    Las Vegas, NV 89103-1256
10121314       +Maria Lopez,    2614 Sweet Leilani Ave,    North Las Vegas, NV 89031-0693
10121315       +Mary Wirta,    2460 Avenida Cortes,    Henderson, NV 89074-6349
10121316       +Michaela Martano,    1392 Echo Falls Ave,    Las Vegas, NV 89183-6377
10121318       +National Default Servicing Corp,    7720 N. 16th St. Suite 300,    Phoenix AZ 85020-7404
10121319       +Nettie Johnston,    2290 Surrey Meadows Ave,    Henderson, NV 89052-2335
10121320       +Northwest Trustee Services, INc,    2121 Alton Parkway, Ste  110,    Irvine, CA 92606-4958
10121321        Ocwen Loan Servicing LLC,    PO Box 24736,    West Palm Beach, FL 33416-4736
10121322        Ocwyn Loan Servicing LLC,    PO Box 24736,    West Palm Beach, FL 33416-4736
10121323       +Pebble Creek HOA,    8595 Eastern Ave,    Las Vegas, NV 89123-2823
10121324       +Robert Lopez,    1528 Splinter Rock Way,    North Las Vegas, NV 89031-1617
10121325       +Rosanna Lopez,    1528 Splinter Rock Way,    North Las Vegas, NV 89031-1617
10121326        Sables, LLC,    3754 Howard Hughes Pkwy, Suite 200,    Las Vegas, N 89169
10121327        Sandra Schafer,    3383 Cloverdale Ct,    Las Vegas, NV 89117-3951
10121328       +Seaside Trustee Inc,    Po Box 752377,    Las Vegas, NV 89136-2377
10121329       +Secretary of State,    101 N. Carson Street, Suite 3,    Carson City, NV 89701-3714
10121330        Selene Finance LP,    PO Box 421517,    Houston, TX 77242-1517
10121332        Seterus, Inc.,    P.O. Box 1077,    Hartford, CT 06143-1077
10121333       +Shauna Brogan,    1624 Desert Canyon Ct,    Las Vegas, NV 89128-7900
10121334        Shellpoint Mortgage Servicing,    PO Box 740039,    Cincinnati OH 45274-0039
10121335        Silverado Rnch LMA C/O First Service Res,     PO Box 54089,    Los Angeles, CA 90054-0089
10121337       +TD Service Company,    4000 W. Metropolitan Dr. Ste 400,    Orange, CA 92868-3503
10121338        Wells Fargo Home Mortgage,    PO Box 7198,    Pasadena, CA 91109-7198
10121339        West Sahara Community HOA c/p First Serv,     P.O. Box 54089,    Los Angeles, CA 90054-0089

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: Amber@SheIsMyLawyer.com Jun 02 2017 01:47:11      AMBERLEA DAVIS,
                 415 S. 6TH STREET, STE 300,    LAS VEGAS, NV  89101
ust            +E-mail/Text: USTPRegion17.LV.ECF@usdoj.gov Jun 02 2017 01:47:31      U.S. TRUSTEE - LV - 11,
                 300 LAS VEGAS BOULEVARD S.,    SUITE 4300,    LAS VEGAS, NV 89101-5803
10121282       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jun 02 2017 01:47:56
                 Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd,    5th Floor mailroom,
                 Coral Gables, FL 33146-1837
10121306        EDI: IRS.COM Jun 02 2017 01:38:00      IRS,    Cincinnati OH 45999-0023
```

```
District/off: 0978-2           User: admin              Page 2 of 2                   Date Rcvd: Jun 01, 2017
                               Form ID: 309F            Total Noticed: 66
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
10121336         E-mail/Text: north.accounting@howardhughes.com Jun 02 2017 01:47:49
                   Summerlin North Community Assoc,    2120 Snow Trail,    Las Vegas, NV 89134-6709
                                                                                                   TOTAL: 5

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10121286*        Chris Wirta,    2460 Avenida Cortes,    Henderson, NV 89074-6349
10121331*       +Selene Finance LP,    POBox 421517,    Houston, TX 77242-1517
                                                                                           TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 31, 2017 at the address(es) listed below:
NONE.                                                                                                TOTAL: 0

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | **SCHULTE PROPERTIES** <br> Name | EIN | 82–1677615 |
| United States Bankruptcy Court  **District of Nevada** <br> Case number:  17–12883–mkn | | Date case filed for chapter  **11**  5/31/17 | |

Official Form 309F (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case

12/15

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | SCHULTE PROPERTIES | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 9811 W. CHARLESTON BLVD., STE 2–351 <br> LAS VEGAS, NV 89117 | |
| 4. | **Debtor's attorney** <br> Name and address | AMBERLEA DAVIS <br> 415 S. 6TH STREET, STE 300 <br> LAS VEGAS, NV 89101 | Contact phone (702) 518 4377 <br> Email Amber@SheIsMyLawyer.com |
| 5. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at www.pacer.gov. | 300 Las Vegas Blvd., South <br> Las Vegas, NV 89101 | Office Hours 9:00 AM – 4:00 PM <br> Contact phone (702) 527–7000 <br> Date: 5/31/17 |
| 6. | **Meeting of creditors** <br> The debtor's representative must attend the meeting to be questioned under oath. <br> Creditors may attend, but are not required to do so. | July 6, 2017 at 01:00 PM <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br><br> **300 Las Vegas Blvd., South, Room 1500, Las Vegas, NV 89101** |

**For more information, see page 2 >**

Debtor  **SCHULTE PROPERTIES**                                                                          Case number **17–12883–mkn**

| | | |
|---|---|---|
| **7.** | **Proof of claim deadline** | **Deadline for filing proof of claim: 10/4/17**  For a governmental unit: **11/27/17** |
| | | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. |
| | | Your claim will be allowed in the amount scheduled unless: |
| | | • your claim is designated as *disputed*, *contingent*, or *unliquidated;* <br> • you file a proof of claim in a different amount; or <br> • you receive another notice. |
| | | If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. |
| | | You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov. |
| | | Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
| **8.** | **Exception to discharge deadline** <br> The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | You must start a judicial proceeding by filing a complaint if you want to have a debt excepted from discharge under 11 U.S.C. § 1141(d)(6)(A). <br><br> **Deadline for filing the complaint:**  None |
| **9.** | **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **10.** | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
| **11.** | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge under 11 U.S.C. § 1141(d)(6)(A), you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |