```
                         United States Bankruptcy Court
                                District of Nevada
In re:                                                       Case No. 17-12883-mkn
SCHULTE PROPERTIES                                           Chapter 11
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0978-2          User: breareymr            Page 1 of 1              Date Rcvd: Jun 01, 2017
                              Form ID: ndef11ni          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 03, 2017.
db            +SCHULTE PROPERTIES,    9811 W. CHARLESTON BLVD., STE 2-351,    LAS VEGAS, NV 89117-7528

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 1, 2017 at the address(es) listed below:
              AMBERLEA    DAVIS    on behalf of Debtor    SCHULTE PROPERTIES Amber@SheIsMyLawyer.com
              U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov
                                                                                             TOTAL: 2

NVB 1007−4 (Rev. 8/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:  
SCHULTE PROPERTIES

Debtor(s)

BK−17−12883−mkn  
CHAPTER 11

NOTICE OF INCOMPLETE  
AND/OR DEFICIENT FILING

**NOTICE IS GIVEN** that the above debtor(s) filed a voluntary petition on 5/31/17. Pursuant to the Federal Rules of Bankruptcy Procedure and the Local Rules for the District of Nevada, the Clerk has noted deficiencies to the petition and/or schedules and statements of this debtor(s) as listed below. This Notice advises the debtor(s) of deficiencies noted by the Clerk in the filing of the Voluntary Petition and related documents. This Notice does not cover all duties and requirements a debtor must perform, and there may be other deficiencies not noted below. **Failure to cure the deficiencies within the time allowed by law or by an extension granted by court order may result in the dismissal of this case.**

VOLUNTARY PETITION:

* The Voluntary Petition did not have attached to it a true copy of the resolution of the corporation's board of directors authorizing the filing. [CORPORATIONS ONLY]

SCHEDULES, STATEMENTS AND CERTIFICATIONS:

* The following schedules, required pursuant to Fed. R. Bankr. P. 1007 and LR 1007, were not filed with the Voluntary Petition:
    * Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
    * Schedule H: Codebtors (Official Form 206H)
* The Statement of Financial Affairs for Non−Individuals Filing for Bankruptcy (Official Form 207), required pursuant to LR 1007(b) and (c), was not filed with the Voluntary Petition.

LIST OF CREDITORS AND EQUITY SECURITY HOLDERS:

* The Verification of Creditor Matrix, required pursuant to Fed. R. Bankr. P. 1008, was not filed with the list of creditors.

**NOTICE IS FURTHER GIVEN** that the Federal Rules of Bankruptcy Procedure, Local Rules and Electronic Filing Procedures are available on the court's web site at http://www.nvb.uscourts.gov.

Dated: 6/1/17

*Mary A. Schott*

Mary A. Schott
Clerk of Court