```
                                  United States Bankruptcy Court
                                        District of Nevada
In re:                                                                          Case No. 17-12883-mkn
SCHULTE PROPERTIES, LLC                                                         Chapter 11
         Debtor                      CERTIFICATE OF NOTICE
District/off: 0978-2          User: iveysd                  Page 1 of 2                  Date Rcvd: Jun 02, 2017
                              Form ID: namdpet              Total Noticed: 64


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 04, 2017.
db            +SCHULTE PROPERTIES, LLC,    9811 W. CHARLESTON BLVD., STE 2-351,    LAS VEGAS, NV 89117-7528
10121280       Aja Campbell,    3729 Discovery Creek Ave,    North Las Vegas, NV 89031-3603
10121341      +Amberlea Davis, Esq,    415 S. Sixth St. 300,    Las Vegas, NV 89101-6937
10121281       BAC Home Loan Servicing, LP,    PO Box 942019,    Simi Valley, CA 93094-2019
10121283       Billy Obedoza,    5218 Misty Morning Dr.,    Las Vegas, NV 89118-0600
10121284      +Chase Home Finance, LLC,    3415 Vision Dr.,    Columbus, OH 43219-6009
10121285      +Chris Wirta,    2460 Avenida Cortes,    Henderson, NV 89074-6349
10121287      +Christopher Martano,    1392 Echo Falls Ave,    Las Vegas, NV 89183-6377
10121288      +CitiMortgage, Inc,    P.O. Box 10002,    Hagerstown, MD 21747-0002
10121289       City National Bank,    PO Box 60938,    Los Angeles, Ca 90060-0938
10121290      +Clark County Assessor,    500 S. Grand Central Pkwy #2,    Las Vegas, NV 89155-4502
10121291      +Clint Fisher,    956 Ostrich Fern Court,    Las Vegas, NV 89183-4050
10121292       Copper Ridge C/O Colonial Mgmt,    PO Box 63275,    Phoenix, AZ 85082-3275
10121293       Creekside HOA c/o first residential,    PO Box 54089,    Los Angeles, CA 90054-0089
10121342      +David Pierce,    9811 W. Charleston Blvd. Ste 2-279,    Las Vegas, NV 89117-7528
10121294       Dulce B. Soliz,    6091 Pumpkin Patch Ave,    Las Vegas, NV 89142-0791
10121343      +Efren Sotelo,    1401 Smokey Glen Cr.,    Las Vegas, NV 89110-1313
10121295       Eldorado First C/o Terra West Property,     PO Box 80900,   Las Vegas, NV 89180-0900
10121340      +Elisa Chadbourne,    5840 TUSCAN HILL Ct,    LAS VEGAS, NV 89141-3895
10121296      +Federal Home Loan Mortgage Corp,    8200 Jones Branch Dr.,    McLean, VA 22102-3107
10121297      +Federal National Morgate Association,    3900 Wisconsin Ave. N.W.,    Washington DC 20016-2806
10121298      +Federal National Mortgage Association,    PO Box 10002,    Hagerstown, MD 21747-0002
10121299      +Fifth Third Bank Mtg Loan Scv,    5050 Kingsley Dr.,    MD 1MOC FP,    Cincinnati OH 45227-1115
10121300      +First American Trustee Servicing Solutio,    1500 Solana Blvd Bldg 6 Ste 6100,
                Westlake, TX 76262-1690
10121301      +Government National Mortgage Association,    451 7th St. SW, Room B-133,
                Washington, DC 20410-0001
10121302       Green Tree Servicing LLC - Ditech Fin,    PO Box 6176,    Rapid City, SD 57709-6176
10121303       Green Valley Ranch, HOA CO Terra West,    PO Box 94617,    Las Vegas, NV 89193-4617
10121304       GreenTree Servicing LLC,    PO Box 6176,    Rapid City SD 57709-6176
10121305       Image Finance, LLC,    4571 Wilshire Blvd, Suite 203,    Los Angeles, CA 90010
10121309       JP Morgan Chase Bank,    P.O. Box 183166,    Columbus, OH 43218-3166
10121307       James Craig,    9020 Feather River Ct,    Las Vegas, NV 89117-2367
10121308      +Jessie C. Gaytan,    6091 Pumpkin Patch Ave,    Las Vegas, NV 89142-0791
10121310       Kami Conselva,    5218 Misty Morning Dr.,    LAs Vegas, NV 89118-0600
10121311       Karen Taylor,    3729 Discovery Creek Ave,    North Las Vegas, NV 89031-3603
10121312       Linda Reina,    7873 Bridgefield Lane,    Las Vegas, NV 89147-5099
10121344      +Lucy Innuso,    7413 Lattimore Dr,    Las Vegas, NV 89128-3214
10121313      +Luis Lopez,    2614 Sweet Leilani Ave,    North Las Vegas, NV 89031-0693
10121317      +MTC Financial Inc DBA Trustee Corp,    3571 Red Rock St. Ste B,    Las Vegas, NV 89103-1256
10121314      +Maria Lopez,    2614 Sweet Leilani Ave,    North Las Vegas, NV 89031-0693
