**TIFFANY & BOSCO, P.A.**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone:  702 258-8200
Fax:  702 258-8787

Attorney for Bayview Loan Servicing, LLC
17-72136

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-17-12883-mkn |
| Schulte Properties, LLC | Chapter 11 |
| Debtor. | |

## REQUEST FOR SPECIAL NOTICE

TO THE CLERK, TRUSTEE AND ALL OTHER INTERESTED PARTIES:

    1.    This request is filed pursuant to Bankruptcy Rule 2002 (g) for the purpose of ensuring that the parties listed below receive all notices required to be mailed under Bankruptcy Rule 2002.

Bayview Loan Servicing, LLC

    2.    The address to which all such notices in the above-referenced proceeding should be sent to its attorney of record at the addresses listed below:

///

///

///

///

Gregory L. Wilde, Esq.
Attorney for Secured Creditor
212 South Jones Boulevard
Las Vegas, NV 89107

DATED this 7th day of July, 2017.

                        **TIFFANY & BOSCO, P.A.**

            By:   /s/Gregory L. Wilde, Esq
                **GREGORY L. WILDE, ESQ.**
                Attorney for Secured Creditor
                212 South Jones Boulevard
                Las Vegas, Nevada 89107

**TIFFANY & BOSCO, P.A.**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787

Bayview Loan Servicing, LLC
17-72136

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-17-12883-mkn |
| Schulte Properties, LLC | Chapter 11 |
| Debtor. | |

## CERTIFICATE OF MAILING OF REQUEST FOR SPECIAL NOTICE

1. On July 7, 2017, I served the following document:

   **REQUEST FOR SPECIAL NOTICE**

2. I caused to be served the above-named document by the following means to the persons as listed below:

   X   **a. ECF System**

   Amberlea Davis
   Amber@SheIsMyLawyer.com
   Attorney for Debtor

   U.S. Trustee - LV - 11
   USTPRegion17.lv.ecf@usdoj.gov
   Trustee

  X **b. United States mail, postage fully prepaid:**

   Amberlea Davis
   415 S. 6th Street
   Ste 300
   Las Vegas, NV 89101
   Attorney for Debtor

   Schulte Properties, LLC
   9811 W. Charleston Blvd.
   Ste 2-351
   Las Vegas, NV  89117
   Debtor

  **I declare under penalty of perjury the foregoing is true and correct.**

DATED this 7th day of July, 2017.

By: /s/ Brad Anderson