UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

SCHULTE PROPERTIES, LLC,

Debtor.

Case No. 17-12883-MKN
Chapter 11

**REPORT OF U.S. TRUSTEE AT SECTION 341(a) MEETING**

1. Date of Hearing: July 6, 2017
   Time of Hearing: 1:00 p.m.

2. Meeting is: ☒ Concluded; ☐ Continued to _____.

   Reason for continuation:
   ☐ Debtor(s) failed to file schedules and/or statement of financial affairs.
   ☐ Debtor(s) failed to cooperate with the U.S. Trustee.
   ☐ Debtor(s) failed to appear.
   ☐ Debtor(s) not represented by counsel.
   ☐ Other: _____

3. Debtor's bank: U.S. Bank
   Final bank statement of pre-petition account provided? ☒ Yes  ☐ No

4. Attorney's Disclosure of Fee Arrangement filed?  ☐ Yes  ☒ No
   Attorney's Application for Employment?           ☐ Yes  ☒ No

5. Reports submitted:
   ☐ Evidence of Insurance
   ☐ Income Tax Returns
   ☐ Inventory
   ☐ Accounts Receivable
   ☐ Accounts Payable

6. First Monthly Operating Report for the month of June/July is due on: August 20, 2017.

7. U.S. Trustee appointed creditors' committee?  ☐ Yes  ☒ No

8. Additional reports or documents requested by U.S. Trustee: Tenant Deposits

9. Reason for filing petition under chapter 11: Nonpayment of loans stemming from disputes over amounts due

10. Plan proposal: Restructure real property loans

11. If creditors present, see attached creditor sign-in sheet.

Tracy Hope Davis
United States Trustee

DATED: July 6, 2017

By: Nicholas Strozza, Assistant US Trustee