# Resolution to File Chapter 11

## Schulte Properties LLC

### A Nevada Limited Liability Company

**Whereas**, Schulte Properties LLC ("The COMPANY") needs to stabilize its financial condition; and

**Whereas**, The COMPANY needs to know the actual value of its assets and liabilities; and

**Whereas**, The COMPANY is insolvent and unable to pay its debts when due; and

**Whereas**, The COMPANY and its creditors would be best served by the reorganization of The COMPANY under Chapter 11 of the Bankruptcy Code.

**Now, therefore be it resolved** by the Managers of The COMPANY that The COMPANY shall file as soon as practicable for the reorganization of The COMPANY pursuant to Chapter 11 of the Bankruptcy Code.

We, the undersigned, being all the Managers of The COMPANY, hereby certify that:

    **Schulte Properties** is a Nevada **Limited Liability Company** and

    The foregoing is a true record of a resolution duly adopted at a meeting of the Managers; and

    The said meeting was held in accordance with Nevada Law and the Operating Agreement of The COMPANY; and

    We have the power and authority to take the actions called for by the above resolution; and

    The said resolution is now in effect without modification or rescission.

Dated: 30 May 2017

*[signature]*

Melani Schulte, Managing Member, Schulte Properties LLC

# Resolution to Retain Bankruptcy Counsel

## Schulte Properties LLC

### A Nevada Limited Liability Company

**Whereas**, Schulte Properties LLC ("The COMPANY") has need to retain bankruptcy counsel.

**Now, therefore be it resolved** by the Managers of The COMPANY that The COMPANY shall hire Amberlea Davis to represent The COMPANY as bankruptcy counsel and that said counsel shall be compensated in accordance with their generally prevailing rates as reflected in the retainer agreement.

We, the undersigned, being all the Managers of The COMPANY, hereby certify that:

   **Schulte Properties** The COMPANY is a Nevada Limited Liability Company; and

   The foregoing is a true record of a resolution duly adopted at a meeting of the Managers; and

   The said meeting was held in accordance with Nevada Law and the Operating Agreement of The COMPANY; and

   We have the power and authority to take the actions called for by the above resolution; and

   The said resolution is now in effect without modification or rescission.

Dated: 30 May 2017

_____
Melani Schulte, Managing Member, Schulte Properties LLC