NVB 5075 (Rev. 12/15)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK−17−12883−mkn |
| SCHULTE PROPERTIES, LLC | CHAPTER 11 |
| Debtor(s) | NOTICE OF DOCKETING ERROR |

**NOTICE IS ORDERED** that the following docket entry requires correction:

| | |
|---|---|
| Docket Number/Entry: | *28* – Resolution of Board of Directors Filed by AMBERLEA DAVIS on behalf of SCHULTE PROPERTIES, LLC (DAVIS, AMBERLEA) |
| Filed On: | 7/26/17 |
| With A Hearing Date Of: | N/A |
| And A Hearing Time Of: | N/A |

The reason(s) for the required correction(s) is as follows:

* PDF has a missing or incorrect debtors name. Please file an amended pleading or file in correct case immediately.
* PDF is missing a case number or adversary number. Please file an amended pleading immediately.

Dated: 7/27/17

*Mary A. Schott*

Mary A. Schott
Clerk of Court

**For additional information, please visit the court's web site at http://www.nvb.uscourts.gov**