**TIFFANY & BOSCO, P.A.**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone:  702 258-8200
Fax:  702 258-8787

Attorney for CitiMortgage, Inc.
15-75378

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>Schulte Properties, LLC<br><br>           Debtor. | BK-17-12883-mkn<br><br>Chapter 11 |

### REQUEST FOR SPECIAL NOTICE

TO THE CLERK, TRUSTEE AND ALL OTHER INTERESTED PARTIES:

    1.    This request is filed pursuant to Bankruptcy Rule 2002 (g) for the purpose of ensuring that the parties listed below receive all notices required to be mailed under Bankruptcy Rule 2002. CitiMortgage, Inc.

    2.    The address to which all such notices in the above-referenced proceeding should be sent to its attorney of record at the addresses listed below:

///

///

///

///

Gregory L. Wilde, Esq.
Attorney for Secured Creditor
212 South Jones Boulevard
Las Vegas, NV 89107

DATED this 11th day of August, 2017.

                                      **TIFFANY & BOSCO, P.A.**

                              By:  /s/Gregory L. Wilde, Esq
                                  **GREGORY L. WILDE, ESQ.**
                                  Attorney for Secured Creditor
                                  212 South Jones Boulevard
                                  Las Vegas, Nevada 89107

**TIFFANY & BOSCO, P.A.**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone:  702 258-8200
Fax:  702 258-8787

CitiMortgage, Inc.
15-75378

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

In Re:

Schulte Properties, LLC

Debtor.

BK-17-12883-mkn

Chapter 11

## CERTIFICATE OF MAILING OF REQUEST FOR SPECIAL NOTICE

1. On August 11, 2017, I served the following document:

   **REQUEST FOR SPECIAL NOTICE**

2. I caused to be served the above-named document by the following means to the persons as listed below:

   X   **a. ECF System**

   Amberlea Davis
   Amber@SheIsMyLawyer.com
   Attorney for Debtor

   U.S. Trustee - LV - 11
   USTPRegion17.lv.ecf@usdoj.gov
   Trustee

  X **b. United States mail, postage fully prepaid:**

    Schulte Properties, LLC
    9811 W. Charleston Blvd.,
    Ste 2-351
    Las Vegas, NV  89117
    Debtor

  ☐ **c. Personal Service**

   I personally delivered the document(s) to the persons at these addresses:

   ☐ 1. For a party represented by an attorney, delivery was made by handing the document(s) to the attorney's office with a clerk or other person in charge, or if no one is charge by leaving the document(s) in a conspicuous place in the office.

   ☐ 2. For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

  ☐ **d. By direct mail**

   Based upon the written assignment of the parties to accept service by email or a court order. I caused the document(s) to be sent to the persons at the mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

  ☐ **e. By fax transmission**

   Based upon the written assignment of the parties to accept service by fax transmission or a court order. I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

  ☐ **f. By messenger**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

**I declare under penalty of perjury the foregoing is true and correct.**

DATED this 11th day of August, 2017.

By: Brad Anderson