**Amberlea Davis**
Nevada Bar Number: 11551
Law Offices of Amberlea Davis
415 S. Sixth St, Ste 300
Las Vegas, NV 89101
Phone: (702) 440-8000
Email: Amber@SheIsMyLawyer.com
*Proposed Attorney for Debtor*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT NEVADA

| | |
|---|---|
| IN RE: SCHULTE PROPERTIES, LLC<br><br>DEBTOR | CASE:   17-12883-mkn<br><br>CHAPTER 11<br><br>Hearing Date: September 27, 2017<br>Hearing Time:  9:30 am<br>Estimated Time for Hearing: 15 |

## AMENDED NOTICE OF HEARING ON MOTIONS TO ASSUME UNEXPIRED LEASE BETWEEN SCHULTE PROPERTIES LLC AND TENANTS FOR RESIDENTIAL PROPERTY DOCKET NUMBERS 14-26 AND MOTION TO ASSUME EXECTUTORY CONTRACT DOCKET NUMBER 27

**NOTICE IS HEREBY GIVEN** that:

- MOTIONS TO ASSUME UNEXPIRED LEASE BETWEEN SCHULTE PROPERTIES LLC and TENANTS FOR RESIDENTIAL PROPERTY, DOCKET NUMBERS 14-25 were filed by Amberlea Davis, Proposed Attorney for the Debtor, SCHULTE PROPERTIES LLC. These Motions seek to assume the unexpired leases for the properties named in each motion.

- A MOTION TO ACCEPT AN EXECUTORY CONTRACT FOR MANAGEMENT SERVICES was filed by Amberlea Davis, Proposed Attorney for the Debtor, SCHULTE PROPERTIES LLC.

…

LAW OFFICES OF AMBERLEA DAVIS
416 S. 6th St., Ste. 300
Las Vegas, Nevada 89101
Telephone: 702-518-4377

Amended Notice of Hearing on Motions to Accept Executory Contract and Assume Unexpired Leases.

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

Pursuant to LR 9014.1, the court will consider this motion, objection, or other matter without further notice of hearing unless a party in interest files an objection within twenty-one (21) days from the date of service of this paper. If you object to the relief requested in this paper, you may file your objection at the bankruptcy clerk's office located in Las Vegas at the United States Bankruptcy Court, 300 Las Vegas Blvd. South, Las Vegas, Nevada 89101, and serve a copy on the movant's attorney and any other appropriate persons.

The objecting party has a duty to timely set the objection for a hearing and properly notice all parties in interest. If you do not file an objection within the time permitted, then:

- The court may refuse to allow you to speak at the scheduled hearing; and
- The court may rule against you without formally calling the matter at the hearing; and
- An order granting the requested relief may be entered by the court without further notice or hearing.

**NOTICE IS FURTHER GIVEN** that if you don't want the court to grant relief sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an opposition with the court, and serve a copy on the person making the Motion no later than *14 days* preceding the hearing date for the motion, unless an exception applies (see Local Rule 9014(d)(3)). The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

> If you object to the relief requested, you must file a WRITTEN response to this pleading with the court. You must also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> - The court may refuse to allow you to speak at the scheduled hearing; and,
> - The court may rule against you without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that the hearing on said Motion will be held before a United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Blvd. South, Bankruptcy Court Room 2, Third Floor, Las Vegas, NV 89101, on the above referenced date and time.

Dated: 5 September 2017



_____
AMBERLEA DAVIS
*Proposed Counsel for Debtor*

### Certificate of Service

On July 26, 2017, I served the documents listed as

- Motions to Assume Unexpired Lease between Schulte Properties LLC and Tenants for Residential Property – DOCKET NUMBERS 1-25 Pursuant to 11 U.S.C § 365; and

On September 5, 2017 I served the

- Amended Notice of Hearing on Motion and Opportunity to Object to Motions to Assume Unexpired Lease between Schulte Properties LLC and Tenants for Residential Property – DOCKET NUMBERS 1-25 Pursuant to 11 U.S.C § 365.

The documents were served by the following means to on the persons listed below:

1. Via ECF System:

    Amberlea Davis on behalf of Debtor Schulte Properties LLC,
    amber@sheismylawyer.com

2. By United States Mail, First Class Postage Prepaid:

- AJA CAMPBELL, LESSOR, 3729 DISCOVERY CREEK AVE, NORTH LAS VEGAS NV 89031-3603
- ALEXANDRA REIMANN, LESSOR, 3383 CLOVERDALE CT, LAS VEGAS NV 89117-3951
- BILLY OBEDOZA, LESSOR, 5218 MISTY MORNING DR, LAS VEGAS NV 89118-0600

LAW OFFICES OF AMBERLEA DAVIS
416 S. 6th St., Ste. 300
Las Vegas, Nevada 89101
Telephone: 702-518-4377

LAW OFFICES OF AMBERLEA DAVIS
416 S. 6th St., Ste. 300
Las Vegas, Nevada 89101
Telephone: 702-518-4377

