**TIFFANY & BOSCO, P.A.**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
**Attorney for Secured Creditor Wells Fargo Bank, N.A.**
09-74153

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In Re: | Bk Case No.: 17-12883-mkn |
|---|---|
| Schulte Properties, LLC | Date: October 18, 2017<br>Time: 9:30am |
| Debtor. | Chapter 11 |

### CERTIFICATE OF SERVICE OF NOTICE AND MOTION FOR RELIEF FROM AUTOMATIC STAY

1. On September 15, 2017, I served the following documents:

    *NOTICE AND MOTION FOR RELIEF FROM AUTOMATIC STAY*

2. I caused to be served the above-named documents by the following means to the persons as listed below:

    X    **a. ECF System**

    Amberlea Davis
    Amber@SheIsMyLawyer.com
    Attorney for Debtor

    U.S. Trustee - LV - 11
    USTPRegion17.lv.ecf@usdoj.gov
    Trustee

    X  **b. United States mail, postage fully prepaid:**

        Amberlea Davis
        415 S. 6th Street
        Ste 300
        Las Vegas, NV 89101
        Attorney for Debtor

        Schulte Properties, LLC
        9811 W. Charleston Blvd.
        Ste 2-351
        Las Vegas, NV  89117
        Debtor

    I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

**I declare under penalty of perjury the foregoing is true and correct.**

DATED this 15th day of September, 2017.


By: /s/ Brad Anderson

**TIFFANY & BOSCO, P.A.**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone:  702 258-8200
Fax:  702 258-8787
**Attorney for Secured Creditor Wells Fargo Bank, N.A.**
09-74153

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | **Bk Case No.: 17-12883-mkn** |
|---|---|
| | Chapter 11 |
| Schulte Properties, LLC | NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY<br>HEARING DATE: October 18, 2017<br>HEARING TIME:  9:30am |
| Debtor. | ESTIMATED TIME: 5 Minutes |

TO THE HONORABLE MIKE K. NAKAGAWA, THE DEBTOR, DEBTOR'S ATTORNEY OF RECORD AND THE CHAPTER 11 TRUSTEE, AND OTHER INTERESTED PARTIES:

**NOTICE IS HEREBY GIVEN** that a MOTION FOR RELIEF FROM AUTOMATIC STAY was filed on September 15, 2017, by Gregory L. Wilde, Attorney for Secured Creditor, Wells Fargo Bank, N.A. The Motion seeks the following relief: for an order terminating the automatic stay, to allow Movant to proceed with its non-bankruptcy remedies, including, but not limited to foreclosure upon, obtaining possession of, and selling the subject real property located at 1528 Splinter Rock Way, North Las Vegas, NV 89031 (the "subject real property"). Any opposition must be filed pursuant to Local Rule 9014(d)(1).

NOTICE IS FURTHER GIVEN that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an opposition with the court, and serve a copy on the person making the Motion no later than 14 days preceding the hearing date for the motion, unless an exception applies (see Local Rule 9014(d)(3)).

The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014( c).

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

☐ The court may *refuse to allow you to speak* at the scheduled hearing; and

☐ The court may *rule against you* without formally calling the matter at the hearing

NOTICE IS FURTHER GIVEN that the hearing on the said Motion will be held before a United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, Third Floor, Bankruptcy Courtroom 2, Las Vegas, Nevada 89101, on 10/18/2017, at the hour of 9:30am.

DATED this 15th day of September, 2017.

**TIFFANY & BOSCO, P.A.**

By: /s/Gregory L. Wilde, Esq
GREGORY L. WILDE, ESQ.
Attorney for Secured Creditor
212 South Jones Boulevard
Las Vegas, Nevada 89107