Name of Attorney  EDWARD G. SCHLOSS
Bar Code #  102858
Address  3637 MOTOR AVENUE, SUITE 220
         LOS ANGELES, CA 90034
Phone #  (310)733-4488 | FAX: (310)836-4888
Email Address  egs2@ix.netcom.com

Name, Address, Telephone No., Bar Number, Fax No. & E-mail address

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re  SCHULTE PROPERTIES, LLC,  )  Case No:  17-12883-mkn
                                 )
                                 )  Chapter 11
                                 )
                                 )
                                 )  **REQUEST FOR SPECIAL**
                                 )  **NOTICE**
                        Debtor(s))

TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR, THE ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES OF INTEREST:

I request that all notices given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the following address and telephone number:

(Please Print)

EDWARD G. SCHLOSS
3637 MOTOR AVENUE, SUITE 220
LOS ANGELES, CA 90034
TEL: (310)733-4488 | FAX: (310)836-4888
E-MAIL: egs2@ix.netcom.com

Date:  September 20, 2017                    /s/ Edward G. Schloss
                                             Signature