WRIGHT, FINLAY & ZAK, LLP
Nichole L. Glowin, Esq., SBN 14204
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660
Tel: (949) 477-5050; Fax: (949) 608-9142
nglowin@wrightlegal.net
*Attorneys for Secured Creditor, MTGLQ Investors, L.P.*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | Case No.: 17-12883-mkn |
| --- | --- |
| SCHULTE PROPERTIES, LLC | Chapter: 11 |
| Debtor. | |

**REQUEST FOR SPECIAL NOTICE**

TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR, THE ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES OF INTEREST:

///

///

///

///

///

///

///

///

///

///

1  I request that all notices given in this case and all papers served or required to be served
2 in this case be given to and served upon the undersigned at the following address and telephone
3 number:

WRIGHT, FINLAY & ZAK, LLP<br>
4665 MacArthur Court, Suite 280<br>
Newport Beach, CA 92660<br>
(949) 477-5050

DATED this 13th day of October, 2017.

                                       WRIGHT, FINLAY & ZAK, LLP

                                       /s/ *Nichole L. Glowin, Esq.*
                                       Nichole L. Glowin, Esq.,
                                       Nevada Bar No. 14204
                                       4665 MacArthur Court, Suite 280
                                       Newport Beach, CA 92660
                                       *Attorney for Secured Creditor,*
                                       *MTGLQ Investors, L.P.*