# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re: SCHULTE PROPERTIES LLC

Case No. 17-12883-MKN

**CHAPTER 11
MONTHLY OPERATING REPORT
(REAL ESTATE CASE)**

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:** Jul-17          **PETITION DATE:** 05/31/17 0:00

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ___ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor). Dollars reported in $1

| | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|
| 2. **Asset and Liability Structure** | | | |
| a. Current Assets | $4,824 | $113 | |
| b. Total Assets | $3,589,145 | $3,584,321 | $3,584,321 |
| c. Current Liabilities | $0 | $0 | |
| d. Total Liabilities | $2,640,275 | $2,640,275 | $2,640,275 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 3. **Statement of Cash Receipts & Disbursements for Month** | | | |
| a. Total Receipts | $25,272 | $20,725 | $45,997 |
| b. Total Disbursements | $20,561 | $20,612 | $41,173 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $4,711 | $113 | $4,824 |
| d. Cash Balance Beginning of Month | $113 | $0 | $0 |
| e. Cash Balance End of Month (c + d) | $4,824 | $113 | $4,824 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 4. **Profit/(Loss) from the Statement of Operations** | $4,711 | $113 | $4,824 |
| 5. **Account Receivables (Pre and Post Petition)** | $0 | $0 | |
| 6. **Post-Petition Liabilities** | $0 | $0 | |
| 7. **Past Due Post-Petition Account Payables (over 30 days)** | $0 | $0 | |

**At the end of this reporting month:**   Yes   No

8. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee)   ___   X
9. Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee)   ___   X
10. If the answer is yes to 8 or 9, were all such payments approved by the court?   ___   ___
11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee)   ___   X
12. Is the estate insured for replacement cost of assets and for general liability?   X   ___
13. Are a plan and disclosure statement on file?   ___   X
14. Was there any post-petition borrowing during this reporting period?   ___   X

15. **Check if paid:** Post-petition taxes ___ ;   U.S. Trustee Quarterly Fees ___ ;   Check if filing is current for: Post-petition tax reporting and tax returns: ___ .
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 10-23-2017

*[signature]*
Responsible Individual

Revised 1/1/98

## STATEMENT OF OPERATIONS
### (Real Estate Case)
For the Month Ended  07/31/17

| Current Month | | | | | Cumulative | Next Month |
|---|---|---|---|---|---|---|
| Actual | Forecast | Variance | | | (Case to Date) | Forecast |
| | | | | **Revenues:** | | |
| $21,499 | $21,125 | $374 | 1 | Rent/Leases | $45,997 | $21,500 |
| | | $0 | 2 | Real Property Sales Gross | | |
| | | $0 | 3 | Interest | | |
| | | $0 | 4 | Other Income: | | |
| $3,773 | $0 | $3,773 | 5 | August rents received in July | | |
| | | $0 | 6 | | | |
| $25,272 | $21,125 | $4,147 | 7 | **Total Revenues** | $45,997 | $21,500 |
| | | | | **Expenses:** | | |
| $0 | | $0 | 8 | Cost of Property Sold | | |
| | | | 8a | Initial Cost & Improvement | | |
| | | | 8b | less: Depreciation Taken | | |
| | | $0 | 9 | Selling | | |
| | | $0 | 10 | Administrative | | |
| | | $0 | 11 | Interest | | |
| | | $0 | 12 | Compensation to Owner(s)/Officer(s) | | |
| | | $0 | 13 | Salaries | | |
| | | $0 | 14 | Commissions | | |
| $7,201 | | ($7,201) | 15 | Management Fees | $7,201 | $7,200 |
| | | | | Rent/Lease: | | |
| | | $0 | 16 | Personal Property | | |
| | | $0 | 17 | Real Property | | |
| | | $0 | 18 | Insurance | | |
| | | $0 | 19 | Depreciation | | |
| | | | | Taxes: | | |
| | | $0 | 20 | Employer Payroll Taxes | | |
| | | $0 | 21 | Real Property Taxes | | |
| | | $0 | 22 | Other Taxes | | |
| $13,708 | $20,612 | $6,904 | 23 | Other Expenses: | $34,320 | $14,000 |
| ($348) | $0 | $348 | 24 | Checks not cleared by bank by month end | ($348) | |
| | | $0 | 25 | | | |
| | | $0 | 26 | | | |
| | | $0 | 27 | | | |
| | | $0 | 28 | | | |
| | | $0 | 29 | | | |
| | | $0 | 30 | | | |
| | | $0 | 31 | | | |
| $20,561 | $20,612 | $51 | 32 | **Total Expenses** | $41,173 | $21,200 |
| $4,711 | $513 | $4,198 | 33 | **Subtotal** | $4,824 | $300 |
| | | | | **Reorganization Items:** | | |
| | | $0 | 34 | Professional Fees | | |
| | | $0 | 35 | Provisions for Rejected Executory Contracts | | |
| | | $0 | 36 | Interest Earned on Accumulated Cash from Resulting Chp 11 Case | | |
| | | $0 | 37 | Gain or (Loss) from Sale of Equipment | | |
| | | $0 | 38 | U.S. Trustee Quarterly Fees | | |
| | | $0 | 39 | | | |
| $0 | $0 | $0 | 40 | **Total Reorganization Items** | $0 | $0 |
| $4,711 | $513 | $4,198 | 41 | **Net Profit (Loss) Before Federal & State Taxes** | $4,824 | $300 |
| | | $0 | 42 | Federal & State Income Taxes | | |
| $4,711 | $513 | $4,198 | 43 | **Net Profit (Loss)** | $4,824 | $300 |

