## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re: SCHULTE PROPERTIES LLC

Case No. 17-12883-MKN

**CHAPTER 11
MONTHLY OPERATING REPORT
(REAL ESTATE CASE)**

### SUMMARY OF FINANCIAL STATUS

MONTH ENDED: Aug-17    PETITION DATE: 05/31/17 0:00

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ___ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor). Dollars reported in $1

| | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|
| 2. **Asset and Liability Structure** | | | |
| a. Current Assets | $2,328 | $4,824 | |
| b. Total Assets | $3,586,649 | $3,589,145 | $3,584,321 |
| c. Current Liabilities | $0 | $0 | |
| d. Total Liabilities | $2,640,275 | $2,640,275 | $2,640,275 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 3. **Statement of Cash Receipts & Disbursements for Month** | | | |
| a. Total Receipts | $21,565 | $25,272 | $67,562 |
| b. Total Disbursements | $24,061 | $20,561 | $65,234 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | ($2,496) | $4,711 | $2,328 |
| d. Cash Balance Beginning of Month | $4,824 | $113 | $0 |
| e. Cash Balance End of Month (c + d) | $2,328 | $4,824 | $2,328 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 4. Profit/(Loss) from the Statement of Operations | ($2,496) | $113 | $2,328 |
| 5. Account Receivables (Pre and Post Petition) | $0 | $0 | |
| 6. Post-Petition Liabilities | $0 | $0 | |
| 7. Past Due Post-Petition Account Payables (over 30 days) | $0 | $0 | |

At the end of this reporting month:                    Yes    No

8. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee)    X
9. Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee)    X
10. If the answer is yes to 8 or 9, were all such payments approved by the court?
11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee)    X
12. Is the estate insured for replacement cost of assets and for general liability?    X
13. Are a plan and disclosure statement on file?    X
14. Was there any post-petition borrowing during this reporting period?    X

15. **Check if paid:** Post-petition taxes ___;    U.S. Trustee Quarterly Fees ___; Check if filing is current for: Post-petition tax reporting and tax returns: ___.
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 10.23.2017

Responsible Individual

Revised 1/1/98

# STATEMENT OF OPERATIONS
## (Real Estate Case)
For the Month Ended __08/31/17__

| Current Month | | | | | Cumulative | Next Month |
| Actual | Forecast | Variance | | | (Case to Date) | Forecast |
|---|---|---|---|---|---|---|
| | | | | **Revenues:** | | |
| $21,565 | $21,500 | $65 | 1 | Rent/Leases | $67,562 | $18,500 |
| | | $0 | 2 | Real Property Sales Gross | | |
| | | $0 | 3 | Interest | | |
| | | $0 | 4 | Other Income: | | |
| | | $0 | 5 | | | |
| | | $0 | 6 | | | |
| $21,565 | $21,500 | $65 | 7 | **Total Revenues** | $67,562 | $18,500 |
| | | | | **Expenses:** | | |
| $0 | | $0 | 8 | Cost of Property Sold | | |
| | | | 8a | Initial Cost & Improvement | | |
| | | | 8b | less: Depreciation Taken | | |
| | | $0 | 9 | Selling | | |
| | | $0 | 10 | Administrative | | |
| | | $0 | 11 | Interest | | |
| | | $0 | 12 | Compensation to Owner(s)/Officer(s) | | |
| | | $0 | 13 | Salaries | | |
| | | $0 | 14 | Commissions | | |
| $4,181 | $7,200 | $3,019 | 15 | Management Fees | $11,382 | $4,300 |
| | | | | Rent/Lease: | | |
| | | $0 | 16 |    Personal Property | | |
| | | $0 | 17 |    Real Property | | |
| | | $0 | 18 | Insurance | | |
| | | $0 | 19 | Depreciation | | |
| | | | | Taxes: | | |
| | | $0 | 20 |    Employer Payroll Taxes | | |
| | | $0 | 21 |    Real Property Taxes | | |
| | | $0 | 22 |    Other Taxes | | |
| $21,254 | $14,000 | ($7,254) | 23 | Other Expenses: | $55,574 | $16,500 |
| ($1,699) | $0 | $1,699 | 24 | Checks not cleared by bank by month end | ($1,699) | |
| $325 | $0 | ($325) | 25 | Prior month checks cleared - Accounting adjustment | ($348) | |
| | | $0 | 26 | US Trustee Fee | $325 | $0 |
| | | $0 | 27 | | | |
| | | $0 | 28 | | | |
| | | $0 | 29 | | | |
| | | $0 | 30 | | | |
| | | $0 | 31 | | | |
| $24,061 | $21,200 | ($2,861) | 32 | **Total Expenses** | $65,234 | $20,800 |
| ($2,496) | $300 | ($2,796) | 33 | **Subtotal** | $2,328 | ($2,300) |
| | | | | **Reorganization Items:** | | |
| | | $0 | 34 | Professional Fees | | |
| | | $0 | 35 | Provisions for Rejected Executory Contracts | | |
| | | $0 | 36 | Interest Earned on Accumulated Cash from Resulting Chp 11 Case | | |
| | | $0 | 37 | Gain or (Loss) from Sale of Equipment | | |
| | | $0 | 38 | U.S. Trustee Quarterly Fees | | |
| | | $0 | 39 | | | |
| $0 | $0 | $0 | 40 | **Total Reorganization Items** | $0 | $0 |
| ($2,496) | $300 | ($2,796) | 41 | **Net Profit (Loss) Before Federal & State Taxes** | $2,328 | ($2,300) |
| | | $0 | 42 | Federal & State Income Taxes | | |
| ($2,496) | $300 | ($2,796) | 43 | **Net Profit (Loss)** | $2,328 | ($2,300) |

