## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In re: SCHULTE PROPERTIES LLC | **Case No.** | 17-12883-MKN |
|---|---|---|
| | **CHAPTER 11** **MONTHLY OPERATING REPORT** **(REAL ESTATE CASE)** | |

### SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:** Sep-17     **PETITION DATE:** 05/31/17 0:00

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ___ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
Dollars reported in ___ $1

| | | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|---|
| 2. | **Asset and Liability Structure** | | | |
| | a. Current Assets | $307 | $2,328 | |
| | b. Total Assets | $3,584,628 | $3,586,649 | $3,584,321 |
| | c. Current Liabilities | $0 | $0 | |
| | d. Total Liabilities | $2,640,275 | $2,640,275 | $2,640,275 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 3. | **Statement of Cash Receipts & Disbursements for Month** | | | |
| | a. Total Receipts | $18,520 | $21,565 | $86,082 |
| | b. Total Disbursements | $20,541 | $24,061 | $85,775 |
| | c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | ($2,021) | ($2,496) | $307 |
| | d. Cash Balance Beginning of Month | $2,328 | $4,824 | $0 |
| | e. Cash Balance End of Month (c + d) | $307 | $2,328 | $307 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 4. | **Profit/(Loss) from the Statement of Operations** | ($2,021) | $113 | $307 |
| 5. | **Account Receivables (Pre and Post Petition)** | $0 | $0 | |
| 6. | **Post-Petition Liabilities** | $0 | $0 | |
| 7. | **Past Due Post-Petition Account Payables (over 30 days)** | $0 | $0 | |

| At the end of this reporting month: | Yes | No |
|---|---|---|
| 8. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 9. Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 10. If the answer is yes to 8 or 9, were all such payments approved by the court? | | |
| 11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | X |
| 12. Is the estate insured for replacement cost of assets and for general liability? | X | |
| 13. Are a plan and disclosure statement on file? | | X |
| 14. Was there any post-petition borrowing during this reporting period? | | X |

15. **Check if paid:** Post-petition taxes ___ ; U.S. Trustee Quarterly Fees ___ ; Check if filing is current for: Post-petition tax reporting and tax returns: ___ .
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 10·23·2017

_____
Responsible Individual

Revised 1/1/98

# STATEMENT OF OPERATIONS
## (Real Estate Case)
For the Month Ended    09/30/17

| Current Month | | | | | Cumulative (Case to Date) | Next Month Forecast |
|---|---|---|---|---|---|---|
| **Actual** | **Forecast** | **Variance** | | | | |
| | | | | **Revenues:** | | |
| $18,520 | $18,500 | $20 | 1 | Rent/Leases | $86,082 | $20,000 |
| | | $0 | 2 | Real Property Sales Gross | | |
| | | $0 | 3 | Interest | | |
| | | $0 | 4 | Other Income: | | |
| | | $0 | 5 | | | |
| | | $0 | 6 | | | |
| $18,520 | $18,500 | $20 | 7 | **Total Revenues** | $86,082 | $20,000 |
| | | | | **Expenses:** | | |
| $0 | | $0 | 8 | Cost of Property Sold | | |
| | | | 8a | Initial Cost & Improvement | | |
| | | | 8b | less: Depreciation Taken | | |
| | | $0 | 9 | Selling | | |
| | | $0 | 10 | Administrative | | |
| | | $0 | 11 | Interest | | |
| | | $0 | 12 | Compensation to Owner(s)/Officer(s) | | |
| | | $0 | 13 | Salaries | | |
| | | $0 | 14 | Commissions | | |
| $4,268 | $4,300 | $32 | 15 | Management Fees | $15,650 | $4,000 |
| | | | | Rent/Lease: | | |
| | | $0 | 16 | Personal Property | | |
| | | $0 | 17 | Real Property | | |
| | | $0 | 18 | Insurance | | |
| | | $0 | 19 | Depreciation | | |
| | | | | Taxes: | | |
| | | $0 | 20 | Employer Payroll Taxes | | |
| | | $0 | 21 | Real Property Taxes | | |
| | | $0 | 22 | Other Taxes | | |
| $16,754 | $16,500 | ($254) | 23 | Other Expenses: | $72,328 | $16,000 |
| ($481) | $0 | $481 | 24 | Checks not cleared by bank by month end | ($481) | |
| | $0 | $0 | 25 | Prior month checks cleared - Accounting adjustment | ($2,047) | |
| | | $0 | 26 | US Trustee Fee | $325 | $0 |
| | | $0 | 27 | | | |
| | | $0 | 28 | | | |
| | | $0 | 29 | | | |
| | | $0 | 30 | | | |
| | | $0 | 31 | | | |
| $20,541 | $20,800 | $259 | 32 | **Total Expenses** | $85,775 | $20,000 |
| ($2,021) | ($2,300) | $279 | 33 | **Subtotal** | $307 | $0 |
| | | | | **Reorganization Items:** | | |
| | | $0 | 34 | Professional Fees | | |
| | | $0 | 35 | Provisions for Rejected Executory Contracts | | |
| | | $0 | 36 | Interest Earned on Accumulated Cash from Resulting Chp 11 Case | | |
| | | $0 | 37 | Gain or (Loss) from Sale of Equipment | | |
| | | $0 | 38 | U.S. Trustee Quarterly Fees | | |
| | | $0 | 39 | | | |
| $0 | $0 | $0 | 40 | **Total Reorganization Items** | $0 | $0 |
| ($2,021) | ($2,300) | $279 | 41 | **Net Profit (Loss) Before Federal & State Taxes** | $307 | $0 |
| | | $0 | 42 | Federal & State Income Taxes | | |
| ($2,021) | ($2,300) | $279 | 43 | **Net Profit (Loss)** | $307 | $0 |

