_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
November 07, 2017

**TIFFANY & BOSCO, P.A.**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
nvbk@tblaw.com

**Attorney for Secured Creditor Wells Fargo Bank, N.A.**
09-74153

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | Bk Case No.: 17-12883-mkn |
| Schulte Properties, LLC | Date: October 18, 2017<br>Time: 9:30am |
| | Chapter 11 |
| Debtor. | |

### ORDER TERMINATING AUTOMATIC STAY

   IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is terminated as to the Debtor in favor of Secured Creditor, Wells Fargo Bank, N.A., its assignees and/or successors in interest, of the subject property, generally described as 1528 Splinter Rock Way, North Las Vegas, NV 89031.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** That the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that the requirement detailed in FRBP 4001 (a)(1) to notify other lienholders is hereby waived, because such lienholders will be notified of a foreclosure proceeding if and when one is initiated

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that the 14-day stay described by Bankruptcy Rule 4001(a)(3) be waived.

Submitted by:

**TIFFANY & BOSCO, P.A.**

By:    /s/Gregory L. Wilde, Esq
**Gregory L. Wilde, Esq.**
Attorney for Secured Creditor

**APPROVED / DISAPPROVED**

By:
**Amberlea Davis**
Attorney for Debtor

ALTERNATIVE METHOD re: RULE 9021:

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

\_\_\_\_  The court has waived the requirements set forth in LR 9021(b)(1).

\_\_\_\_  No party appeared at the hearing or filed an objection to the motion.

__X__  I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:

\_\_\_\_ approved the form of this order               \_\_\_\_ disapproved the form of this order

\_\_\_\_ waived the right to review the order and/or      __X__ failed to respond to the document

\_\_\_\_ appeared at the hearing, waived the right to review the order

\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

\_\_\_\_ approved the form of this order               \_\_\_\_ disapproved the form of this order

\_\_\_\_ waived the right to review the order and/or     \_\_\_\_ failed to respond to the document

\_\_\_\_  I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

I declare under penalty and perjury that the foregoing is true and correct.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor