Amberlea Davis, Esq.
Law Offices of Amberlea Davis
415 S. Sixth St, Ste 300
Las Vegas, NV 89101
Phone: (702) 440-8000
Email: Amber@SheIsMyLawyer.com
Attorney for Debtor in Possession

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In RE: Chapter 11 bankruptcy of

SCHULTE PROPERTIES, LLC

Debtors in Possession

Case No.: **02:17-bk-12883 MKN**

**ORDER ON DEBTOR'S MOTION TO DISMISS**

THIS COURT, having considered Debtor's Motion to Dismiss, and all pleadings in response finds as follows:

1. Just Cause exists to dismiss or convert the Chapter 11 bankruptcy case without prejudice pursuant to 11 U.S.C. 1112(b).

1

2. It is in the best interest of the creditors and the debtor's estate to dismiss the chapter 11 bankruptcy in its entirety.

IT IS HEREBY ORDERED the chapter 11 bankruptcy filed by Debtor in Possession SCHULTE PROPERTIES is hereby dismissed without prejudice.

SUBMITTED BY:

Dated this 14th day of August, 2017

____/s/ Amberlea Davis_____
Amberlea Davis, Esq.
Law Offices of Amberlea Davis
415 S. Sixth St, Ste 300
Las Vegas, NV 89101
Phone: (702) 440-8000
Email: Amber@SheIsMyLawyer.com
Attorney for Debtor in Possession