| | |
|---|---|
| BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP<br>20955 PATHFINDER ROAD, SUITE 300<br>DIAMOND BAR, CA  91765<br>(626) 915-5714 | BDFTW#  00000006946875 |

Attorney for WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NEVADA DISTRICT OF NEVADA
LAS VEGAS DIVISION

| | |
|---|---|
| In re:<br><br>SHULTE PROPERTIES, LLC<br><br><br><br>Debtors(s) | CASE NO.: 17-12883-mkn-11<br><br>CHAPTER: 11<br><br>**REQUEST FOR SPECIAL NOTICE**<br>**(Fed. Bankr Rule 2002)** |

TO:   THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, THE DEBTOR(S), THE TRUSTEE, ALL COUNSEL OF RECORD AND ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP, attorneys for WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST, hereby requests that the Master Mailing List in this case be amended to include the name, street address and ECF email address listed below and that notice of all events scheduled in this case and copies of all notices, requests for hearing, motions, objections, pleadings and other documents filed in this case be sent to the following address in addition to any other address(es) shown in the court's records for such creditor:

> WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST
> c/o BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP
> 20955 PATHFINDER ROAD SUITE 300
> DIAMOND BAR, CA 91765
> Phone:  (626) 915-5714
> Fax:     (972) 661-7726
> Email:   NVECF@BDFGROUP.COM
> File No: 00000006946875

This Request for Special Notice does not authorize the undersigned to accept service of legal process or to waive service of legal process for any specific contested matter or adversary proceeding that may involve the debtor(s) and/or creditor named herein.

Respectfully Submitted,
BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP

Dated: November 28, 2017        By: /s/ EDWARD A. TREDER
                                    Attorney for Secured Creditor

## CERTIFICATION OF SERVICE

I, EDWARD A. TREDER, the undersigned, whose address appears below, certify:

That I am at all times hereinafter mentioned was, over the age of eighteen and not a party to this bankruptcy case or adversary proceeding. My business address is: 20955 Pathfinder Road, Suite 300, Diamond Bar, California 91765.

That on November 28, 2017, I caused to be served a true copy of Request for Special Notice, on all interested parties in said case, by placing a true copy thereof in a sealed envelope in the United States mail first class, postage prepaid, and/or with an overnight mail service addressed and/or by NEF notice as follows:

**DEBTORS:**
SHULTE PROPERTIES, LLC
2290 SURREY MEADOWS AVENUE
HENDERSON, NV  89052

SHULTE PROPERTIES, LLC
9811 W. CHARLESTON BLVD.
STE 2-351
LAS VEGAS, NV  89117

**DEBTOR'S ATTORNEY:**
AMBERLEA DAVIS
415 S. 6TH STREET
SUITE 300
LAS VEGAS, NV  89101

**TRUSTEE:**
US TRUSTEE
300 LAS VEGAS BOULEVARD S
STE 4300
LAS VEGAS, NV  89101

**US TRUSTEE:**
300 LAS VEGAS BLVD, SOUTH
STE 4300
LAS VEGAS, NV  89101-5833

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on November 28, 2017 at DIAMOND BAR, CA.

        By:  /s/ EDWARD A. TREDER
              EDWARD A. TREDER