UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re: SCHULTE PROPERTIES LLC

Case No. 17-12883-MKN

**CHAPTER 11
MONTHLY OPERATING REPORT
(REAL ESTATE CASE)**

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:** Nov-17          **PETITION DATE:** 05/31/17 0:00

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ___ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor). Dollars reported in $1

2. **Asset and Liability Structure**

| | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|
| a. Current Assets | $2,957 | $778 | |
| b. Total Assets | $3,587,278 | $3,585,099 | $3,584,321 |
| c. Current Liabilities | $0 | $0 | |
| d. Total Liabilities | $2,640,275 | $2,640,275 | $2,640,275 |

3. **Statement of Cash Receipts & Disbursements for Month**

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| a. Total Receipts | $19,940 | $20,075 | $126,097 |
| b. Total Disbursements | $17,761 | $19,604 | $125,668 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $2,179 | $471 | $429 |
| d. Cash Balance Beginning of Month | $778 | $307 | $0 |
| e. Cash Balance End of Month (c + d) | $2,957 | $778 | $429 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 4. Profit/(Loss) from the Statement of Operations | $2,179 | $471 | $2,957 |
| 5. Account Receivables (Pre and Post Petition) | $0 | $0 | |
| 6. Post-Petition Liabilities | $0 | $0 | |
| 7. Past Due Post-Petition Account Payables (over 30 days) | $0 | $0 | |

**At the end of this reporting month:**                                    Yes        No

8. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee)        ___        X
9. Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee)        ___        X
10. If the answer is yes to 8 or 9, were all such payments approved by the court?        ___        ___
11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee)        ___        X
12. Is the estate insured for replacement cost of assets and for general liability?        X        ___
13. Are a plan and disclosure statement on file?        ___        X
14. Was there any post-petition borrowing during this reporting period?        ___        X

15. **Check if paid:** Post-petition taxes ___ ;    U.S. Trustee Quarterly Fees ___ ;   Check if filing is current for: Post-petition tax reporting and tax returns: ___ .
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 12-19-2017                                    _____
                                                    Responsible Individual

Revised 1/1/98

## STATEMENT OF OPERATIONS
### (Real Estate Case)
For the Month Ended  11/30/17

| Current Month | | | | | Cumulative | Next Month |
|---|---|---|---|---|---|---|
| **Actual** | **Forecast** | **Variance** | | | **(Case to Date)** | **Forecast** |
| | | | | **Revenues:** | | |
| $19,940 | $20,000 | ($60) | 1 | Rent/Leases | $126,097 | $20,000 |
| | | $0 | 2 | Real Property Sales Gross | | |
| | | $0 | 3 | Interest | | |
| | | $0 | 4 | Other Income: | | |
| | | $0 | 5 | | | |
| | | $0 | 6 | | | |
| $19,940 | $20,000 | ($60) | 7 | **Total Revenues** | $126,097 | $20,000 |
| | | | | **Expenses:** | | |
| $0 | | $0 | 8 | Cost of Property Sold | | |
| | | | 8a | Initial Cost & Improvement | | |
| | | | 8b | less: Depreciation Taken | | |
| | | $0 | 9 | Selling | | |
| | | $0 | 10 | Administrative | | |
| | | $0 | 11 | Interest | | |
| | | $0 | 12 | Compensation to Owner(s)/Officer(s) | | |
| | | $0 | 13 | Salaries | | |
| | | $0 | 14 | Commissions | | |
| $3,584 | $4,000 | $416 | 15 | Management Fees | $23,237 | $4,000 |
| | | | | Rent/Lease: | | |
| | | $0 | 16 | Personal Property | | |
| | | $0 | 17 | Real Property | | |
| | | $0 | 18 | Insurance | | |
| | | $0 | 19 | Depreciation | | |
| | | | | Taxes: | | |
| | | $0 | 20 | Employer Payroll Taxes | | |
| | | $0 | 21 | Real Property Taxes | | |
| | | $0 | 22 | Other Taxes | | |
| $8,352 | $16,000 | $7,648 | 23 | Other Expenses: | $95,956 | $15,000 |
| | $0 | $0 | 24 | Checks not cleared by bank by month end | | |
| $4,124 | | ($4,124) | 25 | Prior month checks cleared - Accounting adjustment | $1,596 | |
| $651 | $0 | ($651) | 26 | US Trustee Fee | $1,301 | $0 |
| | | $0 | 27 | | | |
| | | $0 | 28 | | | |
| | | $0 | 29 | | | |
| | | $0 | 30 | | | |
| | | $0 | 31 | | | |
| $16,711 | $20,000 | $3,289 | 32 | **Total Expenses** | $122,090 | $19,000 |
| $3,229 | $0 | $3,229 | 33 | **Subtotal** | $4,007 | $1,000 |
| | | | | **Reorganization Items:** | | |
| $1,050 | | ($1,050) | 34 | Professional Fees | $1,050 | $400 |
| | | $0 | 35 | Provisions for Rejected Executory Contracts | | |
| | | $0 | 36 | Interest Earned on Accumulated Cash from Resulting Chp 11 Case | | |
| | | $0 | 37 | Gain or (Loss) from Sale of Equipment | | |
| | | $0 | 38 | U.S. Trustee Quarterly Fees | | |
| | | $0 | 39 | | | |
| $1,050 | $0 | ($1,050) | 40 | **Total Reorganization Items** | $1,050 | $400 |
| $2,179 | $0 | $6,303 | 41 | **Net Profit (Loss) Before Federal & State Taxes** | $2,957 | $1,400 |
| | | $0 | 42 | Federal & State Income Taxes | | |
| $2,179 | $0 | $2,179 | 43 | **Net Profit (Loss)** | $2,957 | $1,400 |

