```
                            United States Bankruptcy Court
                                   District of Nevada
In re:                                                                   Case No. 17-12883-mkn
SCHULTE PROPERTIES, LLC                                                  Chapter 11
         Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0978-2          User: admin                    Page 1 of 3                   Date Rcvd: Jan 17, 2018
                              Form ID: adindsm               Total Noticed: 117


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 19, 2018.
db             +SCHULTE PROPERTIES, LLC,    9811 W. CHARLESTON BLVD., STE 2-351,    LAS VEGAS, NV 89117-7528
aty            +EDWARD A TREDER,    BARRETT DAFFIN FRAPPIER TREDER & WEISS,    20955 PATHFINDER RD STE 300,
                 DIAMOND BAR, CA 91765-4029
cr             +BAYVIEW LOAN SERVICING, LLC as servicing agent for,    c/o EDWARD G. SCHLOSS,
                 3637 Motor Avenue, Suite 220,    Los Angeles, CA 90034-4884
cr             +CITIMORTGAGE, INC.,    C/O GREGORY L. WILDE, ESQ.,   TIFFANY  BOSCO, P.A.,    212 S. JONES BLVD.,
                 LAS VEGAS, NV 89107-2657
cr             +FIFTH THIRD BANK,    C/O ARNOLD L. GRAFF, ESQ.,    ALDRIDGE PITE, LLP,
                 4375 JUTLAND DR., STE. 200,    P.O. BOX 17933,   SAN DIEGO, CA 92177-7921
cr             +MTGLQ Investors, L.P.,    Wright, Finlay & Zak, LLP,    c/o Nichole L. Glowin,
                 4665 MacArthur Court, Suite 280,    Newport Beach, CA 92660-1811
10175170        ALEXANDRA REIMANN,    3383 CLOVERDALE CT,    LAS VEGAS NV 89117-3951
10175174        ALEXANDRA REIMANN, LESSOR,    3383 CLOVERDALE CT,    LAS VEGAS NV 89117-3951
10121280        Aja Campbell,   3729 Discovery Creek Ave,    North Las Vegas, NV 89031-3603
10121341       +Amberlea Davis, Esq,    415 S. Sixth St. 300,    Las Vegas, NV 89101-6937
10121281        BAC Home Loan Servicing, LP,    PO Box 942019,    Simi Valley, CA 93094-2019
10175178        BRENDA TORRES LOPEZ,    LESSOR,   9500 ASPEN GLOW DR,    LAS VEGAS NV 89134-0134
10121283        Billy Obedoza,    5218 Misty Morning Dr.,   Las Vegas, NV 89118-0600
10175177        CINDY LEE STOCK,    SABLES LLC,    608 S 8TH ST,   LAS VEGAS NV 89101-7005
10175547        CLARK COUNTY TREASURER,    C/O BANKRUPTCY CLERK,    500 S GRAND CENTRAL PKWY,
                 LAS VEGAS NV 89155-1220
10121284       +Chase Home Finance, LLC,    3415 Vision Dr.,    Columbus, OH 43219-6009
10121285       +Chris Wirta,    2460 Avenida Cortes,   Henderson, NV 89074-6349
10121287      #+Christopher Martano,    1392 Echo Falls Ave,    Las Vegas, NV 89183-6377
10240183        CitiFinancial Servicing, LLC,    PO Box 6043,   Sioux Falls, SD 57117-6043
10121288       +CitiMortgage, Inc,    P.O. Box 10002,   Hagerstown, MD 21747-0002
10301299        CitiMortgage, Inc.,    PO Box 6030,   Sioux Falls, SD 57117-6030
10121289        City National Bank,    PO Box 60938,   Los Angeles, Ca 90060-0938
10121290       +Clark County Assessor,    500 S. Grand Central Pkwy #2,    Las Vegas, NV 89155-4502
10121291       +Clint Fisher,    956 Ostrich Fern Court,   Las Vegas, NV 89183-4050
10121292        Copper Ridge C/O Colonial Mgmt,    PO Box 63275,    Phoenix, AZ 85082-3275
10121293        Creekside HOA c/o first residential,    PO Box 54089,    Los Angeles, CA 90054-0089
10121342       +David Pierce,    9811 W. Charleston Blvd. Ste 2-279,    Las Vegas, NV 89117-7528
10175544       +Dept. of Employment, Training & Rehab,    Employment Security Division,    500 East Third Street,
                 Carson City, NV 89713-0002
10121294        Dulce B. Soliz,    6091 Pumpkin Patch Ave,    Las Vegas, NV 89142-0791