10121315      +Mary Wirta,    2460 Avenida Cortes,    Henderson, NV 89074-6349
10121316      +Michaela Martano,    1392 Echo Falls Ave,    Las Vegas, NV 89183-6377
10121318      +National Default Servicing Corp,    7720 N. 16th St. Suite 300,    Phoenix AZ 85020-7404
10121319      +Nettie Johnston,    2290 Surrey Meadows Ave,    Henderson, NV 89052-2335
10121320      +Northwest Trustee Services, INc,    2121 Alton Parkway, Ste 110,    Irvine, CA 92606-4958
10121321       Ocwen Loan Servicing LLC,    PO Box 24736,    West Palm Beach, FL 33416-4736
10121322       Ocwyn Loan Servicing LLC,    PO Box 24736,    West Palm Beach, FL 33416-4736
10121323      +Pebble Creek HOA,    8595 Eastern Ave,    Las Vegas, NV 89123-2823
10121324      +Robert Lopez,    1528 Splinter Rock Way,    North Las Vegas, NV 89031-1617
10121325      +Rosanna Lopez,    1528 Splinter Rock Way,    North Las Vegas, NV 89031-1617
10121326       Sables, LLC,    3754 Howard Hughes Pkwy, Suite 200,    Las Vegas, N 89169
10121327       Sandra Schafer,    3383 Cloverdale Ct,    Las Vegas, NV 89117-3951
10121328      +Seaside Trustee Inc,    Po Box 752317,    Las Vegas, NV 89136-2377
10121329      +Secretary of State,    101 N. Carson Street, Suite 3,    Carson City, NV 89701-3714
10121330       Selene Finance LP,    PO Box 421517,    Houston, TX 77242-1517
10121332       Seterus, Inc.,    P.O. Box 1077,    Hartford, CT 06143-1077
10121333      +Shauna Brogan,    1624 Desert Canyon Ct,    Las Vegas, NV 89128-7900
10121334       Shellpoint Mortgage Servicing,    PO Box 740039,    Cincinnati OH 45274-0039
10121335       Silverado Rnch LMA C/O First Service Res,    PO Box 54089,    Los Angeles, CA 90054-0089
10121337      +TD Service Company,    4000 W. Metropolitan Dr. Ste 400,    Orange, CA 92868-3503
10121338       Wells Fargo Home Mortgage,    PO Box 7198,    Pasadena, CA 91109-7198
10121339       West Sahara Community HOA c/p First Serv,    P.O. Box 54089,    Los Angeles, CA 90054-0089

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
10121282      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jun 03 2017 00:51:30
                Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd,    5th Floor mailroom,
                Coral Gables, FL 33146-1837
10121306       E-mail/Text: cio.bncmail@irs.gov Jun 03 2017 00:51:05      IRS,   Cincinnati OH 45999-0023
10121336       E-mail/Text: north.accounting@howardhughes.com Jun 03 2017 00:51:28
                Summerlin North Community Assoc,    2120 Snow Trail,    Las Vegas, NV 89134-6709
                                                                                              TOTAL: 3
```

```
District/off: 0978-2           User: iveysd                 Page 2 of 2                  Date Rcvd: Jun 02, 2017
                               Form ID: namdpet             Total Noticed: 64

            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10121286*        Chris Wirta,    2460 Avenida Cortes,    Henderson, NV 89074-6349
10121331*       +Selene Finance LP,    POBox 421517,    Houston, TX 77242-1517
                                                                                              TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 2, 2017 at the address(es) listed below:
              AMBERLEA   DAVIS    on behalf of Debtor   SCHULTE PROPERTIES, LLC Amber@SheIsMyLawyer.com
              U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov
                                                                                               TOTAL: 2
```

NVB 1009 (Rev. 2/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK−17−12883−mkn |
| | CHAPTER 11 |
| SCHULTE PROPERTIES, LLC | |
| Debtor(s) | NOTICE OF DEBTOR(S) NAME CHANGE |

**NOTICE IS GIVEN** that pursuant to LR 1009, the clerk has changed the name from

    SCHULTE PROPERTIES

to

    SCHULTE PROPERTIES, LLC

on the docket for the following reason:

    *    To match the petition filed on 5/31/17.

If this does not correctly reflect the debtor(s) information, the debtor(s) is directed to file an amendment to the petition by 6/12/17 and notice the U.S. Trustee, trustee and all creditors.

Dated: 6/2/17

*Mary A. Schott* (signature)

Mary A. Schott
Clerk of Court