- BRENDA TORRES LOPEZ, LESSOR, 9500 ASPEN GLOW DR, LAS VEGAS NV 89134-0134
- CHRIS WIRTA, LESSOR, 2460 AVENIDA CORTES, HENDERSON NV 89074-6349
- CHRISTOPHER MARTANO, 1392 ECHO FALLS AVE, LAS VEGAS NV 89183-6377
- CLINT FISHER, LESSOR, 956 OSTRICH FERN CT, LAS VEGAS NV 89183-4050
- DULCE B. SOLIZ, LESSOR, 6091 PUMPKIN PATCH AVE, LAS VEGAS NV 89142-0791
- GREGORY L. WILDE, ESQ., TIFFANCY AND BOSCO, 212 S JONES BLVD, LAS VEGAS NV 89107-2657
- JAMES CRAIG, LESSOR, 9020 FEATHER RIVER CT, LAS VEGAS NV 89117-2367
- JESSIE C. GAYTAN, LESSOR, 6091 PUMPKIN PATCH AVE, LAS VEGAS NV 89142-0791
- JURIS ORE, LESSOR, 2290 SURREY MEADOWS AVE, HENDERSON NV 89052-2335
- KAMI CONSELVA, LESSOR, 5218 MISTY MORNING DR, LAS VEGAS NV 89118-0600
- KAREN TAYLOR, LESSOR, 3729 DISCOVERY CREEK AVE, NORTH LAS VEGAS NV 89031-3603
- LINDA REINA, LESSOR, 7873 BRIDGEFIELD LN, LAS VEGAS NV 89147-5099
- LUIS LOPEZ, LESSOR, 2614 SWEET LEILANI AVE, NORTH LAS VEGAS NV 89031-0693
- MARIA LOPEZ, LESSOR, 2614 SWEET LEILANI AVE, NORTH LAS VEGAS NV 89031-0693

- MARY WIRTA, LESSOR, 2460 AVENIDA CORTES, HENDERSON NV 89074-6349
- MELANI SCHULTE, 9811 W CHARLESTON BLVD STE 2-351, LAS VEGAS NV 89117-7528
- MICHAELA MARTANO, LESSOR, 1392 ECHO FALLS AVE, LAS VEGAS NV 89183-6377
- MONICA MONTERO, LESSOR, 9500 ASPEN GLOW DR, LAS VEGAS NV 89134-0134
- NETTIE JOHNSTON, LESSOR, 2290 SURREY MEADOWS AVE, HENDERSON NV 89052-2335
- ROBERT LOPEZ, LESSOR, 1528 SPLINTER ROCK WAY, NORTH LAS VEGAS NV 89031-1617
- ROSANNA LOPEZ, LESSOR, 1528 SPLINTER ROCK WAY, NORTH LAS VEGAS NV 89031-1617
- SANDRA SCHAFER, LESSOR, 3383 CLOVERDALE CT, LAS VEGAS NV 89117-3951
- SHAUNA BROGAN, LESSOR, 1624 DESERT CANYON CT, LAS VEGAS NV 89128-7900
- BAC HOME LOAN SERVICING, LP, PO BOX 942019, SIMI VALLEY CA 93094-2019
- BAYVIEW LOAN SERVICING, LLC, 4425 PONCE DE LEON BLVD FL 5, CORAL GABLES FL 33146-1837
- CHASE HOME FINANCE, LLC, 3415 VISION DR, COLUMBUS OH 43219-6009
- CITIMORTGAGE, INC, PO BOX 10002, HAGERSTOWN MD 21747-0002
- CITY NATIONAL BANK, PO BOX 60938, LOS ANGELES CA 90060-0938

- CLARK COUNTY ASSESSOR, 500 S GRAND CENTRAL PKWY # 2, LAS VEGAS NV 89155-4502
- COPPER RIDGE C/O COLONIAL MGMT, PO BOX 63275, PHOENIX AZ 85082-3275
- CREEKSIDE HOA C/O FIRST RESIDENTIAL, PO BOX 54089, LOS ANGELES CA 90054-0089
- DAVID PIERCE, 9811 W CHARLESTON BLVD STE 2-279, LAS VEGAS NV 89117-7528
- EFREN SOTELO, 1401 SMOKEY GLEN CIR, LAS VEGAS NV 89110-1313
- ELDORADO FIRST C/O TERRA WEST PROPERTY, PO BOX 80900, LAS VEGAS NV 89180-0900
- ELISA CHADBOURNE, 5840 TUSCAN HILL CT, LAS VEGAS NV 89141-3895
- FEDERAL HOME LOAN MORTGAGE CORP, 8200 JONES BRANCH DR, MCLEAN VA 22102-3107
- FEDERAL NATIONAL MORGATE ASSOCIATION, 3900 WISCONSIN AVE NW, WASHINGTON DC 20016-2806
- FEDERAL NATIONAL MORTGAGE ASSOCIATION, PO BOX 10002, HAGERSTOWN MD 21747-0002
- FIFTH THIRD BANK MTG LOAN SCV, MD 1MOC FP, 5050 KINGSLEY DR, CINCINNATI OH 45227-1115
- FIRST AMERICAN TRUSTEE SERVICING SOLUTIO, 1500 SOLANA BLVD STE 6100 BLDG 6, WESTLAKE TX 76262-1709