Attach an Explanation of Variance to Statement of Operations (For variances greater than +/- 10% only):

Revised 1/1/98

# BALANCE SHEET
(Real Estate Case)
For the Month Ended ___07/31/17 0:00___

**Assets**

|  |  | From Schedules | Market Value |
|---|---|---|---|
|  | **Current Assets** |  |  |
| 1 | Cash and cash equivalents - unrestricted |  | $4,824 |
| 2 | Cash and cash equivalents - restricted |  |  |
| 3 | Accounts receivable (net) | A | $0 |
| 4 | Prepaid expenses |  |  |
| 5 | Professional retainers |  |  |
| 6 | Other: |  |  |
| 7 |  |  |  |
| 8 | **Total Current Assets** |  | $4,824 |
|  | **Property and Equipment (Market Value)** |  |  |
| 9 | Real property | C | $3,584,321 |
| 10 | Machinery and equipment | D | $0 |
| 11 | Furniture and fixtures | D | $0 |
| 12 | Office equipment | D | $0 |
| 13 | Leasehold improvements | D | $0 |
| 14 | Vehicles | D | $0 |
| 15 | Other: | D |  |
| 16 |  | D |  |
| 17 |  | D |  |
| 18 |  | D |  |
| 19 |  | D |  |
| 20 | **Total Property and Equipment** |  | $3,584,321 |
|  | **Other Assets** |  |  |
| 21 | Loans to shareholders |  |  |
| 22 | Loans to affiliates |  |  |
| 23 |  |  |  |
| 24 |  |  |  |
| 25 |  |  |  |
| 26 |  |  |  |
| 27 | **Total Other Assets** |  | $0 |
| 28 | **Total Assets** |  | $3,589,145 |

**NOTE:** Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

## Liabilities and Equity
### (Real Estate Case)

**Liabilities From Schedules**

  **Post-Petition**

    **Current Liabilities**

| # | Item | | Amount |
|---|---|---|---:|
| 29 | Salaries and wages | | |
| 30 | Payroll taxes | | |
| 31 | Real and personal property taxes | | |
| 32 | Income taxes | | |
| 33 | Sales taxes | | |
| 34 | Notes payable (short term) | | |
| 35 | Accounts payable (trade) | A | $0 |
| 36 | Real property lease arrearage | | |
| 37 | Personal property lease arrearage | | |
| 38 | Accrued professional fees | | |
| 39 | Current portion of long-term post-petition debt (due within 12 months) | | |
| 40 | Other: | | |
| 41 | | | |
| 42 | | | |
| 43 | **Total Current Liabilities** | | $0 |
| 44 | **Long-Term Post-Petition Debt, Net of Current Portion** | | |
| 45 | **Total Post-Petition Liabilities** | | $0 |