Attach an Explanation of Variance to Statement of Operations (For variances greater than +/- 10% only):

Revised 1/1/98

## BALANCE SHEET
(Real Estate Case)
For the Month Ended __08/31/17 0:00__

| | Assets | From Schedules | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents - unrestricted | | $2,328 |
| 2 | Cash and cash equivalents - restricted | | |
| 3 | Accounts receivable (net) | A | $0 |
| 4 | Prepaid expenses | | |
| 5 | Professional retainers | | |
| 6 | Other: _____ | | |
| 7 | _____ | | |
| 8 | **Total Current Assets** | | $2,328 |
| | **Property and Equipment (Market Value)** | | |
| 9 | Real property | C | $3,584,321 |
| 10 | Machinery and equipment | D | $0 |
| 11 | Furniture and fixtures | D | $0 |
| 12 | Office equipment | D | $0 |
| 13 | Leasehold improvements | D | $0 |
| 14 | Vehicles | D | $0 |
| 15 | Other: _____ | D | |
| 16 | _____ | D | |
| 17 | _____ | D | |
| 18 | _____ | D | |
| 19 | _____ | D | |
| 20 | **Total Property and Equipment** | | $3,584,321 |
| | **Other Assets** | | |
| 21 | Loans to shareholders | | |
| 22 | Loans to affiliates | | |
| 23 | _____ | | |
| 24 | _____ | | |
| 25 | _____ | | |
| 26 | _____ | | |
| 27 | **Total Other Assets** | | $0 |
| 28 | **Total Assets** | | $3,586,649 |

**NOTE:**
Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

Revised 1/1/98

## Liabilities and Equity
### (Real Estate Case)

**Liabilities From Schedules**

    **Post-Petition**

        **Current Liabilities**

| | | | | |
|---|---|---|---|---:|
| 29 | Salaries and wages | | | |
| 30 | Payroll taxes | | | |
| 31 | Real and personal property taxes | | | |
| 32 | Income taxes | | | |
| 33 | Sales taxes | | | |
| 34 | Notes payable (short term) | | | |
| 35 | Accounts payable (trade) | A | | $0 |
| 36 | Real property lease arrearage | | | |
| 37 | Personal property lease arrearage | | | |
| 38 | Accrued professional fees | | | |
| 39 | Current portion of long-term post-petition debt (due within 12 months) | | | |
| 40 | Other: _____ | | | |
| 41 | _____ | | | |
| 42 | _____ | | | |
| 43 | **Total Current Liabilities** | | | $0 |
| 44 | **Long-Term Post-Petition Debt, Net of Current Portion** | | | |
| 45 | **Total Post-Petition Liabilities** | | | $0 |

    **Pre-Petition Liabilities (allowed amount)**

| | | | | |
|---|---|---|---|---:|
| 46 | Secured claims | F | | $2,552,775 |
| 47 | Priority unsecured claims | F | | $0 |
| 48 | General unsecured claims | F | | $87,500 |
| 49 | **Total Pre-Petition Liabilities** | | | $2,640,275 |
| 50 | **Total Liabilities** | | | $2,640,275 |