Attach an Explanation of Variance to Statement of Operations (For variances greater than +/- 10% only):

Revised 1/1/98

## BALANCE SHEET
### (Real Estate Case)
**For the Month Ended**   09/30/17 0:00

**Assets**

| | | From Schedules | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents - unrestricted | | $307 |
| 2 | Cash and cash equivalents - restricted | | |
| 3 | Accounts receivable (net) | A | $0 |
| 4 | Prepaid expenses | | |
| 5 | Professional retainers | | |
| 6 | Other: _____ | | |
| 7 | | | |
| 8 | **Total Current Assets** | | $307 |
| | **Property and Equipment (Market Value)** | | |
| 9 | Real property | C | $3,584,321 |
| 10 | Machinery and equipment | D | $0 |
| 11 | Furniture and fixtures | D | $0 |
| 12 | Office equipment | D | $0 |
| 13 | Leasehold improvements | D | $0 |
| 14 | Vehicles | D | $0 |
| 15 | Other: _____ | D | |
| 16 | | D | |
| 17 | | D | |
| 18 | | D | |
| 19 | | D | |
| 20 | **Total Property and Equipment** | | $3,584,321 |
| | **Other Assets** | | |
| 21 | Loans to shareholders | | |
| 22 | Loans to affiliates | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |
| 26 | | | |
| 27 | **Total Other Assets** | | $0 |
| 28 | **Total Assets** | | $3,584,628 |

**NOTE:**

Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

Revised 1/1/98

## Liabilities and Equity
### (Real Estate Case)

**Liabilities From Schedules**

   **Post-Petition**

      **Current Liabilities**

| | | | |
|---|---|---|---:|
| 29 | Salaries and wages | | |
| 30 | Payroll taxes | | |
| 31 | Real and personal property taxes | | |
| 32 | Income taxes | | |
| 33 | Sales taxes | | |
| 34 | Notes payable (short term) | | |
| 35 | Accounts payable (trade) | A | $0 |
| 36 | Real property lease arrearage | | |
| 37 | Personal property lease arrearage | | |
| 38 | Accrued professional fees | | |
| 39 | Current portion of long-term post-petition debt (due within 12 months) | | |
| 40 | Other: | | |
| 41 | | | |
| 42 | | | |
| 43 | **Total Current Liabilities** | | $0 |
| 44 | **Long-Term Post-Petition Debt, Net of Current Portion** | | |
| 45 | **Total Post-Petition Liabilities** | | $0 |

   **Pre-Petition Liabilities (allowed amount)**

| | | | |
|---|---|---|---:|
| 46 | Secured claims | F | $2,552,775 |
| 47 | Priority unsecured claims | F | $0 |
| 48 | General unsecured claims | F | $87,500 |
| 49 | **Total Pre-Petition Liabilities** | | $2,640,275 |
| 50 | **Total Liabilities** | | $2,640,275 |