Attach an Explanation of Variance to Statement of Operations (For variances greater than +/- 10% only):

Revised 1/1/98

# BALANCE SHEET
**(Real Estate Case)**
For the Month Ended    11/30/17 0:00

|   | **Assets** | **From Schedules** | **Market Value** |
|---|---|---|---|
|   | **Current Assets** | | |
| 1 | Cash and cash equivalents - unrestricted | | $2,957 |
| 2 | Cash and cash equivalents - restricted | | |
| 3 | Accounts receivable (net) | A | $0 |
| 4 | Prepaid expenses | | |
| 5 | Professional retainers | | |
| 6 | Other: | | |
| 7 | | | |
| 8 | **Total Current Assets** | | $2,957 |
|   | **Property and Equipment (Market Value)** | | |
| 9 | Real property | C | $3,584,321 |
| 10 | Machinery and equipment | D | $0 |
| 11 | Furniture and fixtures | D | $0 |
| 12 | Office equipment | D | $0 |
| 13 | Leasehold improvements | D | $0 |
| 14 | Vehicles | D | $0 |
| 15 | Other: | D | |
| 16 | | D | |
| 17 | | D | |
| 18 | | D | |
| 19 | | D | |
| 20 | **Total Property and Equipment** | | $3,584,321 |
|   | **Other Assets** | | |
| 21 | Loans to shareholders | | |
| 22 | Loans to affiliates | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |
| 26 | | | |
| 27 | **Total Other Assets** | | $0 |
| 28 | **Total Assets** | | $3,587,278 |

**NOTE:**

Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

Revised 1/1/98

## Liabilities and Equity
### (Real Estate Case)

**Liabilities From Schedules**

    **Post-Petition**

        **Current Liabilities**

| | | | | |
|---|---|---|---|---:|
| 29 | Salaries and wages | | | |
| 30 | Payroll taxes | | | |
| 31 | Real and personal property taxes | | | |
| 32 | Income taxes | | | |
| 33 | Sales taxes | | | |
| 34 | Notes payable (short term) | | | |
| 35 | Accounts payable (trade) | A | | $0 |
| 36 | Real property lease arrearage | | | |
| 37 | Personal property lease arrearage | | | |
| 38 | Accrued professional fees | | | |
| 39 | Current portion of long-term post-petition debt (due within 12 months) | | | |
| 40 | Other: | | | |
| 41 | | | | |
| 42 | | | | |
| 43 | **Total Current Liabilities** | | | $0 |
| 44 | **Long-Term Post-Petition Debt, Net of Current Portion** | | | |
| 45 | **Total Post-Petition Liabilities** | | | $0 |