10227341       +EDWARD G SCHLOSS,    3637 MOTOR AVE, SUITE 220,    LOS ANGELES, CA 90034-4884
10121343       +Efren Sotelo,    1401 Smokey Glen Cr.,   Las Vegas, NV 89110-1313
10121295        Eldorado First C/o Terra West Property,    PO Box 80900,    Las Vegas, NV 89180-0900
10121340       +Elisa Chadbourne,    5840 TUSCAN HILL Ct,    LAS VEGAS, NV 89141-3895
10121296       +Federal Home Loan Mortgage Corp,    8200 Jones Branch Dr.,    McLean, VA 22102-3107
10121297       +Federal National Morgate Association,    3900 Wisconsin Ave. N.W.,    Washington DC 20016-2806
10121298       +Federal National Mortgage Association,    PO Box 10002,    Hagerstown, MD 21747-0002
10121299       +Fifth Third Bank Mtg Loan Scv,    5050 Kingsley Dr.,    MD 1MOC FP,   Cincinnati OH 45227-1115
10239826       +Fifth Third Mortgage Company,    5001 Kingsley Drive,    1MOBBW,   Cincinnati, OH 45227-1114
10121300      #+First American Trustee Servicing Solutio,    1500 Solana Blvd Bldg 6 Ste 6100,
                 Westlake, TX 76262-1690
10121301       +Government National Mortgage Association,    451 7th St. SW, Room B-133,
                 Washington, DC 20410-0001
10121302        Green Tree Servicing LLC - Ditech Fin,    PO Box 6176,    Rapid City, SD 57709-6176
10121303        Green Valley Ranch, HOA CO Terra West,    PO Box 94617,    Las Vegas, NV 89193-4617
10121304        GreenTree Servicing LLC,    PO Box 6176,    Rapid City SD 57709-6176
10160404       +Gregory L. Wilde, Esq.,    Attorney for Secured Creditor,    212 South Jones Boulevard,
                 Las Vegas, NV 89107-2657
10175635        IMAGE FINANCE, LLC,    4751 WILSHIRE BLVD STE 203,    LOS ANGELES CA 90010-3860
10175176        IMAGE FINANCE, LLC,    BANKRUPTCY DEPARTMENT,    4751 WILSHIRE BLVD STE 203,
                 LOS ANGELES CA 90010-3860
10121305        Image Finance, LLC,    4571 Wilshire Blvd, Suite 203,    Las Angeles, CA 90010
10121309        JP Morgan Chase Bank,    P.O. Box 183166,   Columbus, OH 43218-3166
10175172        JURIS ORE,    LESSOR,   2290 SURREY MEADOWS,    HENDERSON NV 89052-2335
10121307        James Craig,    9020 Feather River Ct,   Las Vegas, NV 89117-2367
10121308       +Jessie C. Gaytan,    6091 Pumpkin Patch Ave,   Las Vegas, NV 89142-0791
10121310        Kami Conselva,    5218 Misty Morning Dr.,   LAs Vegas, NV 89118-0600
10121311        Karen Taylor,    3729 Discovery Creek Ave,    North Las Vegas, NV 89031-3603
10121312        Linda Reina,    7873 Bridgefield Lane,    Las Vegas, NV 89147-5099
10121344       +Lucy Innuso,    7413 Lattimore Dr,    Las Vegas, NV 89128-3214
10121313      #+Luis Lopez,    2614 Sweet Leilani Ave,    North Las Vegas, NV 89031-0693
10175180        MELANI SCHULTE,    1392 ECHO FALLS, LLC,    9811 W. CHARLESTON BLVD., STE 2-351,
                 LAS VEGAS NV 89117-7528
10175181        MELANI SCHULTE,    1528 SPLINTER ROCK, LLC,    9811 W. CHARLESTON BLVD., STE 2-351,
                 LAS VEGAS NV 89117-7528
10175182        MELANI SCHULTE,    1624 DESERT CANYON, LLC,    9811 W. CHARLESTON BLVD., STE 2-351,
                 LAS VEGAS NV 89117-7528
```

```
District/off: 0978-2          User: admin              Page 2 of 3             Date Rcvd: Jan 17, 2018
                              Form ID: adindsm         Total Noticed: 117


10175183       MELANI SCHULTE,    2290 SURREY MEADOWS, LLC,    9811 W. CHARLESTON BLVD., STE 2-351,
                LAS VEGAS NV 89117-7528
10175184       MELANI SCHULTE,    2460 AVENIDA CORTES, LLC,    9811 W. CHARLESTON BLVD., STE 2-351,
                LAS VEGAS NV 89117-7528
10175185       MELANI SCHULTE,    2614 SWEET LEILANI, LLC,    9811 W. CHARLESTON BLVD., STE 2-351,