- GOVERNMENT NATIONAL MORTGAGE ASSOCIATION, 451 7TH ST SW RM B-133, WASHINGTON DC 20410-0001
- GREEN TREE SERVICING LLC - DITECH FIN, PO BOX 6176, RAPID CITY SD 57709-6176
- GREEN VALLEY RANCH, HOA CO TERRA WEST, PO BOX 94617, LAS VEGAS NV 89193-4617
- GREENTREE SERVICING LLC, PO BOX 6176, RAPID CITY SD 57709-6176
- INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATION, PO BOX 7346, PHILADELPHIA PA 19101-7346
- IRS, INSOLVENCY DEPARTMENT, CINCINNATI OH 45999-0023
- JP MORGAN CHASE BANK, PO BOX 183166, COLUMBUS OH 43218-3166
- LUCY INNUSO, 7413 LATTIMORE DR, LAS VEGAS NV 89128-3214
- MTC FINANCIAL INC DBA TRUSTEE CORP, 3571 RED ROCK ST STE B, LAS VEGAS NV 89103-1256
- NATIONAL DEFAULT SERVICING CORP, 7720 N 16TH ST STE 300, PHOENIX AZ 85020-7404
- NETTIE JOHNSTON, 2290 SURREY MEADOWS AVE, HENDERSON NV 89052-2335
- NORTHWEST TRUSTEE SERVICES, INC, 2121 ALTON PKWY STE 110, IRVINE CA 92606-4958
- OCWEN LOAN SERVICING LLC, PO BOX 24736, WEST PALM BEACH FL 33416-4736

LAW OFFICES OF AMBERLEA DAVIS
416 S. 6th St., Ste. 300
Las Vegas, Nevada 89101
Telephone: 702-518-4377

Amended Notice of Hearing on Motions to Accept Executory Contract and Assume Unexpired Leases.

LAW OFFICES OF AMBERLEA DAVIS
416 S. 6th St., Ste. 300
Las Vegas, Nevada 89101
Telephone: 702-518-4377

- PEBBLE CREEK HOA, 8595 S EASTERN AVE, LAS VEGAS NV 89123-2823
- SANDRA SCHAFER, 3383 CLOVERDALE CT, LAS VEGAS NV 89117-3951
- SCHULTE PROPERTIES, LLC, 9811 W CHARLESTON BLVD STE 2-351, LAS VEGAS NV 89117-7528
- SEASIDE TRUSTEE INC, PO BOX 752377, LAS VEGAS NV 89136-2377
- SECRETARY OF STATE, 101 N CARSON ST STE 3, CARSON CITY NV 89701-3714
- SELENE FINANCE LP, PO BOX 421517, HOUSTON TX 77242-1517
- SETERUS, INC., PO BOX 1077, HARTFORD CT 06143-1077
- SHELLPOINT MORTGAGE SERVICING, PO BOX 740039, CINCINNATI OH 45274-0039
- SILVERADO RNCH LMA C/O FIRST SERVICE RES, PO BOX 54089, LOS ANGELES CA 90054-0089
- SUMMERLIN NORTH COMMUNITY ASSOC, 2120 SNOW TRL, LAS VEGAS NV 89134-6709
- TD SERVICE COMPANY, 4000 W METROPOLITAN DR STE 400, ORANGE CA 92868-3503
- U.S. TRUSTEE - LV - 11, 300 LAS VEGAS BLVD S STE 4300, LAS VEGAS NV 89101-5803
- UNITED STATES BANKRUPTCY COURT, 300 LAS VEGAS BLVD S, LAS VEGAS NV 89101-5833
- WELLS FARGO HOME MORTGAGE, PO BOX 7198, PASADENA CA 91109-7198
- WEST SAHARA COMMUNITY HOA C/P FIRST SERV, PO BOX 54089, LOS ANGELES CA 90054-0089
- SABLES, LLC, 3753 HOWARD HUGHES PKWY STE 200, LAS VEGAS NV 89169-0952
- ALDRIDGE PITE, LLP
  P.O. BOX 17933
  4375 JUTLAND DR STE 200
  SAN DIEGO CA 92117-3600
- CINDY LEE STOCK, SABLES LLC, 608 S 8TH ST, LAS VEGAS NV 89101-7005
- IMAGE FINANCE, LLC, 4751 WILSHIRE BLVD STE 203, LOS ANGELES CA 90010-3860

Dated: 5 September 2017.



_____
AMBERLEA DAVIS
*Proposed Counsel for Debtor*
NV Bar #11551