  **Pre-Petition Liabilities (allowed amount)**

| # | Item | | Amount |
|---|---|---|---:|
| 46 | Secured claims | F | $2,552,775 |
| 47 | Priority unsecured claims | F | $0 |
| 48 | General unsecured claims | F | $87,500 |
| 49 | **Total Pre-Petition Liabilities** | | $2,640,275 |
| 50 | **Total Liabilities** | | $2,640,275 |

**Equity (Deficit)**

| # | Item | Amount |
|---|---|---:|
| 51 | Retained Earnings/(Deficit) at time of filing | $948,870 |
| 52 | Capital Stock | |
| 53 | Additional paid-in capital | |
| 54 | Cumulative profit/(loss) since filing of case | |
| 55 | Post-petition contributions/(distributions) or (draws) | |
| 56 | | |
| 57 | Market value adjustment | |
| 58 | **Total Equity (Deficit)** | $948,870 |
| 59 | **Total Liabilities and Equity (Deficit)** | $3,589,145 |

# SCHEDULES TO THE BALANCE SHEET
(Real Estate Case)

## Schedule A
### Accounts Receivable and (Net) Payable

| Receivables and Payables Agings | Accounts Receivable [Pre and Post Petition] | Accounts Payable [Post Petition] | Past Due Post Petition Debt |
|---|---|---|---|
| 0-30 Days | | | |
| 31-60 Days | | | |
| 61-90 Days | | | $0 |
| 91+ Days | | | |
| Total accounts receivable/payable | $0 | $0 | |
| Allowance for doubtful accounts | | | |
| Accounts receivable (net) | $0 | | |

## Schedule B
### Inventory/Cost of Goods Sold
### Not Applicable to Real Estate Cases

## Schedule C
### Real Property

| Description | Cost | Market Value |
|---|---|---|
| 14 PROPERTIES PER SCHEDULES PG3 (1) THROUGH (4) | $3,541,800 | $3,584,321 |
| Total | $3,541,800 | $3,584,321 |

## Schedule D
### Other Depreciable Assets

| Description | Cost | Market Value |
|---|---|---|
| Machinery & Equipment - | | |
| Total | $0 | $0 |
| Furniture & Fixtures - | | |
| Total | $0 | $0 |
| Office Equipment - | | |
| Total | $0 | $0 |
| Leasehold Improvements - | | |
| Total | $0 | $0 |
| Vehicles - | | |
| Total | $0 | $0 |

Revised 1/1/98

## Schedule E
### Aging of Post-Petition Taxes
(As of End of the Current Reporting Period)

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| **Federal** | | | | | |
| Income Tax Withholding | | | | | $0 |
| FICA - Employee | | | | | $0 |
| FICA - Employer | | | | | $0 |
| Unemployment (FUTA) | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total Federal Taxes** | $0 | $0 | $0 | $0 | $0 |
| **State and Local** | | | | | |
| Income Tax Withholding | | | | | $0 |
| Unemployment (UT) | | | | | $0 |
| Disability Insurance (DI) | | | | | $0 |
| Empl. Training Tax (ETT) | | | | | $0 |
| Sales | | | | | $0 |
| Excise | | | | | $0 |
| Real property | | | | | $0 |
| Personal property | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total State & Local Taxes** | $0 | $0 | $0 | $0 | $0 |
| **Total Taxes** | $0 | $0 | $0 | $0 | $0 |

## Schedule F
### Pre-Petition Liabilities

| List Total Claims For Each Classification - | Claimed Amount | Allowed Amount (b) |
|---|---|---|
| Secured claims (a) | $2,552,775 | $2,552,775 |
| Priority claims other than taxes | | |
| Priority tax claims | | |
| General unsecured claims | $87,500 | $87,500 |

(a)   List total amount of claims even it under secured.

(b)   Estimated amount of claim to be allowed after compromise or litigation. As an example, you are a defendant in a lawsuit alleging damage of $10,000,000 and a proof of claim is filed in that amount. You believe that you can settle the case for a claim of $3,000,000. For Schedule F reporting purposes you should list $10,000,000 as the Claimed Amount and $3,000,000 as the Allowed Amount.