**Equity (Deficit)**

| | | |
|---|---|---:|
| 51 | Retained Earnings/(Deficit) at time of filing | $946,374 |
| 52 | Capital Stock | |
| 53 | Additional paid-in capital | |
| 54 | Cumulative profit/(loss) since filing of case | |
| 55 | Post-petition contributions/(distributions) or (draws) | |
| 56 | _____ | |
| 57 | Market value adjustment | |
| 58 | **Total Equity (Deficit)** | $946,374 |
| 59 | **Total Liabilities and Equity (Deficit)** | $3,586,649 |

Revised 1/1/98

# SCHEDULES TO THE BALANCE SHEET
(Real Estate Case)

### Schedule A
### Accounts Receivable and (Net) Payable

| Receivables and Payables Agings | Accounts Receivable [Pre and Post Petition] | Accounts Payable [Post Petition] | Past Due Post Petition Debt |
|---|---|---|---|
| 0-30 Days | | | |
| 31-60 Days | | | |
| 61-90 Days | | | $0 |
| 91+ Days | | | |
| Total accounts receivable/payable | $0 | $0 | |
| Allowance for doubtful accounts | | | |
| Accounts receivable (net) | $0 | | |

### Schedule B
### Inventory/Cost of Goods Sold
### Not Applicable to Real Estate Cases

### Schedule C
### Real Property

| Description | Cost | Market Value |
|---|---|---|
| 14 PROPERTIES PER SCHEDULES PG3 (1) THROUGH (4) | $3,541,800 | $3,584,321 |
| Total | $3,541,800 | $3,584,321 |

### Schedule D
### Other Depreciable Assets

| Description | Cost | Market Value |
|---|---|---|
| Machinery & Equipment - | | |
| Total | $0 | $0 |
| Furniture & Fixtures - | | |
| Total | $0 | $0 |
| Office Equipment - | | |
| Total | $0 | $0 |
| Leasehold Improvements - | | |
| Total | $0 | $0 |
| Vehicles - | | |
| Total | $0 | $0 |

Revised 1/1/98

## Schedule E
## Aging of Post-Petition Taxes
### (As of End of the Current Reporting Period)

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| **Federal** | | | | | |
| Income Tax Withholding | | | | | $0 |
| FICA - Employee | | | | | $0 |
| FICA - Employer | | | | | $0 |
| Unemployment (FUTA) | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total Federal Taxes** | $0 | $0 | $0 | $0 | $0 |
| **State and Local** | | | | | |
| Income Tax Withholding | | | | | $0 |
| Unemployment (UT) | | | | | $0 |
| Disability Insurance (DI) | | | | | $0 |
| Empl. Training Tax (ETT) | | | | | $0 |
| Sales | | | | | $0 |
| Excise | | | | | $0 |
| Real property | | | | | $0 |
| Personal property | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total State & Local Taxes** | $0 | $0 | $0 | $0 | $0 |
| **Total Taxes** | $0 | $0 | $0 | $0 | $0 |

## Schedule F
## Pre-Petition Liabilities

| List Total Claims For Each Classification - | Claimed Amount | Allowed Amount (b) |
|---|---|---|
| Secured claims (a) | $2,552,775 | $2,552,775 |
| Priority claims other than taxes | | |
| Priority tax claims | | |
| General unsecured claims | $87,500 | $87,500 |

(a) List total amount of claims even it under secured.

(b) Estimated amount of claim to be allowed after compromise or litigation. As an example, you are a defendant in a lawsuit alleging damage of $10,000,000 and a proof of claim is filed in that amount. You believe that you can settle the case for a claim of $3,000,000. For Schedule F reporting purposes you should list $10,000,000 as the Claimed Amount and $3,000,000 as the Allowed Amount.

Revised 1/1/98

## Schedule G
### Rental Income Information

**List the Rental Information Requested Below By Properties**

| Description of Property | Property 1<br>ASPEN GLOW | Property 2<br>AVE CORTES | Property 3<br>BRIDGEFIELD | Property 4<br>CLOVERDALE |
|---|---|---|---|---|
| Scheduled Gross Rents | 1550 | 1450 | 1235 | 1720 |
| Less: | | | | |
|    Vacancy Factor | | | | |
|    Free Rent Incentives | | | | |
|    Other Adjustments | | $150 | | |
| Total Deductions | $0 | $150 | $0 | $0 |
| Scheduled Net Rents | $1,550 | $1,300 | $1,235 | $1,720 |
| Less: Rents Receivable * | | | | |
| Scheduled Net Rents Collected * | $1,550 | $1,300 | $1,235 | $1,720 |

\* To be completed by cash basis reporters only.