  **Equity (Deficit)**

| | | | |
|---|---|---|---:|
| 51 | Retained Earnings/(Deficit) at time of filing | | $944,353 |
| 52 | Capital Stock | | |
| 53 | Additional paid-in capital | | |
| 54 | Cumulative profit/(loss) since filing of case | | |
| 55 | Post-petition contributions/(distributions) or (draws) | | |
| 56 | | | |
| 57 | Market value adjustment | | |
| 58 | **Total Equity (Deficit)** | | $944,353 |
| 59 | **Total Liabilities and Equity (Deficit)** | | $3,584,628 |

Revised 1/1/98

## SCHEDULES TO THE BALANCE SHEET
### (Real Estate Case)

### Schedule A
### Accounts Receivable and (Net) Payable

| Receivables and Payables Agings | Accounts Receivable [Pre and Post Petition] | Accounts Payable [Post Petition] | Past Due Post Petition Debt |
|---|---|---|---|
| 0 -30 Days | | | |
| 31-60 Days | | | |
| 61-90 Days | | | $0 |
| 91+ Days | | | |
| Total accounts receivable/payable | $0 | $0 | |
| Allowance for doubtful accounts | | | |
| Accounts receivable (net) | $0 | | |

### Schedule B
### Inventory/Cost of Goods Sold
### Not Applicable to Real Estate Cases

### Schedule C
### Real Property

| Description | Cost | Market Value |
|---|---|---|
| 14 PROPERTIES PER SCHEDULES PG3 (1) THROUGH (4) | $3,541,800 | $3,584,321 |
| | | |
| | | |
| | | |
| | | |
| Total | $3,541,800 | $3,584,321 |

### Schedule D
### Other Depreciable Assets

| Description | Cost | Market Value |
|---|---|---|
| Machinery & Equipment - | | |
| | | |
| | | |
| Total | $0 | $0 |
| Furniture & Fixtures - | | |
| | | |
| | | |
| Total | $0 | $0 |
| Office Equipment - | | |
| | | |
| Total | $0 | $0 |
| Leasehold Improvements - | | |
| | | |
| | | |
| Total | $0 | $0 |
| Vehicles - | | |
| | | |
| Total | $0 | $0 |

Revised 1/1/98

**Schedule E**
**Aging of Post-Petition Taxes**
**(As of End of the Current Reporting Period)**

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| **Federal** | | | | | |
| Income Tax Withholding | | | | | $0 |
| FICA - Employee | | | | | $0 |
| FICA - Employer | | | | | $0 |
| Unemployment (FUTA) | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total Federal Taxes** | $0 | $0 | $0 | $0 | $0 |
| **State and Local** | | | | | |
| Income Tax Withholding | | | | | $0 |
| Unemployment (UT) | | | | | $0 |
| Disability Insurance (DI) | | | | | $0 |
| Empl. Training Tax (ETT) | | | | | $0 |
| Sales | | | | | $0 |
| Excise | | | | | $0 |
| Real property | | | | | $0 |
| Personal property | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total State & Local Taxes** | $0 | $0 | $0 | $0 | $0 |
| **Total Taxes** | $0 | $0 | $0 | $0 | $0 |

**Schedule F**
**Pre-Petition Liabilities**

| List Total Claims For Each Classification - | Claimed Amount | Allowed Amount (b) |
|---|---|---|
| Secured claims  (a) | $2,552,775 | $2,552,775 |
| Priority claims other than taxes | | |
| Priority tax claims | | |
| General unsecured claims | $87,500 | $87,500 |

(a)   List total amount of claims even it under secured.

(b)   Estimated amount of claim to be allowed after compromise or litigation. As an example, you are a defendant in a lawsuit alleging damage of $10,000,000 and a proof of claim is filed in that amount. You believe that you can settle the case for a claim of $3,000,000. For Schedule F reporting purposes you should list $10,000,000 as the Claimed Amount and $3,000,000 as the Allowed Amount.

Revised 1/1/98

**Schedule G**
**Rental Income Information**

<u>**List the Rental Information Requested Below By Properties**</u>

| Description of Property | **Property 1**<br>ASPEN GLOW | **Property 2**<br>AVE CORTES | **Property 3**<br>BRIDGEFIELD | **Property 4**<br>CLOVERDALE |
|---|---|---|---|---|
| Scheduled Gross Rents | 1550 | 1450 | 1235 | 1720 |
| Less: | | | | |
|     Vacancy Factor | | | | |
|     Free Rent Incentives | | | | |
|     Other Adjustments | | | | |
| Total Deductions | $0 | $0 | $0 | $0 |
| Scheduled Net Rents | $1,550 | $1,450 | $1,235 | $1,720 |
| Less:   Rents Receivable  * | | | | |
| Scheduled Net Rents Collected  * | $1,550 | $1,450 | $1,235 | $1,720 |

\*  To be completed by cash basis reporters only.