    **Pre-Petition Liabilities (allowed amount)**

| | | | | |
|---|---|---|---|---:|
| 46 | Secured claims | F | | $2,552,775 |
| 47 | Priority unsecured claims | F | | $0 |
| 48 | General unsecured claims | F | | $87,500 |
| 49 | **Total Pre-Petition Liabilities** | | | $2,640,275 |
| 50 | **Total Liabilities** | | | $2,640,275 |

**Equity (Deficit)**

| | | |
|---|---|---:|
| 51 | Retained Earnings/(Deficit) at time of filing | $947,003 |
| 52 | Capital Stock | |
| 53 | Additional paid-in capital | |
| 54 | Cumulative profit/(loss) since filing of case | |
| 55 | Post-petition contributions/(distributions) or (draws) | |
| 56 | | |
| 57 | Market value adjustment | |
| 58 | **Total Equity (Deficit)** | $947,003 |
| 59 | **Total Liabilities and Equity (Deficit)** | $3,587,278 |

Revised 1/1/98

**SCHEDULES TO THE BALANCE SHEET**
(Real Estate Case)

**Schedule A**
**Accounts Receivable and (Net) Payable**

| Receivables and Payables Agings | Accounts Receivable [Pre and Post Petition] | Accounts Payable [Post Petition] | Past Due Post Petition Debt |
|---|---|---|---|
| 0 -30 Days | | | |
| 31-60 Days | | | |
| 61-90 Days | | | $0 |
| 91+ Days | | | |
| Total accounts receivable/payable | $0 | $0 | |
| Allowance for doubtful accounts | | | |
| Accounts receivable (net) | $0 | | |

**Schedule B**
**Inventory/Cost of Goods Sold**
**Not Applicable to Real Estate Cases**

**Schedule C**
**Real Property**

| Description | Cost | Market Value |
|---|---|---|
| 14 PROPERTIES PER SCHEDULES PG3 (1) THROUGH (4) | $3,541,800 | $3,584,321 |
| Total | $3,541,800 | $3,584,321 |

**Schedule D**
**Other Depreciable Assets**

| Description | Cost | Market Value |
|---|---|---|
| Machinery & Equipment - | | |
| Total | $0 | $0 |
| Furniture & Fixtures - | | |
| Total | $0 | $0 |
| Office Equipment - | | |
| Total | $0 | $0 |
| Leasehold Improvements - | | |
| Total | $0 | $0 |
| Vehicles - | | |
| Total | $0 | $0 |

Revised 1/1/98

**Schedule E**
**Aging of Post-Petition Taxes**
**(As of End of the Current Reporting Period)**

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| **Federal** | | | | | |
| Income Tax Withholding | | | | | $0 |
| FICA - Employee | | | | | $0 |
| FICA - Employer | | | | | $0 |
| Unemployment (FUTA) | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total Federal Taxes** | $0 | $0 | $0 | $0 | $0 |
| **State and Local** | | | | | |
| Income Tax Withholding | | | | | $0 |
| Unemployment (UT) | | | | | $0 |
| Disability Insurance (DI) | | | | | $0 |
| Empl. Training Tax (ETT) | | | | | $0 |
| Sales | | | | | $0 |
| Excise | | | | | $0 |
| Real property | | | | | $0 |
| Personal property | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total State & Local Taxes** | $0 | $0 | $0 | $0 | $0 |
| **Total Taxes** | $0 | $0 | $0 | $0 | $0 |

**Schedule F**
**Pre-Petition Liabilities**

| List Total Claims For Each Classification - | Claimed Amount | Allowed Amount (b) |
|---|---|---|
| Secured claims (a) | $2,552,775 | $2,552,775 |
| Priority claims other than taxes | | |
| Priority tax claims | | |
| General unsecured claims | $87,500 | $87,500 |

(a)   List total amount of claims even it under secured.

(b)   Estimated amount of claim to be allowed after compromise or litigation. As an example, you are a defendant in a lawsuit alleging damage of $10,000,000 and a proof of claim is filed in that amount. You believe that you can settle the case for a claim of $3,000,000. For Schedule F reporting purposes you should list $10,000,000 as the Claimed Amount and $3,000,000 as the Allowed Amount.