                LAS VEGAS NV 89117-7528
10175186       MELANI SCHULTE,    3383 CLOVERDALE, LLC,    9811 W. CHARLESTON BLVD., STE 2-351,
                LAS VEGAS NV 89117-7528
10175187       MELANI SCHULTE,    3729 DISCOVERY CREEK, LLC,    9811 W. CHARLESTON BLVD., STE 2-351,
                LAS VEGAS NV 89117-7528
10175188       MELANI SCHULTE,    5218 MISTY MORNING, LLC,    9811 W. CHARLESTON BLVD., STE 2-351,
                LAS VEGAS NV 89117-7528
10175189       MELANI SCHULTE,    6091 PUMPKIN PATCH, LLC,    9811 W. CHARLESTON BLVD., STE 2-351,
                LAS VEGAS NV 89117-7528
10175190       MELANI SCHULTE,    7873 BRIDGEFIELD, LLC,    9811 W. CHARLESTON BLVD., STE 2-351,
                LAS VEGAS NV 89117-7528
10175191       MELANI SCHULTE,    9020 FEATHER RIVER, LLC,    9811 W. CHARLESTON BLVD., STE 2-351,
                LAS VEGAS NV 89117-7528
10175192       MELANI SCHULTE,    9500 ASPEN GLOW, LLC,    9811 W. CHARLESTON BLVD., STE 2-351,
                LAS VEGAS NV 89117-7528
10175193       MELANI SCHULTE,    956 OSTRICH FERN, LLC,    9811 W. CHARLESTON BLVD., STE 2-351,
                LAS VEGAS NV 89117-7528
10175194       MELANI SCHULTE,    ALOHA LLC,    9811 W. CHARLESTON BLVD., STE 2-351,    LAS VEGAS NV 89117-7528
10175195       MELANI SCHULTE,    CHERISH, LLC,    9811 W. CHARLESTON BLVD., STE 2-351,
                LAS VEGAS NV 89117-7528
10175196       MELANI SCHULTE,    DID YOU PERFECT IT?, INC.,    9811 W. CHARLESTON BLVD., STE 2-351,
                LAS VEGAS NV 89117-7528
10175197       MELANI SCHULTE,    GO FIGURE, LLC,    9811 W. CHARLESTON BLVD., STE 2-351,
                LAS VEGAS NV 89117-7528
10175198       MELANI SCHULTE,    HOT ENDEAVOR, LLC,    9811 W. CHARLESTON BLVD., STE 2-351,
                LAS VEGAS NV 89117-7528
10175199       MELANI SCHULTE,    KE ALOHA HOLDINGS LLC,    9811 W. CHARLESTON BLVD., STE 2-351,
                LAS VEGAS NV 89117-7528
10175200       MELANI SCHULTE,    KEEP SAFE, LLC,    9811 W. CHARLESTON BLVD., STE 2-351,
                LAS VEGAS NV 89117-7528
10175201       MELANI SCHULTE,    SABRECO, INC.,    9811 W. CHARLESTON BLVD., STE 2-351,
                LAS VEGAS NV 89117-7528
10175202       MELANI SCHULTE,    Z'REA LIMITED PARTNERSHIP,    9811 W. CHARLESTON BLVD., STE 2-351,
                LAS VEGAS NV 89117-7528
10175179       MONICA MONTERO,    LESSOR,   9500 ASPEN GLOW DR,    VEGAS NV 89134-0134
10121317      +MTC Financial Inc DBA Trustee Corp,    3571 Red Rock St. Ste B,    Las Vegas, NV 89103-1256
10121314     #+Maria Lopez,    2614 Sweet Leilani Ave,    North Las Vegas, NV 89031-0693
10121315      +Mary Wirta,    2460 Avenida Cortes,    Henderson, NV 89074-6349
10121316     #+Michaela Martano,    1392 Echo Falls Ave,    Las Vegas, NV 89183-6377
10175173       NETTIE JOHNSTON,    LESSOR,   2290 SURREY MEADOWS,    HENDERSON NV 89052-2335
10121318      +National Default Servicing Corp,    7720 N. 16th St. Suite 300,    Phoenix AZ 85020-7404
10121319      +Nettie Johnston,    2290 Surrey Meadows Ave,    Henderson, NV 89052-2335
10121320     #+Northwest Trustee Services, INc,    2121 Alton Parkway, Ste  110,    Irvine, CA 92606-4958
10121321       Ocwen Loan Servicing LLC,    PO Box 24736,    West Palm Beach, FL 33416-4736
10121322       Ocwyn Loan Servicing LLC,    PO Box 24736,    West Palm Beach, FL 33416-4736
10121323      +Pebble Creek HOA,    8595 Eastern Ave,    Las Vegas, NV 89123-2823
10121324      +Robert Lopez,    1528 Splinter Rock Way,    North Las Vegas, NV 89031-1617
10121325      +Rosanna Lopez,    1528 Splinter Rock Way,    North Las Vegas, NV 89031-1617
10175175       SANDRA SCHAFER,    LESSOR,   3383 CLOVERDALE CT,    LAS VEGAS NV 89117-3951