Revised 1/1/98

## Schedule G
## Rental Income Information

**List the Rental Information Requested Below By Properties**

| Description of Property | Property 1<br>ASPEN GLOW | Property 2<br>AVE CORTES | Property 3<br>BRIDGEFIELD | Property 4<br>CLOVERDALE |
|---|---|---|---|---|
| Scheduled Gross Rents | 1550 | 1450 | 1235 | 1720 |
| Less: | | | | |
|    Vacancy Factor | | | | |
|    Free Rent Incentives | | | | |
|    Other Adjustments | | ($5) | | |
| Total Deductions | $0 | ($5) | $0 | $0 |
| Scheduled Net Rents | $1,550 | $1,455 | $1,235 | $1,720 |
| Less: Rents Receivable * | | | | |
| Scheduled Net Rents Collected * | $1,550 | $1,455 | $1,235 | $1,720 |

\* To be completed by cash basis reporters only.

## Schedule H
## Recapitulation of Funds Held at End of Month

| | Account 1 | Account 2 | Account 3 | Account 4 |
|---|---|---|---|---|
| Bank | US BANK | | | |
| Account Type | CHECKING | | | |
| Account No. | ........73878 | | | |
| Account Purpose | ALL LLC INCOME | | | |
| Balance, End of Month | $4,825 | | | |
| Total Funds on Hand for all Accounts | $4,825 | | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

## Schedule G
## Rental Income Information

**List the Rental Information Requested Below By Properties**

| Description of Property | Property 5<br>DESERT CANYON | Property 6<br>DISCOVERY CRK | Property 7<br>ECHO FALLS | Property 8<br>FEATHER RIVER |
|---|---|---|---|---|
| Scheduled Gross Rents | 1650 | 1350 | 1590 | 1400 |
| Less: | | | | |
|    Vacancy Factor | | | | |
|    Free Rent Incentives | | | | |
|    Other Adjustments | ($84) | $20 | ($100) | |
| Total Deductions | ($84) | $20 | ($100) | $0 |
| Scheduled Net Rents | $1,734 | $1,330 | $1,690 | $1,400 |
| Less: Rents Receivable * | | | | |
| Scheduled Net Rents Collected * | $1,734 | $1,330 | $1,690 | $1,400 |

\* To be completed by cash basis reporters only.

## Schedule H
## Recapitulation of Funds Held at End of Month

| | Account 1 | Account 2 | Account 3 | Account 4 |
|---|---|---|---|---|
| Bank | | | | |
| Account Type | | | | |
| Account No. | | | | |
| Account Purpose | | | | |
| Balance, End of Month | | | | |
| Total Funds on Hand for all Accounts | $0 | | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

## Schedule G
### Rental Income Information

<u>List the Rental Information Requested Below By Properties</u>

| Description of Property | **Property 9**<br>MISTY MORNING | **Property 10**<br>OSTRICH FERN | **Property 11**<br>PUMPKIN PATCH | **Property 12**<br>SPLINTER ROCK |
|---|---|---|---|---|
| Scheduled Gross Rents | 1790 | 1455 | 1305 | 1470 |
| Less: | | | | |
|     Vacancy Factor | | | | |
|     Free Rent Incentives | | | | |
|     Other Adjustments | | | ($20) | |
| Total Deductions | $0 | $0 | ($20) | $0 |
| Scheduled Net Rents | $1,790 | $1,455 | $1,325 | $1,470 |
| Less: Rents Receivable * | | | | |
| Scheduled Net Rents Collected * | $1,790 | $1,455 | $1,325 | $1,470 |

\* To be completed by cash basis reporters only.