## Schedule H
### Recapitulation of Funds Held at End of Month

| | Account 1 | Account 2 | Account 3 | Account 4 |
|---|---|---|---|---|
| Bank | US BANK | | | |
| Account Type | CHECKING | | | |
| Account No. | ........73878 | | | |
| Account Purpose | ALL LLC INCOME | | | |
| Balance, End of Month | $2,328 | | | |
| Total Funds on Hand for all Accounts | $2,328 | | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

## Schedule G
### Rental Income Information

<u>**List the Rental Information Requested Below By Properties**</u>

| Description of Property | **Property 5**<br>DESERT CANYON | **Property 6**<br>DISCOVERY CRI | **Property 7**<br>ECHO FALLS | **Property 8**<br>FEATHER RIVER |
|---|---|---|---|---|
| Scheduled Gross Rents | 1650 | 1350 | 1590 | 1400 |
| Less: | | | | |
|    Vacancy Factor | | | | |
|    Free Rent Incentives | | | | |
|    Other Adjustments | | | $65 | |
| | ($300) | ($175) | | |
| Total Deductions | ($300) | ($175) | $65 | $0 |
| Scheduled Net Rents | $1,950 | $1,525 | $1,525 | $1,400 |
| Less: Rents Receivable * | | | | |
| Scheduled Net Rents Collected * | $1,950 | $1,525 | $1,525 | $1,400 |

\* To be completed by cash basis reporters only.

## Schedule H
### Recapitulation of Funds Held at End of Month

| | **Account 1** | **Account 2** | **Account 3** | **Account 4** |
|---|---|---|---|---|
| Bank | | | | |
| Account Type | | | | |
| Account No. | | | | |
| Account Purpose | | | | |
| Balance, End of Month | | | | |
| Total Funds on Hand for all Accounts | $0 | | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

## Schedule G
### Rental Income Information

**List the Rental Information Requested Below By Properties**

| Description of Property | Property 9<br>MISTY MORNING | Property 10<br>OSTRICH FERN | Property 11<br>PUMPKIN PATC | Property 12<br>SPLINTER ROCK |
|---|---|---|---|---|
| Scheduled Gross Rents | 1790 | 1455 | 1305 | 1470 |
| Less: | | | | |
|   Vacancy Factor | | | | |
|   Free Rent Incentives | | | | |
|   Other Adjustments | | | ($20) | |
|   September Rent Paid and Deposited in August | | | | ($1,470) |
| Total Deductions | $0 | $0 | ($20) | ($1,470) |
| Scheduled Net Rents | $1,790 | $1,455 | $1,325 | $2,940 |
| Less: Rents Receivable * | | | | |
| Scheduled Net Rents Collected * | $1,790 | $1,455 | $1,325 | $2,940 |

\* To be completed by cash basis reporters only.

## Schedule H
### Recapitulation of Funds Held at End of Month

| | Account 1 | Account 2 | Account 3 | Account 4 |
|---|---|---|---|---|
| Bank | | | | |
| Account Type | | | | |
| Account No. | | | | |
| Account Purpose | | | | |
| Balance, End of Month | | | | |
| Total Funds on Hand for all Accounts | $0 | | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

## Schedule G
### Rental Income Information

**List the Rental Information Requested Below By Properties**

|  | Property 1 | Property 2 | Property 3 | Property 4 |
|---|---|---|---|---|
| Description of Property | SURREY MEADOWS | SWEET LEILANI |  |  |
| Scheduled Gross Rents | 1850 | 1310 |  |  |
| Less: |  |  |  |  |
| Vacancy Factor |  | 1310 |  |  |
| Free Rent Incentives |  |  |  |  |
| Other Adjustments |  |  |  |  |
| Total Deductions | $0 | $1,310 | $0 | $0 |
| Scheduled Net Rents | $1,850 | $0 | $0 | $0 |
| Less: Rents Receivable * |  |  |  |  |
| Scheduled Net Rents Collected * | $1,850 | $0 | $0 | $0 |

\* To be completed by cash basis reporters only.