**Schedule H**
**Recapitulation of Funds Held at End of Month**

| | **Account 1** | **Account 2** | **Account 3** | **Account 4** |
|---|---|---|---|---|
| Bank | US BANK | | | |
| Account Type | CHECKING | | | |
| Account No. | ……..73878 | | | |
| Account Purpose | ALL LLC INCOME | | | |
| Balance, End of Month | $307 | | | |
| Total Funds on Hand for all Accounts | $307 | | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

**Schedule G**
**Rental Income Information**

**List the Rental Information Requested Below By Properties**

| Description of Property | **Property 5**<br>DESERT CANYON | **Property 6**<br>DISCOVERY CRE | **Property 7**<br>ECHO FALLS | **Property 8**<br>FEATHER RIVER |
|---|---|---|---|---|
| Scheduled Gross Rents | 1650 | 1350 | 1590 | 1400 |
| Less: | | | | |
|     Vacancy Factor | | | | |
|     Free Rent Incentives | | | | |
|     Other Adjustments | | | $65 | |
| | | ($200) | | |
| Total Deductions | $0 | ($200) | $65 | $0 |
| Scheduled Net Rents | $1,650 | $1,550 | $1,525 | $1,400 |
| Less:   Rents Receivable  * | | | | |
| Scheduled Net Rents Collected  * | $1,650 | $1,550 | $1,525 | $1,400 |

*   To be completed by cash basis reporters only.

**Schedule H**
**Recapitulation of Funds Held at End of Month**

| | **Account 1** | **Account 2** | **Account 3** | **Account 4** |
|---|---|---|---|---|
| Bank | | | | |
| Account Type | | | | |
| Account No. | | | | |
| Account Purpose | | | | |
| Balance, End of Month | | | | |
| Total Funds on Hand for all Accounts | $0 | | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

**Schedule G**
**Rental Income Information**

**List the Rental Information Requested Below By Properties**

| Description of Property | Property 9 MISTY MORNING | Property 10 OSTRICH FERN | Property 11 PUMPKIN PATC | Property 12 SPLINTER ROCK |
|---|---|---|---|---|
| Scheduled Gross Rents | 1790 | 1455 | 1305 | 1470 |
| Less: | | | | |
| Vacancy Factor | | | | |
| Free Rent Incentives | | | | |
| Other Adjustments | | | | $1,470 |
| | | | ($40) | |
| Total Deductions | $0 | $0 | ($40) | $1,470 |
| Scheduled Net Rents | $1,790 | $1,455 | $1,345 | $0 |
| Less:   Rents Receivable  * | | | | |
| Scheduled Net Rents Collected  * | $1,790 | $1,455 | $1,345 | $0 |

*   To be completed by cash basis reporters only.

**Schedule H**
**Recapitulation of Funds Held at End of Month**

| | Account 1 | Account 2 | Account 3 | Account 4 |
|---|---|---|---|---|
| Bank | | | | |
| Account Type | | | | |
| Account No. | | | | |
| Account Purpose | | | | |
| Balance, End of Month | | | | |
| Total Funds on Hand for all Accounts | $0 | | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

**Schedule G**
**Rental Income Information**

**List the Rental Information Requested Below By Properties**

| Description of Property | Property 1 SURREY MEADOWS | Property 2 SWEET LEILANI | Property 3 | Property 4 |
|---|---|---|---|---|
| Scheduled Gross Rents | 1850 | 1310 | | |
| Less: | | | | |
|     Vacancy Factor | | 1310 | | |
|     Free Rent Incentives | | | | |
|     Other Adjustments | | | | |
| | | | | |
| Total Deductions | $0 | $1,310 | $0 | $0 |
| Scheduled Net Rents | $1,850 | $0 | $0 | $0 |
| Less:  Rents Receivable  * | | | | |
| Scheduled Net Rents Collected  * | $1,850 | $0 | $0 | $0 |

\*  To be completed by cash basis reporters only.