Revised 1/1/98

## Schedule G
### Rental Income Information

**List the Rental Information Requested Below By Properties**

|  | **Property 1** ASPEN GLOW | **Property 2** AVE CORTES | **Property 3** BRIDGEFIELD | **Property 4** CLOVERDALE |
|---|---|---|---|---|
| Description of Property |  |  |  |  |
| Scheduled Gross Rents | 1550 | 1450 | 1235 | 1720 |
| Less: |  |  |  |  |
| Vacancy Factor |  |  |  |  |
| Free Rent Incentives |  |  |  |  |
| Other Adjustments |  |  |  |  |
| Total Deductions | $0 | $0 | $0 | $0 |
| Scheduled Net Rents | $1,550 | $1,450 | $1,235 | $1,720 |
| Less: Rents Receivable * |  |  |  |  |
| Scheduled Net Rents Collected * | $1,550 | $1,450 | $1,235 | $1,720 |

\* To be completed by cash basis reporters only.

## Schedule H
### Recapitulation of Funds Held at End of Month

|  | **Account 1** | **Account 2** | **Account 3** | **Account 4** |
|---|---|---|---|---|
| Bank | US BANK |  |  |  |
| Account Type | CHECKING |  |  |  |
| Account No. | ……..73878 |  |  |  |
| Account Purpose | ALL LLC INCOME |  |  |  |
| Balance, End of Month | $2,957 |  |  |  |
| Total Funds on Hand for all Accounts | $2,957 |  |  |  |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

## Schedule G
### Rental Income Information

**List the Rental Information Requested Below By Properties**

| Description of Property | **Property 5** DESERT CANYON | **Property 6** DISCOVERY CRE | **Property 7** ECHO FALLS | **Property 8** FEATHER RIVER |
|---|---|---|---|---|
| Scheduled Gross Rents | 1650 | 1350 | 1525 | 1400 |
| Less: | | | | |
|    Vacancy Factor | | | | |
|    Free Rent Incentives | | | | |
|    Other Adjustments | ($100) | $15 | | |
| Total Deductions | ($100) | $15 | $0 | $0 |
| Scheduled Net Rents | $1,750 | $1,335 | $1,525 | $1,400 |
| Less: Rents Receivable * | | | | |
| Scheduled Net Rents Collected * | $1,750 | $1,335 | $1,525 | $1,400 |

\* To be completed by cash basis reporters only.

## Schedule H
### Recapitulation of Funds Held at End of Month

| | **Account 1** | **Account 2** | **Account 3** | **Account 4** |
|---|---|---|---|---|
| Bank | | | | |
| Account Type | | | | |
| Account No. | | | | |
| Account Purpose | | | | |
| Balance, End of Month | | | | |
| Total Funds on Hand for all Accounts | $0 | | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

## Schedule G
### Rental Income Information

**List the Rental Information Requested Below By Properties**

|  | **Property 9** | **Property 10** | **Property 11** | **Property 12** |
|---|---|---|---|---|
| Description of Property | MISTY MORNING | OSTRICH FERN | PUMPKIN PATC | SPLINTER ROCK |
| Scheduled Gross Rents | 1790 | 1455 | 1345 | 1470 |
| Less: | | | | |
| Vacancy Factor | | | | |
| Free Rent Incentives | | | | |
| Other Adjustments | | | | |
| Total Deductions | $0 | $0 | $0 | $0 |
| Scheduled Net Rents | $1,790 | $1,455 | $1,345 | $1,470 |
| Less: Rents Receivable * | | | | |
| Scheduled Net Rents Collected * | $1,790 | $1,455 | $1,345 | $1,470 |

\* To be completed by cash basis reporters only.