10121326       Sables, LLC,    3754 Howard Hughes Pkwy, Suite 200,    Las Vegas, N 89169
10121327       Sandra Schafer,    3383 Cloverdale Ct,    Las Vegas, NV 89117-3951
10121328      +Seaside Trustee Inc,    Po Box 752377,    Las Vegas, NV 89136-2377
10121329      +Secretary of State,    101 N. Carson Street, Suite 3,    Carson City, NV 89701-3714
10121330       Selene Finance LP,    PO Box 421517,    Houston, TX 77242-1517
10121332       Seterus, Inc.,    P.O. Box 1077,    Hartford, CT 06143-1077
10121333      +Shauna Brogan,    1624 Desert Canyon Ct,    Las Vegas, NV 89128-7900
10121334       Shellpoint Mortgage Servicing,    PO Box 740039,    Cincinnati OH 45274-0039
10121335       Silverado Rnch LMA C/O First Service Res,    PO Box 54089,    Los Angeles, CA 90054-0089
10121337      +TD Service Company,    4000 W. Metropolitan Dr. Ste 400,    Orange, CA 92868-3503
10213219       THE BANK OF NEW YORK MELLON, SERIES 2004-28CB,    c/o Shellpoint Mortgage Serving,
                PO Box 10826,    Greenville, SC  29603-0826
10249334      +WRIGHT, FINLAY & ZAK, LLP,    4665 MacArthur Court, Suite 280,    Newport Beach, CA 92660-1811
10121338       Wells Fargo Home Mortgage,    PO Box 7198,    Pasadena, CA 91109-7198
10121339       West Sahara Community HOA c/p First Serv,    P.O. Box 54089,    Los Angeles, CA 90054-0089

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: cdcaecf@bdfgroup.com Jan 18 2018 01:59:13      WILMINGTON SAVINGS FUND SOCIETY, FSB,
                c/o BDFTW, LLP,    20955 Pathfinder Rd. #300,    Diamond Bar, CA 91765-4029
10240097       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jan 18 2018 02:00:03
                BAYVIEW LOAN SERVICING, LLC,    4425 PONCE DE LEON BLVD., 5TH FLOOR,
                CORAL GABLES, FL 33146-1837
10121282       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jan 18 2018 02:00:03
                Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd,    5th Floor mailroom,
                Coral Gables, FL 33146-1837
```

```
District/off: 0978-2              User: admin                 Page 3 of 3                  Date Rcvd: Jan 17, 2018
                                  Form ID: adindsm             Total Noticed: 117
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
10175203       EDI: IRS.COM Jan 18 2018 01:53:00      INTERNAL REVENUE SERVICE,
                CENTRALIZED INSOLVENCY OPERATION,    P. O. BOX 7346,    PHILADELPHIA, PA 19101-7346
10175546       E-mail/Text: tax-bankruptcy@tax.state.nv.us Jan 18 2018 01:59:52
                NEVADA DEPARTMENT OF TAXATION,    BANKRUPTCY SECTION,    555 E WASHINGTON AVE STE 1300,
                LAS VEGAS NV 89101-1046
10121336       E-mail/Text: north.accounting@howardhughes.com Jan 18 2018 01:59:58
                Summerlin North Community Assoc,    2120 Snow Trail,    Las Vegas, NV 89134-6709
10285801      +E-mail/Text: cdcaecf@bdfgroup.com Jan 18 2018 01:59:13      WILMINGTON SAVINGS FUND SOCIETY, FSB,
                c/o BARRETT DAFFIN FRAPPIER TREDER & WEI,    20955 PATHFINDER ROAD SUITE 300,
                DIAMOND BAR, CA 91765-4029
10203026       EDI: WFFC.COM Jan 18 2018 01:53:00      Wells Fargo Bank, N.A.,    Default Document Processing,
                1000 Blue Gentian Road, N9286-01Y,    Eagan MN 55121-7700
10239984      +E-mail/Text: bkteam@selenefinance.com Jan 18 2018 01:59:14
                Wilmington Savings Fund Society, FSB,    c/o Selene Finance,    9990 RICHMOND AVE,
                SUITE 400 SOUTH,    HOUSTON, TX 77042-4546
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BAYVIEW LOAN SERVICING, LLC
cr              WELLS FARGO BANK, N.A.