## Schedule H
### Recapitulation of Funds Held at End of Month

| | **Account 1** | **Account 2** | **Account 3** | **Account 4** |
|---|---|---|---|---|
| Bank | | | | |
| Account Type | | | | |
| Account No. | | | | |
| Account Purpose | | | | |
| Balance, End of Month | | | | |
| Total Funds on Hand for all Accounts | $0 | | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

## Schedule G
### Rental Income Information

**List the Rental Information Requested Below By Properties**

|  | Property 1 | Property 2 | Property 3 | Property 4 |
|---|---|---|---|---|
| Description of Property | SURREY MEADOWS | SWEET LEILANI |  |  |
| Scheduled Gross Rents | 1850 | 1310 |  |  |
| Less: |  |  |  |  |
|    Vacancy Factor |  |  |  |  |
|    Free Rent Incentives |  |  |  |  |
|    Other Adjustments | ($185) |  |  |  |
| Total Deductions | ($185) | $0 | $0 | $0 |
| Scheduled Net Rents | $2,035 | $1,310 | $0 | $0 |
| Less: Rents Receivable * |  |  |  |  |
| Scheduled Net Rents Collected * | $2,035 | $1,310 | $0 | $0 |

\* To be completed by cash basis reporters only.

## Schedule H
### Recapitulation of Funds Held at End of Month

|  | Account 1 | Account 2 | Account 3 | Account 4 |
|---|---|---|---|---|
| Bank |  |  |  |  |
| Account Type |  |  |  |  |
| Account No. |  |  |  |  |
| Account Purpose |  |  |  |  |
| Balance, End of Month |  |  |  |  |
| Total Funds on Hand for all Accounts | $0 |  |  |  |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
Increase/(Decrease) in Cash and Cash Equivalents
For the Month Ended  07/31/17 0:00

|  |  | Actual Current Month | Cumulative (Case to Date) |
|---|---|---:|---:|
|  | **Cash Receipts** |  |  |
| 1 | Rent/Leases Collected | $21,499 | $42,094 |
| 2 | Cash Received from Sales |  |  |
| 3 | Interest Received |  |  |
| 4 | Borrowings |  |  |
| 5 | Funds from Shareholders, Partners, or Other Insiders |  |  |
| 6 | Capital Contributions |  |  |
| 7 | Rents received and deposited in July for August | $3,773 |  |
| 8 |  |  |  |
| 9 |  |  |  |
| 10 |  |  |  |
| 11 |  |  |  |
| 12 | **Total Cash Receipts** | $25,272 | $45,997 |
|  | **Cash Disbursements** |  |  |
| 13 | Selling |  |  |
| 14 | Administrative |  |  |
| 15 | Capital Expenditures |  |  |
| 16 | Principal Payments on Debt |  |  |
| 17 | Interest Paid |  |  |
|  | Rent/Lease: |  |  |
| 18 | Personal Property |  |  |
| 19 | Real Property |  |  |
|  | Amount Paid to Owner(s)/Officer(s) |  |  |
| 20 | Salaries |  |  |
| 21 | Draws |  |  |
| 22 | Commissions/Royalties |  |  |
| 23 | Expense Reimbursements |  |  |
| 24 | Other |  |  |
| 25 | Salaries/Commissions (less employee withholding) |  |  |
| 26 | Management Fees | $7,201 | $7,201 |
|  | Taxes: |  |  |
| 27 | Employee Withholding |  |  |
| 28 | Employer Payroll Taxes |  |  |
| 29 | Real Property Taxes |  |  |
| 30 | Other Taxes |  |  |
| 31 | Other Cash Outflows: |  |  |
| 32 | REPAIRS, WARRANTY INS. HOA DUES, OTHER | $13,708 | $34,320 |
| 33 | Checks issued but not cleared through bank by month end | ($348) |  |
| 34 |  |  |  |
| 35 |  |  |  |
| 36 |  |  |  |
| 37 | **Total Cash Disbursements:** | $20,561 | $41,173 |
| 38 | Net Increase (Decrease) in Cash | $4,711 | $4,824 |
| 39 | Cash Balance, Beginning of Period | $113 |  |
| 40 | Cash Balance, End of Period | $4,824 | $4,824 |

Revised 1/1/98

## STATEMENT OF CASH FLOWS
(Optional) Increase/(Decrease) in Cash and Cash Equivalents
For the Month Ended ########## 07/31/17 0:00