## Schedule H
### Recapitulation of Funds Held at End of Month

|  | Account 1 | Account 2 | Account 3 | Account 4 |
|---|---|---|---|---|
| Bank |  |  |  |  |
| Account Type |  |  |  |  |
| Account No. |  |  |  |  |
| Account Purpose |  |  |  |  |
| Balance, End of Month |  |  |  |  |
| Total Funds on Hand for all Accounts | $0 |  |  |  |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
Increase/(Decrease) in Cash and Cash Equivalents
For the Month Ended  08/31/17 0:00

| # | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | $21,565 | $67,562 |
| 2 | Cash Received from Sales | | |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | $21,565 | $67,562 |
| | **Cash Disbursements** | | |
| 13 | Selling | | |
| 14 | Administrative | | |
| 15 | Capital Expenditures | | |
| 16 | Principal Payments on Debt | | |
| 17 | Interest Paid | | |
| | Rent/Lease: | | |
| 18 |     Personal Property | | |
| 19 |     Real Property | | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 |     Salaries | | |
| 21 |     Draws | | |
| 22 |     Commissions/Royalties | | |
| 23 |     Expense Reimbursements | | |
| 24 |     Other | | |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | $4,181 | $11,382 |
| | Taxes: | | |
| 27 |     Employee Withholding | | |
| 28 |     Employer Payroll Taxes | | |
| 29 |     Real Property Taxes | | |
| 30 |     Other Taxes | | |
| 31 | Other Cash Outflows: | | |
| 32 |     REPAIRS, WARRANTY INS. HOA DUES, OTHER | $21,254 | $55,574 |
| 33 |     Checks issued but not cleared through bank by month end | ($1,699) | |
| 34 |     US Trustee Fee | $325 | $325 |
| 35 | | | |
| 36 | | | |
| 37 | **Total Cash Disbursements:** | $24,061 | $65,234 |
| 38 | Net Increase (Decrease) in Cash | ($2,496) | $2,328 |
| 39 | Cash Balance, Beginning of Period | $4,824 | |
| 40 | Cash Balance, End of Period | $2,328 | |

Revised 1/1/98

## STATEMENT OF CASH FLOWS
(Optional) Increase/(Decrease) in Cash and Cash Equivalents
For the Month Ended ########## 08/31/17 0:00

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Flows From Operating Activities** | | |
| 1 | Cash Received from Sales | | |
| 2 | Rent/Leases Collected | $21,565 | $67,562 |
| 3 | Interest Received | | |
| 4 | Cash Paid for Development of Real Estate | | |
| 5 | Cash Paid for Operation of Real Estate | $23,736 | $64,909 |
| 6 | Cash Paid for Administrative Expenses | | |
| | Cash Paid for Rents/Leases: | | |
| 7 |    Personal Property | | |
| 8 |    Real Property | | |
| 9 | Cash Paid for Interest | | |
| 10 | Cash Paid for Net Payroll and Benefits | | |
| | Cash Paid to Owner(s)/Officer(s) | | |
| 11 |    Salaries | | |
| 12 |    Draws | | |
| 13 |    Commissions/Royalties | | |
| 14 |    Expense Reimbursements | | |
| 15 |    Other | | |
| | Cash Paid for Taxes Paid/Deposited to Tax Acct. | | |
| 16 |    Employer Payroll Tax | | |
| 17 |    Employee Withholdings | | |
| 18 |    Real Property Taxes | | |
| 19 |    Other Taxes | | |
| 20 | Cash Paid for General Expenses | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |
| 26 | | | |
| 27 | **Net Cash Provided (Used) by Operating Activities before Reorganization Items** | ($2,171) | $2,653 |
| | **Cash Flows From Reorganization Items** | | |
| 28 | Interest Received on Cash Accumulated Due to Chp 11 Case | | |
| 29 | Professional Fees Paid for Services in Connection with Chp 11 Case | | |
| 30 | U.S. Trustee Quarterly Fees | $325 | $325 |
| 31 | | | |
| 32 | **Net Cash Provided (Used) by Reorganization Items** | ($325) | |
| 33 | **Net Cash Provided (Used) for Operating Activities and Reorganization Items** | ($2,496) | $2,328 |
| | **Cash Flows From Investing Activities** | | |
| 34 | Capital Expenditures | | |
| 35 | Proceeds from Sales of Capital Goods due to Chp 11 Case | | |
| 36 | | | |
| 37 | **Net Cash Provided (Used) by Investing Activities** | $0 | $0 |
| | **Cash Flows From Financing Activities** | | |
| 38 | Net Borrowings (Except Insiders) | | |
| 39 | Net Borrowings from Shareholders, Partners, or Other Insiders | | |
| 40 | Capital Contributions | | |
| 41 | Principal Payments | | |
| 42 | | | |
| 43 | **Net Cash Provided (Used) by Financing Activities** | $0 | $0 |
| 44 | **Net Increase (Decrease) in Cash and Cash Equivalents** | ($2,496) | $2,328 |
| 45 | **Cash and Cash Equivalents at Beginning of Month** | $4,824 | |
| 46 | **Cash and Cash Equivalents at End of Month** | $2,328 | $2,328 |