**Schedule H**
**Recapitulation of Funds Held at End of Month**

| | Account 1 | Account 2 | Account 3 | Account 4 |
|---|---|---|---|---|
| Bank | | | | |
| Account Type | | | | |
| Account No. | | | | |
| Account Purpose | | | | |
| Balance, End of Month | | | | |
| Total Funds on Hand for all Accounts | $0 | | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
### Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended  09/30/17 0:00

| | | Actual<br>Current Month | Cumulative<br>(Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | $18,520 | $86,082 |
| 2 | Cash Received from Sales | | |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | $18,520 | $86,082 |
| | **Cash Disbursements** | | |
| 13 | Selling | | |
| 14 | Administrative | | |
| 15 | Capital Expenditures | | |
| 16 | Principal Payments on Debt | | |
| 17 | Interest Paid | | |
| | Rent/Lease: | | |
| 18 | Personal Property | | |
| 19 | Real Property | | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | | |
| 22 | Commissions/Royalties | | |
| 23 | Expense Reimbursements | | |
| 24 | Other | | |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | $4,268 | $15,650 |
| | Taxes: | | |
| 27 | Employee Withholding | | |
| 28 | Employer Payroll Taxes | | |
| 29 | Real Property Taxes | | |
| 30 | Other Taxes | | |
| 31 | Other Cash Outflows: | | |
| 32 | REPAIRS, WARRANTY INS. HOA DUES, OTHER | $16,754 | $72,328 |
| 33 | | | |
| 34 | US Trustee Fee | | $325 |
| 35 | | | |
| 36 | Adjust for uncleared checks to reconcile with bank balance | ($481) | ($2,528) |
| 37 | **Total Cash Disbursements:** | $20,541 | $85,775 |
| 38 | **Net Increase (Decrease) in Cash** | ($2,021) | $307 |
| 39 | **Cash Balance, Beginning of Period** | $2,328 | |
| 40 | **Cash Balance, End of Period** | $307 | |

Revised 1/1/98

## STATEMENT OF CASH FLOWS
### (Optional) Increase/(Decrease) in Cash and Cash Equivalents
For the Month Ended ##########    09/30/17 0:00

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| **Cash Flows From Operating Activities** | | | |
| 1 | Cash Received from Sales | | |
| 2 | Rent/Leases Collected | $18,520 | $86,082 |
| 3 | Interest Received | | |
| 4 | Cash Paid for Development of Real Estate | | |
| 5 | Cash Paid for Operation of Real Estate | $20,541 | $85,450 |
| 6 | Cash Paid for Administrative Expenses | | |
| | Cash Paid for Rents/Leases: | | |
| 7 | Personal Property | | |
| 8 | Real Property | | |
| 9 | Cash Paid for Interest | | |
| 10 | Cash Paid for Net Payroll and Benefits | | |
| | Cash Paid to Owner(s)/Officer(s) | | |
| 11 | Salaries | | |
| 12 | Draws | | |
| 13 | Commissions/Royalties | | |
| 14 | Expense Reimbursements | | |
| 15 | Other | | |
| | Cash Paid for Taxes Paid/Deposited to Tax Acct. | | |
| 16 | Employer Payroll Tax | | |
| 17 | Employee Withholdings | | |
| 18 | Real Property Taxes | | |
| 19 | Other Taxes | | |
| 20 | Cash Paid for General Expenses | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |
| 26 | | | |
| 27 | **Net Cash Provided (Used) by Operating Activities before Reorganization Items** | ($2,021) | $632 |
| | **Cash Flows From Reorganization Items** | | |
| 28 | Interest Received on Cash Accumulated Due to Chp 11 Case | | |
| 29 | Professional Fees Paid for Services in Connection with Chp 11 Case | | |
| 30 | U.S. Trustee Quarterly Fees | | $325 |
| 31 | | | |
| 32 | **Net Cash Provided (Used) by Reorganization Items** | $0 | |
| 33 | **Net Cash Provided (Used) for Operating Activities and Reorganization Items** | ($2,021) | $307 |
| | **Cash Flows From Investing Activities** | | |
| 34 | Capital Expenditures | | |
| 35 | Proceeds from Sales of Capital Goods due to Chp 11 Case | | |
| 36 | | | |
| 37 | **Net Cash Provided (Used) by Investing Activities** | $0 | $0 |
| | **Cash Flows From Financing Activities** | | |
| 38 | Net Borrowings (Except Insiders) | | |
| 39 | Net Borrowings from Shareholders, Partners, or Other Insiders | | |
| 40 | Capital Contributions | | |
| 41 | Principal Payments | | |
| 42 | | | |
| 43 | **Net Cash Provided (Used) by Financing Activities** | $0 | $0 |
| 44 | **Net Increase (Decrease) in Cash and Cash Equivalents** | ($2,021) | $307 |
| 45 | **Cash and Cash Equivalents at Beginning of Month** | $2,328 | |
| 46 | **Cash and Cash Equivalents at End of Month** | $307 | |