## Schedule H
### Recapitulation of Funds Held at End of Month

|  | **Account 1** | **Account 2** | **Account 3** | **Account 4** |
|---|---|---|---|---|
| Bank | | | | |
| Account Type | | | | |
| Account No. | | | | |
| Account Purpose | | | | |
| Balance, End of Month | | | | |
| Total Funds on Hand for all Accounts | $0 | | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

## Schedule G
## Rental Income Information

**List the Rental Information Requested Below By Properties**

|  | **Property 1** | **Property 2** | **Property 3** | **Property 4** |
|---|---|---|---|---|
| Description of Property | SURREY MEADOWS | SWEET LEILANI | | |
| Scheduled Gross Rents | 1850 | 1310 | | |
| Less: | | | | |
| Vacancy Factor | | 1310 | | |
| Free Rent Incentives | | | | |
| Other Adjustments | ($65) | | | |
| Total Deductions | ($65) | $1,310 | $0 | $0 |
| Scheduled Net Rents | $1,915 | $0 | $0 | $0 |
| Less: Rents Receivable * | | | | |
| Scheduled Net Rents Collected * | $1,915 | $0 | $0 | $0 |

\* To be completed by cash basis reporters only.


## Schedule H
## Recapitulation of Funds Held at End of Month

|  | **Account 1** | **Account 2** | **Account 3** | **Account 4** |
|---|---|---|---|---|
| Bank | | | | |
| Account Type | | | | |
| Account No. | | | | |
| Account Purpose | | | | |
| Balance, End of Month | | | | |
| Total Funds on Hand for all Accounts | $0 | | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
### Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended  11/30/17 0:00

| # | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | $19,940 | $126,097 |
| 2 | Cash Received from Sales | | |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | $19,940 | $126,097 |
| | **Cash Disbursements** | | |
| 13 | Selling | | |
| 14 | Administrative | $1,050 | $1,050 |
| 15 | Capital Expenditures | | |
| 16 | Principal Payments on Debt | | |
| 17 | Interest Paid | | |
| | Rent/Lease: | | |
| 18 | Personal Property | | |
| 19 | Real Property | | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | | |
| 22 | Commissions/Royalties | | |
| 23 | Expense Reimbursements | | |
| 24 | Other | | |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | $3,584 | $23,237 |
| | Taxes: | | |
| 27 | Employee Withholding | | |
| 28 | Employer Payroll Taxes | | |
| 29 | Real Property Taxes | | |
| 30 | Other Taxes | | |
| 31 | Other Cash Outflows: | | |
| 32 | REPAIRS, WARRANTY INS. HOA DUES, OTHER | $8,352 | $95,956 |
| 33 | | | |
| 34 | US Trustee Fee | $651 | $1,301 |
| 35 | | | |
| 36 | PRIOR MONTHS CHECKS CLEARED | $4,124 | $4,124 |
| 37 | **Total Cash Disbursements:** | $17,761 | $125,668 |
| 38 | **Net Increase (Decrease) in Cash** | $2,179 | $429 |
| 39 | **Cash Balance, Beginning of Period** | $778 | |
| 40 | **Cash Balance, End of Period** | $2,957 | |

Revised 1/1/98

## STATEMENT OF CASH FLOWS
(Optional) Increase/(Decrease) in Cash and Cash Equivalents
For the Month Ended ######### 11/30/17 0:00

| # | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Flows From Operating Activities** | | |
| 1 | Cash Received from Sales | | |
| 2 | Rent/Leases Collected | $19,940 | $126,097 |
| 3 | Interest Received | | |
| 4 | Cash Paid for Development of Real Estate | | |
| 5 | Cash Paid for Operation of Real Estate | $11,936 | $119,193 |
| 6 | Cash Paid for Administrative Expenses | | |
| | Cash Paid for Rents/Leases: | | |
| 7 |    Personal Property | | |
| 8 |    Real Property | | |
| 9 | Cash Paid for Interest | | |
| 10 | Cash Paid for Net Payroll and Benefits | | |
| | Cash Paid to Owner(s)/Officer(s) | | |
| 11 |    Salaries | | |
| 12 |    Draws | | |
| 13 |    Commissions/Royalties | | |
| 14 |    Expense Reimbursements | | |
| 15 |    Other | | |
| | Cash Paid for Taxes Paid/Deposited to Tax Acct. | | |
| 16 |    Employer Payroll Tax | | |
| 17 |    Employee Withholdings | | |
| 18 |    Real Property Taxes | | |
| 19 |    Other Taxes | | |
| 20 | Cash Paid for General Expenses | | |
| 21 | PRIOR MONTHS CHECKS CLEARED | $4,124 | $4,124 |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |
| 26 | | | |
| 27 | **Net Cash Provided (Used) by Operating Activities before Reorganization Items** | $3,880 | $2,780 |
| | **Cash Flows From Reorganization Items** | | |
| 28 | Interest Received on Cash Accumulated Due to Chp 11 Case | | |
| 29 | Professional Fees Paid for Services in Connection with Chp 11 Case | $1,050 | $1,050 |
| 30 | U.S. Trustee Quarterly Fees | $651 | $1,301 |
| 31 | | | |
| 32 | **Net Cash Provided (Used) by Reorganization Items** | ($1,701) | |
| 33 | **Net Cash Provided (Used) for Operating Activities and Reorganization Items** | $2,179 | $429 |
| | **Cash Flows From Investing Activities** | | |
| 34 | Capital Expenditures | | |
| 35 | Proceeds from Sales of Capital Goods due to Chp 11 Case | | |
| 36 | | | |
| 37 | **Net Cash Provided (Used) by Investing Activities** | $0 | $0 |
| | **Cash Flows From Financing Activities** | | |
| 38 | Net Borrowings (Except Insiders) | | |
| 39 | Net Borrowings from Shareholders, Partners, or Other Insiders | | |
| 40 | Capital Contributions | | |
| 41 | Principal Payments | | |
| 42 | | | |
| 43 | **Net Cash Provided (Used) by Financing Activities** | $0 | $0 |
| 44 | **Net Increase (Decrease) in Cash and Cash Equivalents** | $2,179 | $429 |
| 45 | **Cash and Cash Equivalents at Beginning of Month** | $778 | |
| 46 | **Cash and Cash Equivalents at End of Month** | $2,957 | |

Revised 1/1/98



P.O. Box 1800
Saint Paul, Minnesota 55101-0800

4552   IMG   S   Y   ST01



RECEIVED
DEC 1 1 2017
BY: ........................

**Business Statement**
Account Number:
8
Statement Period:
Nov 1, 2017
through
Nov 30, 2017

Page 1 of 14

000001242 02  SP    106481336340804 P
ESTATE OF SCHULTE PROPERTIES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 17-12883-MKN
STE 2 # 351
9811 W CHARLESTON BLVD
LAS VEGAS NV  89117-7519

**To Contact U.S. Bank**

**24-Hour Business Solutions:** 1-800-673-3555

U.S. Bank accepts Relay Calls

**Internet:** usbank.com

## INFORMATION YOU SHOULD KNOW

**Changes effective now for cash transactions**

**At U.S. Bank we are committed to doing our part to deter criminal activities related to money laundering.** We are enhancing our level of security on cash transactions in order to meet regulatory guidelines. To comply with these requirements, we need to clearly identify all individuals making cash transactions at our branches.

Because of this requirement, we will require additional information from individuals who make cash transactions at the branch. Individuals who are not U.S. Bank accountholders will also be required to provide additional information, including individuals who present or receive cash on behalf of a business.

**What may be required for a cash transaction?** This additional information includes: full name, address, date of birth, Taxpayer Identification Number (of the individual), occupation and photo identification (driver's license or government issued ID). Once the necessary information is established in our system, only photo identification will be required for subsequent cash transactions. Please be ready to provide this information when asked. More information on these changes is available at www.usbank.com/cashtransactions. Thank you for your assistance.

**Price changes for U.S. Bank Business Checking, Savings and Treasury Management Services are effective Jan. 1, 2018.** Please contact your Banker or Treasury Management Consultant for pricing information specific to your account. If you need assistance in reaching your bank contact, call Customer Service at the number listed in the upper right corner of this statement or send an email to Customer Service at commercialsupport@usbank.com.