10175171        JURIS ORELESSOR2290 SURREY MEADOWSHENDERSON NV,    MELANI SCHULTEZ’REA LIMITED PARTNERSHIP
10121286*       Chris Wirta,    2460 Avenida Cortes,    Henderson, NV 89074-6349
10188026*      +Gregory L. Wilde, Esq.,    Attorney for Secured Creditor,    212 South Jones Boulevard,
                 Las Vegas, NV 89107-2657
10121306*       IRS,   Cincinnati OH 45999-0023
10121331*      +Selene Finance LP,    POBox 421517,    Houston, TX 77242-1517
10213220*       THE BANK OF NEW YORK MELLON, SERIES 2004-28CB,    c/o Shellpoint Mortgage Serving,
                 PO Box 10826,    Greenville, SC 29603-0826
10213221*       THE BANK OF NEW YORK MELLON, SERIES 2004-28CB,    c/o Shellpoint Mortgage Serving,
                 PO Box 10826,    Greenville, SC 29603-0826
                                                                                   TOTALS: 3, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 16, 2018 at the address(es) listed below:
```
              AMBERLEA DAVIS    on behalf of Debtor    SCHULTE PROPERTIES, LLC Amber@SheIsMyLawyer.com
              ARNOLD L. GRAFF    on behalf of Creditor    FIFTH THIRD BANK ecfnvb@aldridgepite.com,
               ALG@ecf.inforuptcy.com
              EDWARD G SCHLOSS    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC as servicing agent for The
               Bank of New York Mellon egs2@ix.netcom.com
              GREGORY L. WILDE    on behalf of Creditor    WELLS FARGO BANK, N.A. nvbk@tblaw.com,
               gwaring@tblaw.com;awarner@tblaw.com
              GREGORY L. WILDE    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC nvbk@tblaw.com,
               gwaring@tblaw.com;awarner@tblaw.com
              GREGORY L. WILDE    on behalf of Creditor    CITIMORTGAGE, INC. nvbk@tblaw.com,
               gwaring@tblaw.com;awarner@tblaw.com
              NICHOLE L GLOWIN    on behalf of Creditor    MTGLQ Investors, L.P. nglowin@wrightlegal.net,
               bkudgeneralupdates@wrightlegal.net
              U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov
                                                                                              TOTAL: 8
```

NVB 1017−1 (Rev. 8/15)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK−17−12883−mkn |
| | CHAPTER 11 |
| SCHULTE PROPERTIES, LLC | |
| Debtor(s) | NOTICE OF DISMISSAL; NOTICE THAT ALL PENDING HEARINGS ARE VACATED |

On 1/16/18, the Bankruptcy Court for the District of Nevada entered an order dismissing this bankruptcy case. As a result, all pending hearings in the case, except any pending hearings regarding Appeals and Motions to Reconsider, are hereby vacated and will be taken off calendar without further notice. This notice does not affect the status of any adversary proceedings or any motions or matters that are pending in such adversary proceedings.

Dated: 1/16/18

*Mary A Schott*

Mary A. Schott
Clerk of Court