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Flows From Operating Activities** | | |
| 1 | Cash Received from Sales | | |
| 2 | Rent/Leases Collected | $25,272 | $45,997 |
| 3 | Interest Received | | |
| 4 | Cash Paid for Development of Real Estate | | |
| 5 | Cash Paid for Operation of Real Estate | $20,561 | $41,173 |
| 6 | Cash Paid for Administrative Expenses | | |
| | Cash Paid for Rents/Leases: | | |
| 7 | Personal Property | | |
| 8 | Real Property | | |
| 9 | Cash Paid for Interest | | |
| 10 | Cash Paid for Net Payroll and Benefits | | |
| | Cash Paid to Owner(s)/Officer(s) | | |
| 11 | Salaries | | |
| 12 | Draws | | |
| 13 | Commissions/Royalties | | |
| 14 | Expense Reimbursements | | |
| 15 | Other | | |
| | Cash Paid for Taxes Paid/Deposited to Tax Acct. | | |
| 16 | Employer Payroll Tax | | |
| 17 | Employee Withholdings | | |
| 18 | Real Property Taxes | | |
| 19 | Other Taxes | | |
| 20 | Cash Paid for General Expenses | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |
| 26 | | | |
| 27 | **Net Cash Provided (Used) by Operating Activities before Reorganization Items** | $4,711 | $4,824 |
| | **Cash Flows From Reorganization Items** | | |
| 28 | Interest Received on Cash Accumulated Due to Chp 11 Case | | |
| 29 | Professional Fees Paid for Services in Connection with Chp 11 Case | | |
| 30 | U.S. Trustee Quarterly Fees | | |
| 31 | | | |
| 32 | **Net Cash Provided (Used) by Reorganization Items** | $0 | $0 |
| 33 | **Net Cash Provided (Used) for Operating Activities and Reorganization Items** | $4,711 | $4,824 |
| | **Cash Flows From Investing Activities** | | |
| 34 | Capital Expenditures | | |
| 35 | Proceeds from Sales of Capital Goods due to Chp 11 Case | | |
| 36 | | | |
| 37 | **Net Cash Provided (Used) by Investing Activities** | $0 | $0 |
| | **Cash Flows From Financing Activities** | | |
| 38 | Net Borrowings (Except Insiders) | | |
| 39 | Net Borrowings from Shareholders, Partners, or Other Insiders | | |
| 40 | Capital Contributions | | |
| 41 | Principal Payments | | |
| 42 | | | |
| 43 | **Net Cash Provided (Used) by Financing Activities** | $0 | $0 |
| 44 | **Net Increase (Decrease) in Cash and Cash Equivalents** | $4,711 | $4,824 |
| 45 | Cash and Cash Equivalents at Beginning of Month | $113 | |
| 46 | **Cash and Cash Equivalents at End of Month** | $4,824 | $4,824 |

Revised 1/1/98



**Business Statement**
Account Number:

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

4552    IMG                Y    ST01        AUG 10

Statement Period:
Jul 3, 2017
through
Jul 31, 2017

Page 1 of 16

000001331 02 SP    106481143028773 P
ESTATE OF SCHULTE PROPERTIES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 17-12883-MKN
STE 2-351
9811 W CHARLESTON BLVD
LAS VEGAS NV 89117-7528



To Contact U.S. Bank

24-Hour Business
Solutions:                1-800-673-3555

U.S. Bank accepts Relay Calls
Internet:                 usbank.com

## INFORMATION YOU SHOULD KNOW

Important changes are coming to your Online and Mobile Financial Services Agreement. Review the changes being made by clicking on the banner on your My Accounts page in Online Banking to learn more.

At U.S. Bank we are committed to doing our part to deter criminal activities related to money laundering. We are enhancing our level of security on cash transactions in order to meet regulatory guidelines. To comply with these requirements, we need to clearly identify all individuals making cash transactions at our branches.

Beginning later this year we will require additional information from individuals who make cash transactions at the branch. Individuals who are not U.S. Bank accountholders will also be required to provide additional information, including individuals who present or receive cash on behalf of a business.