Revised 1/1/98



**Business Statement**
Account Number:

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

4552    IMG           Y    ST01

Statement Period:
Aug 1, 2017
through
Aug 31, 2017

Page 1 of 11

000019090 02 SP 0.500 106481188078220 P Y
ESTATE OF SCHULTE PROPERTIES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 17-12883-MKN
STE 2-351
9811 W CHARLESTON BLVD
LAS VEGAS NV 89117-7519

To Contact U.S. Bank
24-Hour Business
Solutions:        1-800-673-3555

U.S. Bank accepts Relay Calls
Internet:        usbank.com

## INFORMATION YOU SHOULD KNOW

At U.S. Bank we are committed to doing our part to deter criminal activities related to money laundering.
We are enhancing our level of security on cash transactions in order to meet regulatory guidelines. To comply with these requirements, we need to clearly identify all individuals making cash transactions at our branches.

Beginning later this year we will require additional information from individuals who make cash transactions at the branch. Individuals who are not U.S. Bank accountholders will also be required to provide additional information, including individuals who present or receive cash on behalf of a business.

What may be required for a cash transaction?
This additional information includes: full name, address, date of birth, Taxpayer Identification Number (of the individual), occupation and photo identification (driver's license or government issued ID). Once the necessary information is established in our system, only photo identification will be required for subsequent cash transactions. Please be ready to provide this information when asked. For your convenience, our branches will be able to collect the additional information in advance of the requirement that becomes mandatory later this year. Thank you for your assistance.

Important changes are coming to your Online and Mobile Financial Services Agreement. Review the changes being made by clicking on the banner on your My Accounts page in Online Banking to learn more.

## PREMIUM BUSINESS CHECKING
U.S. Bank National Association                                                                Member FDIC
Account Number ●●●●3878

### Account Summary
| | # Items | | |
|---|---|---|---|
| Beginning Balance on Aug 1 | | $ | 4,824.56 |
| Customer Deposits | 11 | | 21,565.00 |
| Card Withdrawals | 26 | | 11,073.55- |
| Other Withdrawals | 1 | | 75.02- |
| Checks Paid | 28 | | 12,912.55- |
| Ending Balance on Aug 31, 2017 | | $ | 2,328.44 |

### Customer Deposits

| Number | Date | Ref Number | Amount | Number | Date | Ref Number | Amount |
|---|---|---|---|---|---|---|---|
| | Aug 1 | 8358792990 | 1,525.00 | | Aug 8 | 8358654471 | 1,455.00 |
| | Aug 1 | 8358726838 | 1,720.00 | | Aug 11 | 9256183112 | 300.00 |
| | Aug 1 | 8358793001 | 3,320.00 | | Aug 14 | 8059493626 | 1,525.00 |
| | Aug 1 | 8358792992 | 6,065.00 | | Aug 18 | 9255751301 | 1,650.00 |
| | Aug 4 | 9256281296 | 1,235.00 | | Aug 31 | 8955049370 | 1,470.00 |
| | Aug 8 | 8358654473 | 1,300.00 | | | | |
| | | | | Total Customer Deposits | | $ | 21,565.00 |

### Card Withdrawals
Card Number: xxxx-xxxx-xxxx-0186

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Aug 1 | Debit Purchase - VISA       On 073117 818-7815050 CA | 2162121509 | $ | 175.50- |
| | FIRST AMER HOME            REF # 24755427212162121509669 | | | |
| | ************0186 | | | |



ESTATE OF SCHULTE PROPERTIES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 17-12883-MKN
STE 2-351
9811 W CHARLESTON BLVD
LAS VEGAS NV 89117-7519

**Business Statement**
Account Number:
▇ 3878

Statement Period:
Aug 1, 2017
through
Aug 31, 2017

Page 2 of 11



**PREMIUM BUSINESS CHECKING**                                                                      (CONTINUED)

U.S. Bank National Association                                                            Account Number 