Revised 1/1/98

# US bank.

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

4552      IMG            S            Y      ST01

**Business Statement**

Account Number:

Statement Period:
Sep 1, 2017
through
Sep 30, 2017



Page 1 of 11

000019314 02 SP 0.500 106481234190629 P Y
ESTATE OF SCHULTE PROPERTIES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 17-12883-MKN
STE 2-351
9811 W CHARLESTON BLVD
LAS VEGAS NV 89117-7519

☎                                      *To Contact U.S. Bank*

**24-Hour Business
Solutions:**                          1-800-673-3555

**U.S. Bank accepts Relay Calls**
**Internet:**                          usbank.com

## INFORMATION YOU SHOULD KNOW

**At U.S. Bank we are committed to doing our part to deter criminal activities related to money laundering.**
We are enhancing our level of security on cash transactions in order to meet regulatory guidelines. To comply with these requirements, we need to clearly identify all individuals making cash transactions at our branches.

Beginning later this year we will require additional information from individuals who make cash transactions at the branch. Individuals who are not U.S. Bank accountholders will also be required to provide additional information, including individuals who present or receive cash on behalf of a business.

**What may be required for a cash transaction?**
This additional information includes: full name, address, date of birth, Taxpayer Identification Number (of the individual), occupation and photo identification (driver's license or government issued ID). Once the necessary information is established in our system, only photo identification will be required for subsequent cash transactions. Please be ready to provide this information when asked. For your convenience, our branches will be able to collect the additional information in advance of the requirement that becomes mandatory later this year. Thank you for your assistance.

**Effective November 13, 2017**, the **"Your Deposit Account Agreement"** booklet includes a number of updates and may affect your rights. Starting November 13, to download a copy of the revised booklet, log in to this secure website **usbank.com/tmtermsandconditions** using access code **terms2017**. You may also call your customer service team at the phone number listed at the top of this statement to obtain a copy. Please see the <u>Additional Information Section</u> of this statement for the main updates that were made to **"Your Deposit Account Agreement"** booklet.

## PREMIUM BUSINESS CHECKING                                    *Member FDIC*

U.S. Bank National Association                          Account Number

### Account Summary

|  | # Items | $ |  |
|---|---|---|---|
| Beginning Balance on Sep 1 | | $ | 2,328.44 |
| Customer Deposits | 8 | | 18,520.00 |
| Card Withdrawals | 14 | | 4,345.36- |
| Other Withdrawals | 1 | | 69.51- |
| Checks Paid | 26 | | 16,126.50- |
| **Ending Balance on Sep 30, 2017** | | $ | **307.07** |

### Customer Deposits

| Number | Date | Ref Number | Amount | Number | Date | Ref Number | Amount |
|---|---|---|---|---|---|---|---|
| | Sep 1 | 9257026734 | 1,790.00 | | Sep 6 | 8659722472 | 1,455.00 |
| | Sep 1 | 9257026676 | 1,850.00 | | Sep 8 | 9256467770 | 1,450.00 |
| | Sep 5 | 8451430639 | 2,925.00 | | Sep 13 | 8656055491 | 1,550.00 |
| | Sep 5 | 8451399080 | 5,850.00 | | Sep 14 | 8955452210 | 1,650.00 |
| | | | | | **Total Customer Deposits** | $ | 18,520.00 |

### Card Withdrawals

Card Number: xxxx-xxxx-xxxx-7620

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Sep 1 | Debit Purchase - VISA<br>SUPERIOR MOULDIN<br>***********7620 | On 083017 LAS VEGAS NV<br>REF # 243230072432542420010259 | 3254242010 | $ | 494.92- |



**US bank**

ESTATE OF  SCHULTE PROPERTIES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 17-12883-MKN
STE 2-351
9811 W CHARLESTON BLVD
LAS VEGAS NV  89117-7519

**Business Statement**

Account Number:



Statement Period:
Sep 1, 2017
through
Sep 30, 2017

Page 2 of 11



## PREMIUM BUSINESS CHECKING (CONTINUED)

U.S. Bank National Association 

Account Number:

### Card Withdrawals (continued)
Card Number: xxxx-xxxx-xxxx-7620

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Sep  5 | Debit Purchase<br>547494<br>************7620 | LOWE'S #1863 LAS VEGAS  NV<br>On 090417 ILK1TERM REF 724715547494 | 9409041446 | 132.04- |
| Sep  6 | Debit Purchase - VISA<br>USPS POSTAGE END<br>************7620 | On 090517 800-576-3279 CA<br>REF # 24445007248300462812649 | 8300462812 | 75.00- |
| Sep  7 | Debit Purchase - VISA<br>THE HOME DEPOT #<br>************7620 | On 090517 LAS VEGAS NV<br>REF # 24610437249010192162069 | 9010192162 | 570.06- |
| Sep  7 | Debit Purchase<br>042897<br>************7620 | THE HOME DEPOT # LAS VEGAS  NV<br>On 090617 ILK1TERM REF 725002042897 | 9709062100 | 1,725.03- |
| Sep  8 | Debit Purchase - VISA<br>THE HOME DEPOT #<br>************7620 | On 090617 LAS VEGAS NV<br>REF # 24610437250010202020782 | 0010202020 | 137.26- |
| Sep 11 | Debit Purchase<br>156090<br>************7620 | THE HOME DEPOT # N LAS VEGAS NV<br>On 090917 ILNKILNK REF 725222156090 | 9009091710 | 126.59- |
| Sep 11 | Debit Purchase<br>138927<br>************7620 | THE HOME DEPOT # LAS VEGAS  NV<br>On 091017 ILK1TERM REF 725400138927 | 2709101938 | 429.75- |
| Sep 12 | Debit Purchase - VISA<br>FIRST AMER HOME<br>************7620 | On 091117 818-7815050  CA<br>REF # 24755427254152548431216 | 4152548431 | 138.00- |
| Sep 12 | Debit Purchase - VISA<br>FIRST AMER HOME<br>************7620 | On 091117 818-7815050  CA<br>REF # 24755427254152548431224 | 4152548431 | 156.00- |
| Sep 15 | Debit Purchase - VISA<br>FERGUSON ENT #67<br>************7620 | On 091417 LAS VEGAS NV<br>REF # 24435657257839506208258 | 7839506208 | 107.85- |
| Sep 19 | Debit Purchase - VISA<br>FIRST AMER HOME<br>************7620 | On 091817 818-7815050  CA<br>REF # 24755427261162610460895 | 1162610460 | 156.00- |
| Sep 21 | Debit Purchase<br>528271<br>************7620 | USPS PO 31620103 NORTH LAS VENV<br>On 092017 ILNKILNK REF 726323528271 | 7109201804 | 6.59- |
| Sep 22 | Debit Purchase - VISA<br>DAL-TILE #152 LA<br>************7620 | On 092117 LAS VEGAS NV<br>REF # 24492157264206448500881 | 4206448500 | 90.27- |

| | | | |
|---|---|---|---|
| | Card 7620  Withdrawals Subtotal | $ | 4,345.36- |
| | Total Card Withdrawals | $ | 4,345.36- |

### Other Withdrawals

| Date | Description of Transaction | Ref Number | | Amount |
|---|---|---|---|---|
| Sep 15 | Analysis Service Charge | 1500000000 | $ | 69.51- |
| | Total Other Withdrawals | | $ | 69.51- |

### Checks Presented Conventionally

| Check | Date | Ref Number | Amount | | Check | Date | Ref Number | Amount | |
|---|---|---|---|---|---|---|---|---|---|
| 1096 | Sep  1 | 9254406091 | 100.00 | | 1112 | Sep  1 | 9255085463 | 300.33 | A |
| 1097 | Sep  1 | 9254406093 | 90.00 | | 1115* | Sep  5 | 8355451450 | 855.00 | |
| 1110* | Sep  1 | 9255085465 | 430.86 | | 1116 | Sep 19 | 8355100981 | 135.69 | |
| 1111 | Sep  1 | 9255085464 | 343.23 | | 1117 | Sep  8 | 9252995700 | 61.42 | |

**us bank.**

ESTATE OF SCHULTE PROPERTIES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 17-12883-MKN
STE 2-351
9811 W CHARLESTON BLVD
LAS VEGAS NV 89117-7519

**Business Statemen**

Account Numbe

7

Statement Perio
Sep 1, 201
throug
Sep 30, 201

Page 3 of 1

## PREMIUM BUSINESS CHECKING (CONTINUED)

U.S. Bank National Association                                                           Account Number XXXXXXXXXXX