## PREMIUM BUSINESS CHECKING                                               Member FDIC
U.S. Bank National Association                                             Account Number           8

### Account Summary
|  | # Items |  |  |
|---|---|---|---|
| Beginning Balance on Nov 1 |  | $ | 778.51 |
| Customer Deposits | 8 |  | 19,940.00 |
| Card Withdrawals | 7 |  | 589.23 - |
| Other Withdrawals | 1 |  | 62.17 - |
| Checks Paid | 45 |  | 17,110.43 - |
| Ending Balance on Nov 30, 2017 |  | $ | 2,956.68 |

### Customer Deposits
| Number | Date | Ref Number | Amount | Number | Date | Ref Number | Amount |
|---|---|---|---|---|---|---|---|
|  | Nov 1 | 8656262142 | 65.00 |  | Nov 3 | 9256202084 | 5,530.00 |
|  | Nov 1 | 8656189773 | 3,240.00 |  | Nov 6 | 8150241312 | 1,525.00 |
|  | Nov 1 | 8656262138 | 3,320.00 |  | Nov 6 | 8150241308 | 2,790.00 |
|  | Nov 2 | 8955625742 | 1,720.00 |  | Nov 22 | 8656233511 | 1,750.00 |
|  |  |  |  | Total Customer Deposits | | $ | 19,940.00 |

### Card Withdrawals
Card Number: xxxx-xxxx-xxxx-7620

| Date | Description of Transaction |  | Ref Number | Amount |
|---|---|---|---|---|
| Nov 6 | Debit Purchase 911078 ************7620 | USPS PO 31489900 LAS VEGAS NV On 110317 ILNKILNK REF 730722911078 | 7811031753 | $ 19.77 - |



ESTATE OF SCHULTE PROPERTIES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 17-12883-MKN
STE 2 # 351
9811 W CHARLESTON BLVD
LAS VEGAS NV 89117-7519

**Business Statement**

Account Number:
 8

Statement Period:
Nov 1, 2017
through
Nov 30, 2017



Page 2 of 14

**PREMIUM BUSINESS CHECKING** (CONTINUED)

U.S. Bank National Association

Account Number　　　　　8

**Card Withdrawals (continued)**
Card Number: xxxx-xxxx-xxxx-7620

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Nov 8 | Debit Purchase 351269 ************7620 | USPS PO 31489900 LAS VEGAS NV On 110817 ILK1TERM REF 731220351269 | 6911081437 | 66.32- |
| Nov 9 | Debit Purchase 017776 ************7620 | USPS PO 31489900 LAS VEGAS NV On 110817 ILNKILNK REF 731301017776 | 7611081907 | 46.55- |
| Nov 13 | Debit Purchase - VISA FIRST AMER HOME ************7620 | On 111017 818-7815050 CA REF # 24755427314263141658614 | 4263141658 | 138.00- |
| Nov 13 | Debit Purchase - VISA FIRST AMER HOME ************7620 | On 111017 818-7815050 CA REF # 24755427314263141658648 | 4263141658 | 156.00- |
| Nov 14 | Debit Purchase 618838 ************7620 | USPS PO 31489500 LAS VEGAS NV On 111317 ILK1TERM REF 731800618838 | 3811131821 | 6.59- |
| Nov 21 | Debit Purchase - VISA FIRST AMER HOME ************7620 | On 112017 818-7815050 CA REF # 24755427324163242173513 | 4163242173 | 156.00- |
| | | Card 7620 Withdrawals Subtotal | $ | 589.23- |
| | | Total Card Withdrawals | $ | 589.23- |

**Other Withdrawals**

| Date | Description of Transaction | Ref Number | Amount |
|---|---|---|---|
| Nov 14 | Analysis Service Charge | 1400000000 | $ 62.17- |
| | Total Other Withdrawals | $ | 62.17- |