What may be required for a cash transaction?
This additional information includes: full name, address, date of birth, Taxpayer Identification Number (of the individual), occupation and photo identification (driver's license or government issued ID). Once the necessary information is established in our system, only photo identification will be required for subsequent cash transactions. Please be ready to provide this information when asked. For your convenience, our branches will be able to collect the additional information in advance of the requirement that becomes mandatory later this year. Thank you for your assistance.

## PREMIUM BUSINESS CHECKING        Member FDIC

U.S. Bank National Association                Account Number

### Account Summary

|                            | # Items |              |
|----------------------------|---------|--------------|
| Beginning Balance on Jul 3 |         | $ 113.14     |
| Customer Deposits          | 16      | 25,272.00    |
| Card Withdrawals           | 3       | 1,184.75 -   |
| Other Withdrawals          | 1       | 20.19 -      |
| Checks Paid                | 51      | 19,355.64 -  |
| Ending Balance on Jul 31, 2017 | | $ 4,824.56   |

### Customer Deposits

| Number | Date  | Ref Number  | Amount   | Number | Date   | Ref Number | Amount    |
|--------|-------|-------------|----------|--------|--------|------------|-----------|
|        | Jul 3 | 8150692052  | 1,200.00 |        | Jul 14 | 9256216464 | 825.00    |
|        | Jul 3 | 8150692055  | 4,385.00 |        | Jul 14 | 9256211371 | 1,790.00  |
|        | Jul 5 | 8659848852  | 135.00   |        | Jul 25 | 8357673234 | 449.00    |
|        | Jul 5 | 8659848849  | 3,030.00 |        | Jul 25 | 8357673232 | 474.00    |
|        | Jul 5 | 8659848844  | 4,235.00 |        | Jul 25 | 8357673236 | 909.00    |
|        | Jul 6 | 8957229505  | 1,455.00 |        | Jul 31 | 8059534682 | 100.00    |
|        | Jul 6 | 8957230891  | 3,250.00 |        | Jul 31 | 8059534691 | 200.00    |
|        | Jul 7 | 9256673078  | 185.00   |        | Jul 31 | 8059534680 | 2,650.00  |

Total Customer Deposits                $    25,272.00



ESTATE OF SCHULTE PROPERTIES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 17-12883-MKN
STE 2-351
9811 W CHARLESTON BLVD
LAS VEGAS NV  89117-7528

**Business Statement**
Account Number

Statement Period
Jul 3, 2017
through
Jul 31, 2017

Page 2 of 10



## PREMIUM BUSINESS CHECKING (CONTINUED)

U.S. Bank National Association                                                                 Account ■■■■■■■■■X

### Card Withdrawals
Card Number: xxxx-xxxx-xxxx-0186

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Jul 31 | Debit Purchase 238799 ************0186 | THE HOME DEPOT # LAS VEGAS  NV On 073017 ILK1TERM REF 721118238799 | 9907301334 | $ 198.09- |
| Jul 31 | Debit Purchase - VISA DAL-TILE #152 LA ************0186 | On 072817 LAS VEGAS NV REF # 24492157209206448000260 | 9206448000 | 204.14- |
| Jul 31 | Debit Purchase - VISA AM CHINA NEVADA ************0186 | On 072817 702-4316789  NV REF # 24269757209900013000014 | 9900013000 | 782.52- |
| | | Card 0186  Withdrawals Subtotal | $ | 1,184.75- |
| | | Total Card Withdrawals | $ | 1,184.75- |

### Other Withdrawals

| Date | Description of Transaction | Ref Number | Amount |
|---|---|---|---|
| Jul 17 | Analysis Service Charge | 1700000000 | $ 20.19- |
| | Total Other Withdrawals | | $ 20.19- |