**Card Withdrawals (continued)**
Card Number: xxxx-xxxx-xxxx-0186

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Aug 1 | Debit Purchase - VISA<br>FIRST AMER HOME<br>************0186 | On 073117 818-7815050 CA<br>REF # 247554272121621215509685 | 2162121509 | 193.50- |
| Aug 2 | Debit Purchase<br>726344<br>************0186 | USPS PO 31489900 LAS VEGAS NV<br>On 080217 ILK1TERM REF 721420726344 | 4408021532 | 13.18- |
| Aug 4 | Debit Purchase - VISA<br>DAL-TILE #152 LA<br>************0186 | On 080317 LAS VEGAS NV<br>REF # 244921572152064485000303 | 5206448500 | 2,948.29- |
| | | Card 0186 Withdrawals Subtotal | $ | 3,330.47- |

Card Number: xxxx-xxxx-xxxx-7620

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Aug 10 | Debit Purchase<br>217026<br>************7620 | THE HOME DEPOT # LAS VEGAS NV<br>On 080917 ILK1TERM REF 722202217026 | 2608092155 | $ 6.26- |
| Aug 10 | Debit Purchase<br>808065<br>************7620 | THE HOME DEPOT # LAS VEGAS NV<br>On 081017 ILK1TERM REF 722218808065 | 6508101359 | 21.59- |
| Aug 10 | Debit Purchase<br>216157<br>************7620 | THE HOME DEPOT # LAS VEGAS NV<br>On 080917 ILNKILNK REF 722202216157 | 5708092144 | 212.17- |
| Aug 10 | Debit Purchase<br>008051<br>************7620 | THE HOME DEPOT # LAS VEGAS NV<br>On 081017 ILNKILNK REF 722215008051 | 5108101026 | 1,381.58- |
| Aug 11 | Debit Purchase - VISA<br>FIRST AMER HOME<br>************7620 | On 081017 818-7815050 CA<br>REF # 247554272221722269 09613 | 2172226909 | 138.00- |
| Aug 11 | Debit Purchase - VISA<br>FIRST AMER HOME<br>************7620 | On 081017 818-7815050 CA<br>REF # 247554272221722269 09621 | 2172226909 | 156.00- |
| Aug 11 | Debit Purchase - VISA<br>AM CHINA NEVADA<br>************7620 | On 081017 702-4316789 NV<br>REF # 242697572229000141 00055 | 2900014100 | 2,847.59- |
| Aug 14 | Debit Purchase - VISA<br>CHAVEZ CONSTRUCT<br>************7620 | On 081117 702-3525518 NV<br>REF # 247170572241322447 71031 | 4132244771 | 250.00- |
| Aug 14 | Debit Purchase - VISA<br>SUPERIOR MOULDIN<br>************7620 | On 081017 LAS VEGAS NV<br>REF # 243230072232542220 10075 | 3254222010 | 363.72- |
| Aug 16 | Debit Purchase<br>032867<br>************7620 | THE HOME DEPOT # N LAS VEGAS NV<br>On 081617 ILNKILNK REF 722817032867 | 6708161206 | 41.14- |
| Aug 21 | Debit Purchase<br>300837<br>************7620 | THE HOME DEPOT # LAS VEGAS NV<br>On 081817 ILK1TERM REF 723023300837 | 3708181810 | 138.21- |
| Aug 21 | Debit Purchase - VISA<br>FIRST AMER HOME<br>************7620 | On 081817 818-7815050 CA<br>REF # 247554272302623010 68862 | 0262301068 | 156.00- |
| Aug 21 | Debit Purchase - VISA<br>AM CHINA NEVADA<br>************7620 | On 081917 702-4316789 NV<br>REF # 242697572329000149 00080 | 2900014900 | 237.93- |
| Aug 21 | Debit Purchase<br>019143<br>************7620 | LOWE'S #1620 LAS VEGAS NV<br>On 081817 ILNKILNK REF 723018019143 | 4308181734 | 466.49- |



ESTATE OF SCHULTE PROPERTIES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 17-12883-MKN
STE 2-351
9811 W CHARLESTON BLVD
LAS VEGAS NV 89117-7519