### Checks Presented Conventionally (continued)

| Check | Date | Ref Number | Amount | Check | Date | Ref Number | Amount |
|---|---|---|---|---|---|---|---|
| 1118 | Sep 8 | 9256771556 | 572.91 | 1131 | Sep 5 | 8359606653 | 1,410.00 |
| 1122* | Sep 11 | 8150311991 | 35.00 | 1132 | Sep 12 | 8357482216 | 45.00 |
| 1123 | Sep 11 | 8057949104 | 28.75 | 1133 | Sep 15 | 9255865566 | 3,637.00 |
| 1124 | Sep 7 | 8956687468 | 55.00 | 1134 | Sep 18 | 8056966544 | 325.00 |
| 1125 | Sep 11 | 8150311994 | 40.00 | 1135 | Sep 19 | 8355192792 | 1,932.00 |
| 1126 | Sep 8 | 9255524120 | 50.00 | 1136 | Sep 19 | 8355192793 | 4,267.75 |
| 1127 | Sep 8 | 9255524119 | 50.00 | 1137 | Sep 20 | 8655126616 | 150.00 |
| 1128 | Sep 12 | 8357482215 | 45.00 | 1145* | Sep 28 | 8954430816 | 1,004.00 |
| 1130* | Sep 6 | 8657702282 | 46.43 | | | | |

\* Gap in check sequence                        **Conventional Checks Paid (25)**      **$      16,010.37-**

### Checks Presented Electronically

| Check | Date | Ref Number | Amount | Description of Transaction | Payee |
|---|---|---|---|---|---|
| 1129 | Sep 8 | | 116.13 | ECA    LAS NV | NEVADA POWER NEW |

**Electronic Checks Paid (1)      $      116.13-**

**Total Checks Paid      $      16,126.50-**

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Sep 1 | 4,209.10 | Sep 12 | 8,988.73 | Sep 19 | 1,557.93 |
| Sep 5 | 10,587.06 | Sep 13 | 10,538.73 | Sep 20 | 1,407.93 |
| Sep 6 | 11,920.63 | Sep 14 | 12,188.73 | Sep 21 | 1,401.34 |
| Sep 7 | 9,570.54 | Sep 15 | 8,374.37 | Sep 22 | 1,311.07 |
| Sep 8 | 10,032.82 | Sep 18 | 8,049.37 | Sep 28 | 307.07 |
| Sep 11 | 9,372.73 | | | | |

Balances only appear for days reflecting change.

## ADDITIONAL INFORMATION

Effective November 13th, 2017 the main updates to note in the revised "Your Deposit Account Agreement" booklet sections, and sub sections, include:

- Updates and restructuring the "Overdraft Handling" Section with additional detail on standard overdraft coverage, ATM & Debit Card overdraft coverage (opt in & opt out) and the addition of Requested Return for both business and consumer accounts
- Addition of how to request a *Consumer or Business Pricing Information* brochure
- Threshold updates on error Adjustments
- Additional clarity on transaction posting order
- Clarification in the definition of "Account Balance"
- Clarification in the definition of "Insufficient funds"
- Clarification of Overdraft Returned and Overdraft Paid Fee deductions
- Clarification on the Overdraft Protection Transfer Fee advance amounts and fee assessment
- Additional clarity on timing within *Your Duty to Examine Your Statement* section
- Additional language added to the *Security Interest In Accounts* section
- Arbitration coverage under the Military Lending Act
- Deposits involving non-U.S. Bank ATM's
- Removal of *Checks and Checking Accounts and Savings Accounts with Draft Access*
- Addition of *Partial Debit Card Transactions* section
- Clarification in the *Limits on Transfers* section
- Clarification in the *Debit Card Transactions* sub-section in the *Limits on Transfer* sections
- Addition to the Consumer Reserve Line Agreement, *Credit Review* section, ability to terminate or suspend
- Added Military Lending Act notice regarding Military Annual Percentage Rate (MAPR)

 **usbank.**

ESTATE OF SCHULTE PROPERTIES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 17-12883-MKN
STE 2-351
9811 W CHARLESTON BLVD
LAS VEGAS NV 89117-7519

**Business Statement**

Account Number:


Statement Period:
Sep 1, 2017
through
Sep 30, 2017

Page 4 of 11



## ADDITIONAL INFORMATION (CONTINUED)

Starting November 13, to download a copy of the revised booklet, log in to this secure website usbank.com/tmtermsandconditions using access code terms2017. You may also call your customer service team at the phone number listed at the top of this statement to obtain a copy.