**Checks Presented Conventionally**

| Check | Date | Ref Number | Amount | Check | Date | Ref Number | Amount |
|---|---|---|---|---|---|---|---|
| 1170 | Nov 2 | 8955790795 | 43.83 | 1198 | Nov 3 | 9255306048 | 9.72 |
| 1171 | Nov 2 | 8955790794 | 43.83 | 1199 | Nov 3 | 9255376325 | 380.00 |
| 1172 | Nov 2 | 8955790796 | 43.62 | 1203* | Nov 6 | 8150489253 | 1,700.00 |
| 1173 | Nov 2 | 8955790797 | 43.62 | 1204 | Nov 6 | 8058027916 | 15.52 |
| 1174 | Nov 2 | 8955790798 | 43.62 | 1205 | Nov 7 | 8359333147 | 35.00 |
| 1175 | Nov 2 | 8955790799 | 43.62 | 1206 | Nov 7 | 8357769082 | 28.75 |
| 1177* | Nov 6 | 8054233256 | 2,111.00 | 1207 | Nov 3 | 9256496941 | 55.00 |
| 1180* | Nov 8 | 8654809744 | 400.00 | 1208 | Nov 10 | 9250143965 | 800.00 |
| 1182* | Nov 6 | 8054107165 | 75.00 | 1209 | Nov 7 | 8359332976 | 40.00 |
| 1183 | Nov 6 | 8054107164 | 65.00 | 1210 | Nov 6 | 8058586908 | 50.00 |
| 1184 | Nov 29 | 8655703459 | 100.00 | 1211 | Nov 6 | 8058586909 | 50.00 |
| 1185 | Nov 29 | 8655703460 | 90.00 | 1212 | Nov 29 | 8655703458 | 100.00 |
| 1186 | Nov 6 | 8054232885 | 45.00 | 1213 | Nov 29 | 8655703461 | 90.00 |
| 1187 | Nov 6 | 8054232884 | 45.00 | 1214 | Nov 16 | 8954879469 | 1,266.00 |
| 1188 | Nov 6 | 8054232883 | 45.00 | 1215 | Nov 16 | 8952836968 | 45.00 |
| 1189 | Nov 6 | 8057331801 | 325.00 | 1216 | Nov 16 | 8952836970 | 45.00 |
| 1192* | Nov 14 | 8354777678 | 135.69 | 1217 | Nov 13 | 8056997927 | 191.21 |
| 1193 | Nov 8 | 8651273884 | 75.00 | 1218 | Nov 20 | 8058376348 | 242.15 |
| 1194 | Nov 8 | 8651273885 | 75.00 | 1219 | Nov 16 | 8952837158 | 2,111.00 |
| 1195 | Nov 13 | 8057114318 | 200.00 | 1220 | Nov 16 | 8952837159 | 3,584.00 |
| 1196 | Nov 6 | 8150955599 | 572.91 | 1221 | Nov 20 | 8053889945 | 250.00 |
| 1197 | Nov 3 | 9255306049 | 700.00 | 1222 | Nov 28 | 8356277993 | 651.26 |

\* Gap in check sequence    Conventional Checks Paid (44)    $    17,061.35-



ESTATE OF SCHULTE PROPERTIES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 17-12883-MKN
STE 2 # 351
9811 W CHARLESTON BLVD
LAS VEGAS NV  89117-7519

**Business Statement**
Account Number: ▓▓▓▓▓▓78

Statement Period:
Nov 1, 2017
through
Nov 30, 2017

Page 3 of 14

## PREMIUM BUSINESS CHECKING                                              (CONTINUED)

U.S. Bank National Association                                Account Number ▓▓▓▓▓▓78

**Checks Presented Electronically**

| Check | Date | Ref Number | Amount | Description of Transaction | Payee |
|---|---|---|---|---|---|
| 1200 | Nov 6 | | 49.08 | ECA    LAS  NV | NEVADA POWER NEW |
| | | | | Electronic Checks Paid (1)   $ | 49.08- |
| | | | | Total Checks Paid   $ | 17,110.43- |

**Balance Summary**

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Nov 1 | 7,403.51 | Nov 9 | 11,626.75 | Nov 20 | 2,393.94 |
| Nov 2 | 8,861.37 | Nov 10 | 10,826.75 | Nov 21 | 2,237.94 |
| Nov 3 | 13,246.65 | Nov 13 | 10,141.54 | Nov 22 | 3,987.94 |
| Nov 6 | 12,393.37 | Nov 14 | 9,937.09 | Nov 28 | 3,336.68 |
| Nov 7 | 12,289.62 | Nov 16 | 2,886.09 | Nov 29 | 2,956.68 |
| Nov 8 | 11,673.30 | | | | |

Balances only appear for days reflecting change.