### Checks Presented Conventionally

| Check | Date | Ref Number | Amount | Check | Date | Ref Number | Amount |
|---|---|---|---|---|---|---|---|
| 1029 | Jul 12 | 8654025768 | 68.41 | 1055 | Jul 14 | 9255213218 | 50.00 |
| 1030 | Jul 25 | 8357956320 | 135.69 | 1056 | Jul 24 | 8055226079 | 59.90 |
| 1031 | Jul 12 | 8654025767 | 61.42 | 1057 | Jul 14 | 9255669909 | 494.00 |
| 1032 | Jul 13 | 8954929651 | 67.33 | 1058 | Jul 17 | 8053752333 | 200.00 |
| 1033 | Jul 13 | 8954929654 | 62.27 | 1059 | Jul 17 | 8053752332 | 200.00 |
| 1034 | Jul 13 | 8954929650 | 62.27 | 1060 | Jul 17 | 8053752331 | 200.00 |
| 1035 | Jul 13 | 8954929653 | 62.27 | 1061 | Jul 17 | 8053752330 | 200.00 |
| 1036 | Jul 13 | 8954929649 | 61.57 | 1062 | Jul 17 | 8053752327 | 200.00 |
| 1037 | Jul 13 | 8954929652 | 61.57 | 1063 | Jul 17 | 8053752326 | 200.00 |
| 1038 | Jul 14 | 9256380575 | 35.00 | 1064 | Jul 17 | 8053752323 | 200.00 |
| 1039 | Jul 14 | 9254755890 | 28.75 | 1065 | Jul 17 | 8053752322 | 200.00 |
| 1040 | Jul 11 | 8358885766 | 55.00 | 1066 | Jul 17 | 8053752321 | 200.00 |
| 1041 | Jul 17 | 8059942883 | 572.91 | 1067 | Jul 17 | 8053752320 | 200.00 |
| 1042 | Jul 25 | 8357672805 | 100.00 | 1068 | Jul 17 | 8053752329 | 200.00 |
| 1043 | Jul 25 | 8357672807 | 90.00 | 1069 | Jul 17 | 8053752328 | 200.00 |
| 1044 | Jul 11 | 8357766920 | 957.00 | 1070 | Jul 17 | 8053752325 | 200.00 |
| 1045 | Jul 14 | 9256380576 | 40.00 | 1071 | Jul 17 | 8053752324 | 200.00 |
| 1046 | Jul 20 | 8954535773 | 43.53 | 1072 | Jul 20 | 8955132706 | 531.00 |
| 1047 | Jul 20 | 8954535770 | 43.53 | 1073 | Jul 20 | 8955132710 | 470.00 |
| 1048 | Jul 20 | 8954535771 | 43.53 | 1074 | Jul 20 | 8955132711 | 417.00 |
| 1049 | Jul 20 | 8954535774 | 43.53 | 1075 | Jul 24 | 8053978235 | 600.00 |
| 1050 | Jul 20 | 8954535772 | 43.53 | 1076 | Jul 19 | 8653146443 | 2,111.00 |
| 1051 | Jul 20 | 8954535776 | 43.46 | 1077 | Jul 25 | 8357673231 | 144.00 |
| 1052 | Jul 11 | 8358885796 | 85.00 | 1078 | Jul 19 | 8653146442 | 7,201.17 |
| 1053 | Jul 14 | 9254755891 | 160.00 | 1079 | Jul 28 | 9255529304 | 1,400.00 |
| 1054 | Jul 14 | 9255213219 | 50.00 | | | | |

|  |  | Conventional Checks Paid (51) | $ | 19,355.64- |
|---|---|---|---|---|

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Jul 3 | 5,698.14 | Jul 11 | 16,891.14 | Jul 17 | 14,748.18 |
| Jul 5 | 13,098.14 | Jul 12 | 16,761.31 | Jul 19 | 5,436.01 |
| Jul 6 | 17,803.14 | Jul 13 | 16,384.03 | Jul 20 | 3,756.90 |





ESTATE OF SCHULTE PROPERTIES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 17-12883-MKN
STE 2-351
9811 W CHARLESTON BLVD
LAS VEGAS NV 89117-7528

**Business Statement**
Account Number:

Statement Period:
Jul 3, 2017
through
Jul 31, 2017

Page 3 of 16

## PREMIUM BUSINESS CHECKING (CONTINUED)

U.S. Bank National Association    Account Number

**Balance Summary (continued)**

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Jul 25 | 4,459.31 | Jul 28 | 3,059.31 | Jul 31 | 4,824.56 |

Balances only appear for days reflecting change.