**Business Statement**
Account Number: ▮▮▮▮3878

Statement Period:
Aug 1, 2017
through
Aug 31, 2017

Page 3 of 11

## PREMIUM BUSINESS CHECKING (CONTINUED)
U.S. Bank National Association    Account Number ▮▮▮▮▮▮▮▮▮▮

**Card Withdrawals (continued)**
Card Number: xxxx-xxxx-xxxx-7620

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Aug 22 | Debit Purchase 446954 ************7620 | THE HOME DEPOT # LAS VEGAS NV On 082117 ILK1TERM REF 723321446954 | 5408211654 | 43.27- |
| Aug 23 | Debit Purchase - VISA HOMEDEPOT.COM ************7620 | On 082117 800-430-3376 GA REF # 2461043723401018286436 | 4010184286 | 190.47- |
| Aug 24 | Debit Purchase - VISA ALL DESERT APPLI ************7620 | On 082317 702-472-9900 NV REF # 24765017236207000000048 | 6207000000 | 125.00- |
| Aug 24 | Debit Purchase - VISA LOUIS AND COMPAN ************7620 | On 082217 714-529-1771 CA REF # 24789307235527900005112 | 5527900005 | 199.03- |
| Aug 30 | Debit Purchase - VISA ProServ ************7620 | On 082917 702-6564500 NV REF # 24270747241015262013127 | 1015262013 | 245.00- |
| Aug 31 | Debit Purchase - VISA USPS POSTAGE END ************7620 | On 083017 800-576-3279 CA REF # 24445007242300460453889 | 2300460453 | 50.00- |
| Aug 31 | Debit Purchase 096980 ************7620 | COSTCO WHSE #068 LAS VEGAS NV On 083117 ILNKILNK REF 724314096980 | 8008311302 | 129.87- |
| Aug 31 | Debit Purchase - VISA REPUBLIC SERVICE ************7620 | On 083017 866-576-5548 AZ REF # 24431057242083702383384 | 2083702383 | 343.76- |
| | | Card 7620 Withdrawals Subtotal | $ | 7,743.08- |
| | | Total Card Withdrawals | $ | 11,073.55- |

**Other Withdrawals**

| Date | Description of Transaction | Ref Number | Amount |
|---|---|---|---|
| Aug 14 | Analysis Service Charge | 1400000000 | $ 75.02- |
| | Total Other Withdrawals | $ | 75.02- |

**Checks Presented Conventionally**

| Check | Date | Ref Number | Amount | Check | Date | Ref Number | Amount |
|---|---|---|---|---|---|---|---|
| 1080 | Aug 8 | 8355571537 | 35.00 | 1095 | Aug 11 | 9254698450 | 3,532.00 |
| 1081 | Aug 8 | 8357493940 | 28.75 | 1098* | Aug 29 | 8357009664 | 1,082.00 |
| 1082 | Aug 3 | 8955998037 | 55.00 | 1099 | Aug 28 | 8053758688 | 45.00 |
| 1083 | Aug 8 | 8355571559 | 40.00 | 1100 | Aug 28 | 8053758689 | 45.00 |
| 1084 | Aug 4 | 9254957553 | 50.00 | 1101 | Aug 17 | 8955372965 | 609.99 |
| 1085 | Aug 4 | 9254957554 | 50.00 | 1102 | Aug 17 | 8955372964 | 280.85 |
| 1086 | Aug 29 | 8354690870 | 135.69 | 1103 | Aug 17 | 8955372963 | 131.48 |
| 1087 | Aug 7 | 8055030809 | 572.91 | 1104 | Aug 18 | 9252637101 | 2,111.00 |
| 1088 | Aug 25 | 9254672096 | 44.53 | 1105 | Aug 24 | 8954321735 | 500.00 |
| 1089 | Aug 25 | 9254672095 | 44.35 | 1107* | Aug 23 | 8654986504 | 700.00 |
| 1090 | Aug 8 | 8358008614 | 200.00 | 1108 | Aug 31 | 8950832670 | 65.00 |
| 1091 | Aug 8 | 8358692628 | 400.00 | 1109 | Aug 31 | 8950832669 | 65.00 |
| 1093* | Aug 17 | 8954729296 | 120.00 | 1113* | Aug 25 | 9252528668 | 649.00 |
| 1094 | Aug 16 | 8655158452 | 320.00 | 1114 | Aug 29 | 8356926339 | 1,000.00 |
| * Gap in check sequence | | | | Conventional Checks Paid (28) | | $ | 12,912.55- |

**Balance Summary**

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Aug 1 | 17,085.56 | Aug 2 | 17,072.38 | Aug 3 | 17,017.38 |